1  Howard Kaloogian, State Bar No. 118954
   Lowell Robert Fuselier, State Bar No. 140701
2  David T. Hayek, State Bar No. 144116
   Kaloogian & Fuselier LLP
3  2382 Faraday Avenue, Suite 130
   Carlsbad, California 92008
4  Tel. 760-522-1802
   Fax 760-431-1116
5
   **Attorneys for Plaintiffs**
6

**FILED**

'08 FEB -4  PM 1:46

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ____(P____     DEPUTY

**ORIGINAL**

7

8                    UNITED STATES DISTRICT COURT

9                     Southern District of California

10                                            '08 CV 0210 WQH RBB

11  SAN DIEGO MINUTEMEN, An          )  Case Number:_____
    Unincorporated Association,      )
12                                   )  COMPLAINT FOR
                                     )  DECLARATORY RELIEF; VIOLATION
13            Plaintiff,             )  OF 42 USC 1983 AND VIOLATION OF
    vs.                              )  42 USC 1988
14                                   )
    CALIFORNIA BUSINESS              )  (DEMAND FOR JURY TRIAL)
15  TRANSPORTATION AND HOUSING       )
    AGENCY'S DEPARTMENT OF           )
16  TRANSPORTATION; DALE BONNER,     )
    Individually and in his Official Capacity as )
17  Agency Director, Business, Transportation )
    and Housing Agency; WILL KEMPTON, )
18  Individually and in his Official Capacity as )
    CalTrans Director; PEDRO ORSO-   )
19  DELGADO, Individually and in his Official )
    Capacity as Caltrans District Director and )
20  DOES 1 through 10,               )
                                     )
21            Defendants.            )
    _____

22

23       Plaintiff, SAN DIEGO MINUTEMEN allege:

24            **FIRST CAUSE OF ACTION FOR DECLARATORY RELIEF**

25                      **AS AGAINST ALL DEFENDANTS**

26       1.    Plaintiff is and was at all times herein mentioned an unincorporated association

27  operating in County of San Diego, State of California within the Southern District of California.

28       2.    The jurisdiction of this court over the subject matter of this action is predicated upon

1

cR

1    28 USC 1331, 42 USC 1983 and 42 USC 1988 regarding a violation of plaintiff's constitutional

2    rights, free speech and expression, due process and equal protection.

3         3.    Plaintiff is unaware of the names and capacities of defendants named herein as DOES

4    1 through 10, and each of them, and therefore, sues said defendants in such fictitious names and

5    capacities. Plaintiff is informed and believes that each defendant named herein as DOE combined

6    and conspired among themselves and with the other defendants herein, to deprive plaintiff of its

7    constitutional rights. DOE defendants are alleged to have committed the same acts as the named

8    defendants.

9         4.    The defendant CALIFORNIA BUSINESS TRANSPORTATION AND HOUSING

10   AGENCY'S DEPARTMENT OF TRANSPORTATION is a California department and/or agency

11   of the state of California which is in charge of highway transportation, maintenance and the

12   California Adopt-a-Highway program under its agency, CalTrans, and at all times herein mentioned

13   acted under the color of state law.

14        5.    DALE BONNER is Agency Director of the CALIFORNIA BUSINESS

15   TRANSPORTATION AND HOUSING AGENCY'S DEPARTMENT OF TRANSPORTATION

16   and at all times herein mentioned acted under the color of state law.

17        6.    Defendant WILL KEMPTOM is the Director of CalTrans; defendant PEDRO ORSO-

18   DELGADO is the District Director of CalTrans for the area which is the subject of plaintiff's within

19   complaint located on Interstate 5 near the United States Border Inspection Station at San Onofre,

20   California, and each at all times herein mentioned acted under the color of state law.

21        7.    Plaintiff, SAN DIEGO MINUTEMEN, is an organization which promotes adherence

22   to both California and federal immigration laws in a peaceful, non-violent manner. The Mission

23   Statement of the SAN DIEGO MINUTEMEN is:

24            "To demand maximum border security and immigration enforcement
             both locally and at the national level. We oppose illegal immigration
25           in all parts of San Diego County with our activism. We assist and
             support the U.S. Border Patrol in securing the U.S.-Mexican border
26           from terrorists, gang members, criminals, drugs, and illegal aliens
             entering the United States. We also assist ICE (Immigration &
27           Customs Enforcement) and local law enforcement in exposing law
             breaking employers and helping to return illegal aliens to their
28           country of legal residence. We act on behalf of and in accord with the

2

1          United States Constitution and the Bill of Rights."

2          8.      On or about September 18, 2007, plaintiff applied for an Adopt-a-Highway
3    encroachment permit.

4          9.      That on November 19, 2007, plaintiff's application for an Adopt-a-Highway sign was
5    accepted.  A copy of said letter of acceptance is attached hereto as Exhibit "**1**".

