**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SAN DIEGO MINUTEMEN v.
CAL. BUSINESS, TRANSPORTATION AND HOUSING AGENCY    Case No. 08cv0210 WQH(RBB)
                                                    **Time Spent:** _

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                          Rptr.

                                    Attorneys
         Plaintiffs                                 Defendants

Lowell R. Fuselier                          Attorney General



PROCEEDINGS: ____ In Chambers    ____ In Court    ____ Telephonic

Defendants shall file a response to Plaintiff's Ex Parte Application for
Expedited Discovery [doc. no. 3] on or before February 13, 2008.

DATE:  February 8, 2008        IT IS SO ORDERED:   _Ruben Brooks_
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Hayes                               INITIALS:  VL (mg/irc) Deputy
     All Parties of Record