**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>SAN DIEGO MINUTEMEN</u> v. <u>BONNER</u>　　　　　　　　Case No. <u>08CV0210WQH(RBB)</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Time Spent:** _

<u>HON. RUBEN B. BROOKS</u>　　<u>CT. DEPUTY VICKY LEE</u>　　　　　　　Rptr. _____

　　　　　　　　　　　　　　<u>Attorneys</u>
　　　　<u>Plaintiffs</u>　　　　　　　　　　　　　<u>Defendants</u>

PROCEEDINGS:　___ In Chambers　　___ In Court　　___ Telephonic

On February 4, 2008, Plaintiff filed an Ex Parte Application for Expedited Discovery [doc. no. 3]. The Application was referred to this Court on February 7, 2008 [doc. no. 6]. The Defendants were ordered to file their response to the Application on or before February 13, 2008 [doc. no. 8]. As of this date, no opposition has been filed. Local Rule 7.1(f)(3)(c) provides that "[i]f an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court." S.D. Cal. Civ. L.R. 7.1(f)(3)(c). Because good cause exists and the Defendants have not opposed the Ex Parte Application, Plaintiff's Application for Expedited Discovery is **GRANTED.** Plaintiff may depose Will Kempton, Director of CalTrans, and Pedro Orso-Delgado, District Director of CalTrans, on or before March 1, 2008. Each deposition is not to exceed three hours.

DATE: <u>February 20, 2008</u>　　IT IS SO ORDERED:　　*Ruben Brooks*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ruben B. Brooks,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

cc:　Judge Hayes　　　　　　　　　　　　INITIALS: <u>VL (mg/irc)</u> Deputy
　　　All Parties of Record