# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO MINUTEMEN, an unincorporated association,<br><br>                              Plaintiff,<br><br>    vs.<br><br>CALIFORNIA BUSINESS TRANSPORTATION AND HOUSING AGENCY'S DPEARTMENT OF TRANSPORTATION; DALE BONNER, in his Official capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON, in his Official Capacity as CalTrans Director; PEDRO ORSO-DELGADO, in his Official Capacity as CalTrans District Director; and DOES 1 through 50,<br><br>                              Defendants. | CASE NO. 08CV210 WQH (RBB)<br><br>ORDER GRANTING MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION AND VACATING BRIEFING SCHEDULE AND HEARING DATE CONTAINED IN THIS COURT'S ORDER OF FEBRUARY 7, 2008 |

HAYES, Judge:

On February 4, 2008, Plaintiff San Diego Minutemen filed the Complaint in this action, accompanied by a motion for temporary restraining order and motion for preliminary injunction. (Docs. # 1-3). On February 7, 2008, this Court denied Plaintiff's motion for temporary restraining order, and ordered a briefing schedule and set a hearing date on the motion for preliminary injunction. (Doc. # 6). On February 12, 2008, Plaintiff filed the pending motion to withdraw the motion for preliminary injunction. (Doc. # 8).

1  Good cause appearing, the motion to withdraw the motion for preliminary injunction (Doc. #
2  8) is GRANTED. In addition, the briefing schedule and motion for preliminary injunction hearing
3  date contained in this Court's Order of February 7, 2008, are hereby VACATED.
4  **IT IS SO ORDERED**.
5  DATED: February 22, 2008

**WILLIAM Q. HAYES**
United States District Judge