Howard Kaloogian, State Bar No. 118954
Lowell Robert Fuselier, State Bar No. 140701
David T. Hayek, State Bar No. 144116
Kaloogian & Fuselier LLP
2382 Faraday Avenue, Suite 130
Carlsbad, California 92008
Tel. 760-522-1802
Fax 760-431-1116

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTEMEN, An Unincorporated Association,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>CALIFORNIA BUSINESS, TRANSPORTATION AND HOUSING AGENCY'S DEPARTMENT OF TRANSPORTATION; DALE BONNER in his Official Capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON in his Official Capacity as CalTrans Director; PEDRO ORSO-DELGADO in his Official Capacity as Caltrans District Director and DOES 1 through 50,<br><br>　　　　　　　　Defendants. | Case Number: 08 CV 0210 WQH RBB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:　To be Set by Court<br>Hearing Time:　To be Set by Court<br>Court:　　　　Courtroom 4 |

TO THE PARTIES AND THEIR RESPECTIVE COUNSEL HEREIN:

　　　　NOTICE IS HEREBY GIVEN THAT on _____ at _____ , or as soon thereafter as counsel may be heard by the above-entitled Court, located at 940 Front Street, San Diego, California, in the courtroom of the Hon. William Q. Hayes, Plaintiff will and hereby does move the Court for a preliminary injunction against Defendants, and each

1

of them, which, pending this Court's final determination of the claims asserted by Plaintiff herein:

1. Requires Defendants to restore the encroachment permit No. 11-07NAH0586 granted to Plaintiff for Location ND 5: SD66.3-SD68.3 (freeway section) in all respects as originally issued; and

2. Re-erect the Adopt-a-Highway sign bearing the name of plaintiff SAN DIEGO MINUTEMEN at that location.

This motion is brought on the grounds that Plaintiff is entitled to the injunctive relief requested herein because Plaintiff has a strong likelihood of success on the merits and will suffer irreparable injury absent such relief. Further, serious questions are raised and the balance of hardships tips sharply in favor of Plaintiff.

This motion is based on the instant motion, the accompanying Memorandum of Points and Authorities, the Declaration of Jeff Schwilk previously filed herein [Doc. #2, Attachment #1], the pleadings and papers on file herein, and upon such other matters as may be presented to the Court in writing or at the time of the hearing hereon.

DATED: February 25, 2008

/s/ Lowell Robert Fuselier
Lowell Robert Fuselier
Kaloogian & Fuselier, LLP
Attorneys for Plaintiff,
SAN DIEGO MINUTEMEN