1  Howard Kaloogian, State Bar No. 118954
   Lowell Robert Fuselier, State Bar No. 140701
2  David T. Hayek, State Bar No. 144116
   Kaloogian & Fuselier LLP
3  2382 Faraday Avenue, Suite 130
   Carlsbad, California 92008
4  Tel. 760-522-1802
   Fax. 760-431-1116
5  **Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
### Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTE MEN | Case Number: 08CV0210 WQH [RBB] |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| DALE BONNER in his Official Capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON in his Official Capacity as CalTrans Director; PEDRO ORSO-DELGADO in his Official Capacity as Caltrans District Director and DOES 1 through 50, | |
| Defendants. | |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2382 Faraday Avenue, Suite 130, Carlsbad, California. On the date of execution set forth below, I served the foregoing document described as:

1. **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; and**
2. **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

//

//

//

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list.

___   BY PERSONAL SERVICE. I gave a true copy of the foregoing document to each of the parties on the attached service list.

___   BY FACSIMILE TRANSMISSION. I caused a true copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person.

 XX   BY MAIL. I placed the original or a true copy of the foregoing document in a sealed envelope individually addressed to each of the parties on the attached service list, and each such envelope was deposited in the mail at 2382 Faraday Avenue, Suite 130, Carlsbad, California. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

(Federal) XX      I declare that I work in the office of a member of the bar of this court at whose direction the service was made.

Executed on, February 25, 2008, at Carlsbad, California.

          /s/ David T. Hayek
          David T. Hayek

# SERVICE LIST

Jeffrey R. Benowitz, Esq.
Office of General Counsel
California Department of Transportation
M/S 130
4050 Taylor Street
San Diego, California 92110
(619) 688-2351
(619) 688-6905 (Facsimile)

**Attorneys for the California Department of Transporation, Will Kempton and Pedro Orso-Delgado**


Evelyn Matteuci, Esq.
General Counsel
Business, Transportation & Housing Agency
980 9th Street, Suite 2450
Sacramento, CA 95814-2719
(916) 323-5400
(916) 323-5440 (Facsimile)

**Attorneys for Dale Bonner**


Office of the Attorney General, State of California
110 West "A" Street, Suite 1100
P.O. Box 85266-5299
San Diego, CA 92186-5266
(619) 645-2001