MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO MINUTEMEN v.
CAL. BUSINESS, TRANSPORTATION AND HOUSING AGENCY    Case No. 08cv0210 WQH(RBB)

**Time Spent:** _

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Lowell R. Fuselier | Attorney General |

PROCEEDINGS:    ___ In Chambers    ___ In Court    ___ Telephonic

A telephonic discovery conference is set for February 26, 2008, at 4:30 p.m. Counsel for Plaintiff is to initiate the call.

DATE: February 26, 2008    IT IS SO ORDERED:    *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc:  Judge Hayes                INITIALS: VL (mg/irc) Deputy
     All Parties of Record