```
BRUCE A. BEHRENS, Chief Counsel
JEFFREY R. BENOWITZ, Deputy Chief Counsel
     CBN 169151
GLENN B. MUELLER, Assistant Chief Counsel
JOHN FREDERICK SMITH, Assistant Chief Counsel
STEPHANIE D. MARTIN, CBN 242658
State of California, Department of Transportation
Legal Division
4050 Taylor Street, MS-130
San Diego, CA  92110
Attorneys for Defendant, STATE OF CALIFORNIA
acting by and through the DEPARTMENT OF TRANSPORTATION;
DALE BONNER, WILL KEMPTON and PEDRO ORSO-DELGADO
```

UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTEMEN, An Unincorporated Association,<br><br>    Plaintiff,<br><br>  vs.<br><br>CALIFORNIA BUSINESS TRANSPORTATION AND HOUSING AGENCY'S DEPARTMENT OF TRANSPORTATION; DALE BONNER, Individually and in his Official Capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON, Individually and in his Official Capacity as Caltrans Director; PEDRO ORSO-DELGADO, Individually and in his Official Capacity as Caltrans District Director and DOES 1 through 10,<br><br>    Defendant | Case No.: 08 CV 0210 WQH RBB<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>*No oral argument unless requested by the Court*<br><br>Date:      April 1, 2008<br>Time:     11:00 a.m.<br>Courtroom: 4<br>Judge:    William Q. Hayes |

    Defendants, by and through their attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

    1.    Caltrans Adopt-a-Highway Program Guidelines and Coordinators Handbook, a copy of which is attached hereto as Exhibit 1.

    While documents not included in the original pleading generally cannot be considered on a Federal Rule of Civil Procedure 12(b)(6) motion without converting the motion into one for summary judgment, an exception exists for documents the authenticity of which are not disputed by the parties, official records, documents central to plaintiffs' claim and documents sufficiently

1 referred to in the complaint.  <u>Mack v. South Bay Beer Distributors</u>, 798 F.2d 1279, 1282 (9th
2 Cir. 1986); <u>Watterson v. Page</u>, 987 F.2d 1, 3 (1st Cir. 1993).
3      The Caltrans Adopt-a-Highway Program Guidelines and Coordinator's handbook is an
4 official record which is central to plaintiff's claim.  The authenticity of this document is not in
5 dispute by the parties.  Because this document is an official record central to plaintiff's claim and
6 its authenticity is not in dispute, the Court is able to take judicial notice of this document without
7 converting defendants' motion for dismissal pursuant to Federal Rule of Civil Procedure 12(b)
8 into one for summary judgment.

10 Dated: _____     BRUCE A. BEHRENS, Chief Counsel
11      JEFFREY R. BENOWITZ, Deputy Chief Counsel

13      _____
     Jeffrey R. Benowitz, Deputy Chief Counsel
14      Stephanie D. Martin, Deputy Attorney
     Attorneys for Defendant State of California

REQUEST FOR JUDICIAL NOTICE