### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>SAN DIEGO MINUTEMEN</u> v.
<u>CAL. BUSINESS, TRANSPORTATION AND HOUSING AGENCY</u>   Case No. <u>08cv0210 WQH(RBB)</u>
                                                        **Time Spent: <u>15 min.</u>**

<u>HON. RUBEN B. BROOKS</u>   <u>CT. DEPUTY VICKY LEE</u>                   Rptr. _____

                              Attorneys
         <u>Plaintiffs</u>                              <u>Defendants</u>

<u>David Hayek</u>                          <u>Jeff Benowitz</u>
                                       <u>Stephanie Martin</u>


PROCEEDINGS:   ____ In Chambers    ____ In Court    <u> X </u> Telephonic

A telephonic discovery conference was held.


DATE: <u>February 26, 2008</u>    IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Hayes                    INITIALS: <u>VL (mg/irc)</u> Deputy
     All Parties of Record