6          10.     On or about November 21, 2007 an encroachment permit, allowing plaintiff to
7    maintain the shoulders of Interstate 5 near San Onofre was issued.  A copy of said permit is attached
8    hereto as Exhibit "**2**".  Said permit is site specific relating only to that area south of the United States
9    Border Inspection Station on Interstate 5, San Onofre, California.

10         11.     That thereafter, Adopt-a-Highway signs were erected on either side of the San Onofre,
11   Immigration Check Point on the northbound side of Interstate 5.  A photograph of one of the signs
12   is attached hereto as Exhibit "**3**".  Such sign bears the name "SAN DIEGO MINUTEMEN".

13         12.     That thereafter, in January of 2008, numerous members of plaintiff's organization,
14   dressed in CalTrns approved hard hats and safety vests proceeded to clean up their Adopt-a-Highway
15   assigned area.  While clearning up their area, there was no violence, no interaction with motorists,
16   no signs, waiving or of placards.  Plaintiff's members acted in a nondescript, appropriate manner
17   under the direction of CalTrans in picking up litter in their assigned area.  A photograph of plaintiff's
18   members picking up litter in their assigned area and near their Adopt-a-Highway sign is attached
19   hereto s Exhibit "**4**".

20         13.·    That on January 28, 2008, plaintiff's president, Jeff Schwilk, received a letter from
21   PEDRO ORSO-DELGADO, CalTrans District Director, informing him that because plaintiff's
22   participation "raised questions", CalTrans was terminating and revoking plaintiff's permit at the site
23   specific location at the U.S. Border Inspection Station on Interstate 5, San Onofre, California.  A
24   copy of said letter is attached hereto as Exhibit "**5**".  Plaintiff was neither allowed nor informed that
25   it had a right to a hearing to offer evidence and/or dispute any of the allegations or "questions" raised
26   in the letter of January 28, 2008, Exhibit "**5**".

27         14.     That thereafter, an article was published in the San Diego Union Tribune by columnist
28   Logan Jenkins, indicating that the decision to terminate plaintiff's site specific location for its Adopt-

COMPLAINT FOR DECLARATORY RELIEF

1   a-Highway participation was terminated because of political pressure placed upon CalTrans by three

2   members of the California Legislature. [Exhibit 6]

3          15.    An actual controversy exists between plaintiff and defendants and each of them.

4   Plaintiff contends:

5                  1.    That the termination of its Adopt-a-Highway sign and requisite privileges and

6   obligations was terminated in violation of their First Amendment rights because of content and

7   viewpoint discrimination by defendants herein and possibly others including members of the

8   California Legislature.

9                  2.    Plaintiff contends that the actions of defendants and each of them in

10  terminating plaintiff's site specific Adopt-a-Highway location was done arbitrarily, capriciously and

11  based upon the unfettered discretion given to the defendants and each of them in violation of

12  plaintiff's constitutional rights to free speech and equal protection under the laws.

13                 3.    Plaintiff contends that defendants and each of them did not follow their own

14  policies and procedures in removing plaintiff's sign and plaintiff's rights to a site specific Adopt-a-

15  Highway sign and that defendant CalTrans' procedures do not allow for a hearing or for plaintiff or

16  any individual to present evidence which refutes or challenges a revocation of an Adopt-a-Highway

17  permit.

18                 4.    Plaintiff contends that defendants dispute plaintiff's contentions set forth

19  above.

20         16.    Plaintiff requests a declaration of this court that the actions of defendants and each

21  of them in removing plaintiff's Adopt-a-Highway sign from its site specific location along Interstate

22  5 at San Onofre, California was a violation of plaintiff's First Amendment Rights of freedom and

23  expression and a violation of plaintiff's rights under the Fourteenth Amendment to procedural due

24  process and for equal protection under the law.  Plaintiff further requests that in addition to the

25  aforementioned declaration, that this court temporarily, preliminarily and permanently enjoin

26  defendants and each of them from assigning the specific site location given to plaintiff under its

27  Adopt-a-Highway program to any other individual or entity during the term which plaintiff is a

28  member of the California Adopt-a-Highway program.

COMPLAINT FOR DECLARATORY RELIEF

17.    Plaintiff further requests a mandatory injunction requiring defendants and each of them to return and replace plaintiff's Adopt-a-Highway sign to its original location on Interstate 5, south of San Onofre, California, and to restore all of plaintiff's rights, duties and obligations as an Adopt-a-Highway member at said location.

### SECOND CAUSE OF ACTION FOR VIOLATION OF PLAINTIFF'S
### CIVIL RIGHTS PURSUANT TO 42 USC §1983

18.    Plaintiff incorporates paragraphs 1 through 17 of the First Cause of Action as though fully set forth at length herein.

18.    42 USC §1983 provides in part: "every person who, under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and laws, shall be liable to the party injured in an action at law, in equity or other proper pleadings for redress . . . "

19.    That the actions of defendants and each of them in depriving plaintiff of its rights to freedom of speech and expression, procedural due process and equal protection under the laws, violated plaintiff's rights.

20.    That as a result of the actions of defendants and each of them, as set forth hereinabove, plaintiff has been injured in a sum not readily ascertainable, but is believed to be in excess of $50,000. Plaintiff ask leave to amend its complaint when the true nature and extent of its damages have been ascertained. Additionally, plaintiff is statutorily entitled to recover its reasonable attorneys fees and costs incurred in this action.

### THIRD CAUSE OF ACTION FOR VIOLATION OF 42USC §1988
### AS AGAINST ALL DEFENDANTS

21.    Plaintiff incorporates paragraphs 1 through 20 of the First Cause of Action as though fully set forth at length herein.

//

//

5

1    22.    As a result of the defendants and each of them, plaintiff's rights under 42 USC §1988

2  have been violated.  Plaintiff is entitled to reasonable attorney fees as the result of the actions of

3  defendants and each of them.

4    PRAYER:

5    Plaintiff prays for judgment against defendants and each of them as follows:

6    1.    General damages according to proof;

7    2.    Special damages according to proof;

8    3.    Reasonable attorney fees;

9    4.    For a declaration that defendants, and each of them, violated plaintiff's First

10  Amendment rights and expression, procedural due process and equal protection under the laws by

11  moving plaintiff's Adopt-a-Highway sign on Interstate 5 near San Onofre, California.

12    5.    For the issuance of a temporary restraining order and preliminary injunction

13  prohibiting defendants and each of them from assigning the Adopt-a-Highway area previously

14  assigned to plaintiff on Interstate 5 south of San Onofre, California;

15    6.    For a mandatory injunction ordering defendants and each of them to replace plaintiff's

16  Adopt-a-Highway signs in their original locations south of San Onofre on Interstate 5 and to allow

17  plaintiff to participate in the CalTrans Adopt-a-Highway with all rights, duties and obligations as any

18  other member of the CalTrans Adopt-a-Highway program;

19    7.    For costs of suit incurred herein;

20    8.    For such other and further relief as this court may deem just and proper.

21  DATED: February 4, 2008

22

23

24                    Lowell Robert Fuselier
                      KALOOGIAN & FUSELIER, LLP
                      Attorneys for Plaintiff,
25                    SAN DIEGO MINUTEMEN

26

27

28

6

COMPLAINT FOR DECLARATORY RELIEF

1

## DEMAND FOR JURY TRIAL

2      Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil

3   Procedure.

4   DATED: February 4, 2008

5

6

7

8      _____
       Lowell Robert Fuselier
       KALOOGIAN & FUSELIER, LLP
       Attorneys for Plaintiff,
9      SAN DIEGO MINUTEMEN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

STATE OF CALIFORNIA-BUSINESS, TRANSPORTATION AND HOUSING AGENCY                                   ARNOLD SCHWARZENEGGER, Governor

## DEPARTMENT OF TRANSPORTATION
DISTRICT 11 MAINTENANCE PROGRAM
4050 TAYLOR STREET MS 220
SAN DIEGO, CA  92110
PHONE: (619) 688-3327
FAX: (619) 688-3314



*Flex your power!*
*Be energy efficient!*

Monday, November 19, 2007

San Diego Minutemen                          Adoption Type:  Litter Removal
Attn: Jeff Schwilk                          Work Frequency:  24 times per year
3809 Plaza Dr. 107-133                           Location:  NB 5: SD 66.3 - SD 68.3
Oceanside, CA  92056                                        Freeway Section

Dear Mr. Schwilk:

Welcome to the Caltrans Adopt-A-Highway Program! Your Adopt-A-Highway Encroachment Permit should arrive in the mail within the next few weeks. The permit is a legal and binding document that contains important safety information, so please review it thoroughly. Once you receive your permit, there will be three items to complete before you can begin to work.

First, you must call Caltrans to schedule a safety orientation. This should be done within two weeks of your permit's start date. The purpose of the orientation is to discuss safety procedures and to issue supplies, safety equipment, and safety-training materials.

Next, you must provide safety training and safety equipment to the participating members of your group.

Finally, you must contact your Caltrans field representative at least five days prior to your work event. Please keep in mind that you will be expected to begin work within 30 calendar days of your permit's start date, even if your signs have not yet been installed.

Dave Salerno, (760) 438-4979, will be providing your safety orientation and is also your Caltrans field representative.

I hope that you find participating in the Adopt-A-Highway Program a rewarding and enjoyable experience. However, if you feel that you cannot keep up with the commitment, you will be able to cancel your adoption without penalty. Please feel free to call me with any questions or concerns.

Sincerely,

Larry Wharton
District 11 Adopt-A-Highway Coordinator
(619) 688-3327

ADOPT-A-HIGHWAY

*"Caltrans improves mobility across California"*

Exhibit ___/___

000001

STATE OF CALIFORNIA · DEPARTMENT OF TRANSPORTATION
# ENCROACHMENT PERMIT (ADOPT-A-HIGHWAY)
TR-0121 (REV. 01/2002)

| | |
|---|---|
| Permit No. | 11-07NAH0586 |
| Dist/Co/Rte/PM | 11-SD-005 / 66.3-68.3 N/B |
| Date | November 21, 2007 |

| Fee Paid | Deposit |
|---|---|
| $ N/C | $ |
| Performance Bond Amount (1) | Payment Bond Amount (2) |
| $ | $ |
| Bond Company | |
| Bond Number (1) | Bond Number (2) |

In compliance with (*Check one*):

**X**  Your application of ___September 18, 2007___

☐  Utility Notice No. _____ of _____

☐  Agreement No. _____ of _____

☐  R/W Contract No. _____ of _____

TO:
SAN DIEGO MINUTEMEN
3809 PLAZA DRIVE, 107-133
OCEANSIDE, CA  92056

JEFF SCHWILK   760.525-1655                    , PERMITTEE

and subject to the following, PERMISSION IS HEREBY GRANTED to:

Perform the following activities on ___11-SD-005 PM 66.3-68.3 N/B  Frequency: Twice per month___
DISTRICT / COUNTY / ROUTE / POSTMILE RANGE   DIRECTION(S)

☑ Litter Removal.                          ☐ Seedling Tree and Shrub Planting.

☐ Graffiti Removal.                        ☐ Wildflower Planting and Vegetation Control.

☐ Vegetation Control.                      ☐ "Spot" Wildflower Planting.

☐ Recognition Panel Replacement. (By contractors only. Panels must be approved by the Department.)

☐ Other, describe: _____

**NO ONE UNDER 16 YEARS OF AGE IS ALLOWED TO PARTICIPATE ON STATE RIGHT-OF-WAY.**

**THIS PERMIT IS NOT A PROPERTY RIGHT AND DOES NOT TRANSFER WITH THE PROPERTY TO A NEW OWNER.**

The following attachments are also included as part of this permit *(Check applicable):*

| X | Adopt-A-Highway Permit Special Provisions. | | Planting Plan, Work Plan, and Work Schedule. |
| | Vegetation Control Plan, Work Plan, and Work Schedule. | | _____ |

**ADVANCED NOTIFICATION OF WORK:** Before each work occasion, the Permittee shall notify the Department's Maintenance Field Representative at least five working days, but no more than one month, prior to start of any work to ensure coordination with other activities.   Dave Salerno 6050 Paseo Del Norte  Carlsbad, Ca.                    760.438-4979
DEPARTMENT'S MAINTENANCE FIELD REPRESENTATIVE                                          PHONE NUMBER

Permittee's work shall be subordinated to State operations and shall not interfere with State forces or State's contractors.

☐ Yes    ☐ No    The information in the environmental documentation has been reviewed and considered prior to approval of this permit.

This permit expires on ___November 30th___, 20 _12_
This permit is to be strictly construed and no other work other than specifically mentioned is hereby authorized.
No project work shall be commenced until all other necessary permits and environmental clearances have been obtained.

Larry Wharton, Distr Adopt A Hwy Coordinator, (619) 688-3327
Permits
Permittee
Merl Nusz, Region Manager
Dave Salerno, Inspector

APPROVED:

PEDRO ORSO-DELGADO , District Director

BY: _____
JW HARKER, District Permit Engineer

FM 91 1436

000 ___

Exhibit 2

STATE OF CALIFORNIA • DEPARTMENT OF TRANSPORTATION
## ATTACHMENT A (ADOPT-A-HIGHWAY SPECIAL PROVISIONS)
MTCE-09 (REV 3/2006)

### 1. DEPARTMENTAL CONTACTS:

**District Adopt-A-Highway Coordinator** (Processes applications, answers questions regarding program policy, maintains program data, receives contact information changes.)
Name:    Larry Wharton or current District 11 Adopt-A-Highway Coordinator        Phone: **(619) 688-3327**
Address: **Caltrans Maintenance Program, 4050 Taylor Street MS 220, San Diego, CA 92110**

**Representative Providing Safety Orientation** (Answers safety-related questions, provides initial supply of safety equipment.)
Name:    Dave Salerno or current CT Maintenance Supervisor        Phone: **(760) 438-4979**
Address: **Carlsbad Maintenance Station, 6050 Paseo Del Norte, Carlsbad, CA 92008**

**Maintenance Field Representative** (Receives five-day advance notice of work, provides additional supplies and equipment throughout the permit period, arranges for collection of filled litter bags, hazardous materials, and large items.)
Name:    Dave Salerno or current CT Maintenance Supervisor        Phone: **(760) 438-4979**
Address: **Carlsbad Maintenance Station, 6050 Paseo Del Norte, Carlsbad, CA 92008**

### 2. WORK FREQUENCY (Check all that apply):
☑ Litter shall be removed a minimum of **24** times per year.
☐ Graffiti shall be removed within _____ calendar days of notification.
☐ Vegetation shall be controlled a minimum of _____ times per year.
☐ Planting, vegetation control, and other activities shall be performed per permittee's attached plans and schedules.

### 3. PARTICIPATION OF MINORS
☐ Minors, aged 16 and 17, are authorized to work at this location.
☑ Persons under the age of 18 are **not** authorized to work at this location.

### 4. WORK DAYS AND HOURS
Work shall **not** be performed during the holiday periods listed in item 9 of the Special Provisions. **In addition, work shall not be performed:**
No addtional restrictions.

Weather permitting, litter removal groups shall schedule work during the national cleanup events listed in item 10 of the Special Provisions. **In addition, work shall be performed:**
No addtional scheduling restrictions.

### 5. SITE ACCESS – Direction 1: NB 5 SD 66.3 - SD 68.3      SITE ACCESS – Direction 2:      -

Walk-on entry and exit points?       ☑ Yes   ☐ No      Walk-on entry and exit points?       ☐ Yes   ☐ No
Shoulders for drop-off and pick-up?  ☑ Yes   ☐ No      Shoulders for drop-off and pick-up?  ☐ Yes   ☐ No
Space to park off of shoulders?      ☑ Yes   ☐ No      Space to park off of shoulders?      ☐ Yes   ☐ No

**Comments/Recommendations:**                          **Comments/Recommendations:**
None.

### 6. WORK PROCEDURES – Direction 1:   WORK PROCEDURES – Direction 2:

**Begin:** At Adopt-a-Highway sign located at postmile 66.2      **Begin:**

**End:**    At next Adopt-a-Highway sign.      **End:**

In addition to the restrictions listed in item14 of the Special Provisions, work may **not** be performed in the following portions.
**Direction 1:**                          **Direction 2:**

| DATE PREPARED | ADOPT-A-HIGHWAY COORDINATOR SIGNATURE | GROUP NAME/CONTRACTOR NAME |
|---|---|---|
| **11/19/2007** | | San Diego Minutemen, 1107 NAH 0586 |
| ADOPTION TYPE | | ADOPTION SITE LOCATION TYPE |
| **Litter Removal** | | **Freeway Section** |

**ADA NOTICE:** For individuals with sensory disabilities, this document is available in alternate formats. For information call (916) 654-6410 or TDD (916) 654-3880 or write to Records and Forms Management, 1120 N Street, MS-89, Sacramento, CA 95814.



Exhibit 3

000004



Exhibit 4

000004



# DEPARTMENT OF TRANSPORTATION
4050 TAYLOR STREET
SAN DIEGO, CA 92110
PHONE (619) 688-6668
FAX (619) 688-3122
TTY 711

*Flex your power!*
*Be energy efficient!*

January 28, 2008

Mr. Jeff Schwilk
San Diego Minutemen
3809 Plaza Drive, 107-133
Oceanside, CA 92056

Dear Mr. Schwilk:

As the owner and operator of the State Highway System, the California Department of
Transportation (Department) is responsible for the safety of its property and the facilitation of
movement on that system. The location of your existing Adopt-a-Highway (AAH) permit has
raised questions regarding public safety due to the proximity of your assigned highway segment
to a U.S. Border Patrol facility that is co-located with the California Highway Patrol (CHP) San
Onofre Inspection facility. Your group has also indicated concerns regarding possible vandalism
to the courtesy sign displaying your participation in the AAH Program and the release of
information relative to the days you will perform the required clean up.

Based on these issues, and in consultation with the CHP, the Department has concluded that your
organization's participation in the AAH Program at the current location, as set forth in Permit
No. 11-07NAH0586, poses a significant risk of disruption to the operation of the State highway,
as well as public safety concerns for both the traveling public and participants in the AAH
Program. As a result, Permit No. 11-07NAH0586 is hereby modified and the related courtesy
sign will be moved. The Department has identified another more suitable location along State
Route 52 near Santee for assignment to your organization under this program.

Please be advised that the Department is currently examining allegations of violent behavior
and/or advocacy of violence by your group. Under the AAH Program eligibility criteria, entities
that advocate violence, violation of the law, or discrimination based upon race, religion, color,
national origin, ancestry, physical handicap, medical condition, marital status, age, sex, or sexual
orientation may not participate in the Program. These allegations warrant careful examination,
and the Department will conduct this review in an expeditious fashion.

*"Caltrans improves mobility across California"*

Exhibit 5

003

Jeff Schwilk
January 28, 2008
Page 2

The Department does appreciate the support of private groups to help keep our highways clean. However, safety is our paramount concern. If you have any questions regarding this letter, please contact me.

Sincerely,

*PEDRO ORSO-DELGADO*
District Director

c: Will Kempton, Director of Transportation
   Mike Brown, Commissioner, California Highway Patrol
   Skip Carter, Chief, Border Division, California Highway Patrol

000 14

Exhibit ____/____

STATE OF CALIFORNIA-BUSINESS, TRANSPORTATION AND HOUSING AGENCY                                   ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF TRANSPORTATION**
DISTRICT 11 MAINTENANCE PROGRAM
4050 TAYLOR STREET MS 220
SAN DIEGO, CA 92110
PHONE: (619) 688-3327
FAX: (619) 688-3314



*Flex your power!*
*Be energy efficient!*

Monday, November 19, 2007

San Diego Minutemen                      Adoption Type: Litter Removal
Attn: Jeff Schwilk                     Work Frequency: 24 times per year
3809 Plaza Dr. 107-133                       Location: NB 5: SD 66.3 - SD 68.3
Oceanside, CA 92056                                    Freeway Section

Dear Mr. Schwilk:

Welcome to the Caltrans Adopt-A-Highway Program! Your Adopt-A-Highway Encroachment Permit should arrive in the mail within the next few weeks. The permit is a legal and binding document that contains important safety information, so please review it thoroughly. Once you receive your permit, there will be three items to complete before you can begin to work.

First, you must call Caltrans to schedule a safety orientation. This should be done within two weeks of your permit's start date. The purpose of the orientation is to discuss safety procedures and to issue supplies, safety equipment, and safety-training materials.

Next, you must provide safety training and safety equipment to the participating members of your group.

Finally, you must contact your Caltrans field representative at least five days prior to your work event. Please keep in mind that you will be expected to begin work within 30 calendar days of your permit's start date, even if your signs have not yet been installed.

Dave Salerno, (760) 438-4979, will be providing your safety orientation and is also your Caltrans field representative.

I hope that you find participating in the Adopt-A-Highway Program a rewarding and enjoyable experience. However, if you feel that you cannot keep up with the commitment, you will be able to cancel your adoption without penalty. Please feel free to call me with any questions or concerns.

Sincerely,

Larry Wharton
District 11 Adopt-A-Highway Coordinator
(619) 688-3327

ADOPT-A-HIGHWAY

*"Caltrans improves mobility across California"*

Exhibit _____ 1

000001

Exhibit 2

STATE OF CALIFORNIA • DEPARTMENT OF TRANSPORTATION
# ENCROACHMENT PERMIT (ADOPT-A-HIGHWAY)
TR-0121 (REV. 01/2002)

| | |
|---|---|
| | Permit No. 11-07NAH0586 |
| | Dist/Co/Rte/PM 11-SD-005 / 66.3-68.3 N/B |
| | Date November 21, 2007 |

In compliance with (*Check one*):

X   Your application of ___September 18, 2007___

☐   Utility Notice No. _____ of _____

☐   Agreement No. _____ of _____

☐   R/W Contract No. _____ of _____

| Fee Paid $ N/C | Deposit $ |
|---|---|
| Performance Bond Amount (1) $ | Payment Bond Amount (2) $ |
| Bond Company | |
| Bond Number (1) | Bond Number (2) |

**TO:**   SAN DIEGO MINUTEMEN
3809 PLAZA DRIVE, 107-133
OCEANSIDE, CA  92056

JEFF SCHWILK   760.525-1655                         , PERMITTEE

and subject to the following, PERMISSION IS HEREBY GRANTED to:

Perform the following activities on   11-SD-005 PM 66.3-68.3 N/B  Frequency: Twice per month

DISTRICT / COUNTY / ROUTE / POSTMILE RANGE · DIRECTION(S)

☑ Litter Removal.                      ☐ Seedling Tree and Shrub Planting.

☐ Graffiti Removal.                   ☐ Wildflower Planting and Vegetation Control.

☐ Vegetation Control.                 ☐ "Spot" Wildflower Planting.

☐ Recognition Panel Replacement. (By contractors only. Panels must be approved by the Department.)

☐ Other, describe: _____

**NO ONE UNDER 16 YEARS OF AGE IS ALLOWED TO PARTICIPATE ON STATE RIGHT-OF-WAY.**

**THIS PERMIT IS NOT A PROPERTY RIGHT AND DOES NOT TRANSFER WITH THE PROPERTY TO A NEW OWNER.**

The following attachments are also included as part of this permit *(Check applicable)*:

X   Adopt-A-Highway Permit Special Provisions.       ☐ Planting Plan, Work Plan, and Work Schedule.

☐   Vegetation Control Plan, Work Plan, and Work Schedule.

**ADVANCED NOTIFICATION OF WORK:** Before each work occasion, the Permittee shall notify the Department's Maintenance Field Representative at least five working days, but no more than one month, prior to start of any work to ensure coordination with other activities.  Dave Salerno 6050 Paseo Del Norte  Carlsbad, Ca.                    760.438-4979

DEPARTMENT'S MAINTENANCE FIELD REPRESENTATIVE                  PHONE NUMBER

Permittee's work shall be subordinated to State operations and shall not interfere with State forces or State's contractors.

☐ Yes   ☐ No   The information in the environmental documentation has been reviewed and considered prior to approval of this permit.

This permit expires on ___November 30th___, 20 _12_

This permit is to be strictly construed and no other work other than specifically mentioned is hereby authorized. No project work shall be commenced until all other necessary permits and environmental clearances have been obtained.

Larry Wharton, Distr Adopt A Hwy Coordinator, (619) 688-3327
Permits
Permittee
Merl Nusz, Region Manager
Dave Salerno, Inspector

APPROVED:

PEDRO ORSO-DELGADO , District Director

BY: _____

District Permit Engineer

FM 91 1436

Exhibit 2

000002

STATE OF CALIFORNIA · DEPARTMENT OF TRANSPORTATION
## ATTACHMENT A (ADOPT-A-HIGHWAY SPECIAL PROVISIONS)
MTCE-09 (REV 3/2006)

1. **DEPARTMENTAL CONTACTS:**

   **District Adopt-A-Highway Coordinator** (Processes applications, answers questions regarding program policy, maintains program data, receives contact information changes.)
   Name:   Larry Wharton or current District 11 Adopt-A-Highway Coordinator          Phone: (619) 688-3327
   Address: Caltrans Maintenance Program, 4050 Taylor Street MS 220, San Diego, CA 92110

   **Representative Providing Safety Orientation** (Answers safety-related questions, provides initial supply of safety equipment.)
   Name:   Dave Salerno or current CT Maintenance Supervisor          Phone: (760) 438-4979
   Address: Carlsbad Maintenance Station, 6050 Paseo Del Norte, Carlsbad, CA 92008

   **Maintenance Field Representative** (Receives five-day advance notice of work, provides additional supplies and equipment throughout the permit period, arranges for collection of filled litter bags, hazardous materials, and large items.)
   Name:   Dave Salerno or current CT Maintenance Supervisor          Phone: (760) 438-4979
   Address: Carlsbad Maintenance Station, 6050 Paseo Del Norte, Carlsbad, CA 92008

2. **WORK FREQUENCY** *(Check all that apply)*:
   - ☑ Litter shall be removed a minimum of __24__ times per year.
   - ☐ Graffiti shall be removed within _____ calendar days of notification.
   - ☐ Vegetation shall be controlled a minimum of _____ times per year.
   - ☐ Planting, vegetation control, and other activities shall be performed per permittee's attached plans and schedules.

3. **PARTICIPATION OF MINORS**
   - ☐ Minors, aged 16 and 17, are authorized to work at this location.
   - ☑ Persons under the age of 18 are **not** authorized to work at this location.

4. **WORK DAYS AND HOURS**
   Work shall **not** be performed during the holiday periods listed in item 9 of the Special Provisions. **In addition, work shall not be performed:**
   **No addtional restrictions.**

   Weather permitting, litter removal groups shall schedule work during the national cleanup events listed in item 10 of the Special Provisions. **In addition, work shall be performed:**
   **No addtional scheduling restrictions.**

5. **SITE ACCESS – Direction 1:** NB 5 SD 66.3 - SD 68.3          **SITE ACCESS – Direction 2:**    -

   | | | | | | | |
   |---|---|---|---|---|---|---|
   | Walk-on entry and exit points? | ☑ Yes | ☐ No | | Walk-on entry and exit points? | ☐ Yes | ☐ No |
   | Shoulders for drop-off and pick-up? | ☑ Yes | ☐ No | | Shoulders for drop-off and pick-up? | ☐ Yes | ☐ No |
   | Space to park off of shoulders? | ☑ Yes | ☐ No | | Space to park off of shoulders? | ☐ Yes | ☐ No |

   **Comments/Recommendations:**          **Comments/Recommendations:**
   **None.**

6. **WORK PROCEDURES – Direction 1:   WORK PROCEDURES – Direction 2:**

   **Begin:** At Adopt-a-Highway sign located at postmile 66.2          **Begin:**

   **End:**    At next Adopt-a-Highway sign.          **End:**

   In addition to the restrictions listed in item14 of the Special Provisions, work may **not** be performed in the following portions.
   **Direction 1:**          **Direction 2:**

| DATE PREPARED | ADOPT-A-HIGHWAY COORDINATOR SIGNATURE | GROUP NAME/CONTRACTOR NAME |
|---|---|---|
| 11/19/2007 | | San Diego Minutemen, 1107 NAH 0586 |
| ADOPTION TYPE | | ADOPTION SITE LOCATION TYPE |
| Litter Removal | | Freeway Section |

**ADA NOTICE:** For individuals with sensory disabilities, this document is available in alternate formats. For information call (916) 654-6410 or TDD (916) 654-3880 or write to Records and Forms Management, 1120 N Street, MS-89, Sacramento, CA 95814.

Exhibit _3_



Exhibit 3

Exhibit __4__



Exhibit 5

STATE OF CALIFORNIA—BUSINESS, TRANSPORTATION AND HOUSING AGENCY                    ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF TRANSPORTATION

4050 TAYLOR STREET
SAN DIEGO, CA  92110
PHONE (619) 688-6668
FAX (619) 688-3122
TTY 711



*Flex your power!*
*Be energy efficient!*

January 28, 2008

Mr. Jeff Schwilk
San Diego Minutemen
3809 Plaza Drive, 107-133
Oceanside, CA  92056

Dear Mr. Schwilk:

As the owner and operator of the State Highway System, the California Department of Transportation (Department) is responsible for the safety of its property and the facilitation of movement on that system.  The location of your existing Adopt-a-Highway (AAH) permit has raised questions regarding public safety due to the proximity of your assigned highway segment to a U.S. Border Patrol facility that is co-located with the California Highway Patrol (CHP) San Onofre Inspection facility.  Your group has also indicated concerns regarding possible vandalism to the courtesy sign displaying your participation in the AAH Program and the release of information relative to the days you will perform the required clean up.

Based on these issues, and in consultation with the CHP, the Department has concluded that your organization's participation in the AAH Program at the current location, as set forth in Permit No. 11-07NAH0586, poses a significant risk of disruption to the operation of the State highway, as well as public safety concerns for both the traveling public and participants in the AAH Program.  As a result, Permit No. 11-07NAH0586 is hereby modified and the related courtesy sign will be moved.  The Department has identified another more suitable location along State Route 52 near Santee for assignment to your organization under this program.

Please be advised that the Department is currently examining allegations of violent behavior and/or advocacy of violence by your group.  Under the AAH Program eligibility criteria, entities that advocate violence, violation of the law, or discrimination based upon race, religion, color, national origin, ancestry, physical handicap, medical condition, marital status, age, sex, or sexual orientation may not participate in the Program.  These allegations warrant careful examination, and the Department will conduct this review in an expeditious fashion.

*"Caltrans improves mobility across California"*

Exhibit _5_

000003

Jeff Schwilk
January 28, 2008
Page 2

The Department does appreciate the support of private groups to help keep our highways clean. However, safety is our paramount concern. If you have any questions regarding this letter, please contact me.

Sincerely,

PEDRO ORSO-DELGADO
District Director

c:  Will Kempton, Director of Transportation
    Mike Brown, Commissioner, California Highway Patrol
    Skip Carter, Chief, Border Division, California Highway Patrol

*"Caltrans improves mobility across California"*

00000 7

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

## #  147194    —  SR
## * *  C O P Y  * *
## February  04,  2008
## 13:50:47

### Civ Fil Non-Pris

USAO #.: 08CV0210 CIV. FIL.
Judge.,: WILLIAM Q HAYES
Amount.:                    $350.00 CK
Check#.: BC#1325

## Total—>   $350.00

FROM: SAN DIEGO MINUTEMEN V.
      CALIFORNIA BUSINESS TRANS., ET
      CIVIL FILING

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

SAN DIEGO MINUTEMEN, An Unincorporated Association

**(b)** County of Residence of First Listed Plaintiff  San Diego County
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Lowel Robert Fuselier, Esq.   Kaloogian & Fuselier, LLP
2382 Faraday Ave., Suite 130, Carlsbad, CA 92008   (760) 431-7771

## DEFENDANTS

CALIFORNIA BUSINESS TRANSPORTATION AND HOUSING AGENCY'S DEPARTMENT OF TRANSPORTATION *ET AL.*

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
First and Fourteenth Amendments to U.S. Constitution; 42 U.S.C Sec. 1983; 1988
Brief description of cause:
Violation of Free Speech, Procedural Due Process and Equal Protection

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ > $50,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)   JUDGE ___   DOCKET NUMBER ___

DATE  02/04/2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 14794   AMOUNT 350.00   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

2/4/08