```
 1  BRUCE A. BEHRENS, Chief Counsel
    JEFFREY R. BENOWITZ, Deputy Chief Counsel
 2      CBN 169151
    GLENN B. MUELLER, Assistant Chief Counsel
 3  JOHN FREDERICK SMITH, Assistant Chief Counsel
    STEPHANIE D. MARTIN, CBN 242658
 4  State of California, Department of Transportation
    Legal Division
 5  4050 Taylor Street, MS-130
    San Diego, CA  92110
 6  Tele: (619) 688-2531 Fax: (619) 688-6905
    Attorneys for Defendant, STATE OF CALIFORNIA
 7  acting by and through the DEPARTMENT OF TRANSPORTATION;
    DALE BONNER, WILL KEMPTON and PEDRO ORSO-DELGADO
 8
```

## UNITED STATES DISTRICT COURT

### Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTEMEN, An Unincorporated Association, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA BUSINESS TRANSPORTATION AND HOUSING AGENCY'S DEPARTMENT OF TRANSPORTATION; DALE BONNER, Individually and in his Official Capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON, Individually and in his Official Capacity as Caltrans Director; PEDRO ORSO-DELGADO, Individually and in his Official Capacity as Caltrans District Director and DOES 1 through 10, <br><br> Defendant | Case No.: 08 CV 0210 WQH RBB <br><br> **AMENDED REQUEST FOR JUDICIAL NOTICE** <br><br> *No oral argument unless requested by the Court* <br><br> Date:  April 1, 2008 <br> Time:  11:00 a.m. <br> Courtroom:  4 <br> Judge:  William Q. Hayes |

Defendants, by and through their attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. Caltrans Adopt-a-Highway Program Guidelines and Coordinators Handbook, a copy of which is attached hereto as Exhibit 1.

While documents not included in the original pleading generally cannot be considered on a Federal Rule of Civil Procedure 12(b)(6) motion without converting the motion into one for summary judgment, an exception exists for documents the authenticity of which are not disputed

Case No.:  08 CV 0210 WQH RBB

1  by the parties, official records, documents central to plaintiffs' claim and documents sufficiently
2  referred to in the complaint. <u>Mack v. South Bay Beer Distributors</u>, 798 F.2d 1279, 1282 (9th
3  Cir. 1986); <u>Watterson v. Page</u>, 987 F.2d 1, 3 (1st Cir. 1993).
4       The Caltrans Adopt-a-Highway Program Guidelines and Coordinator's handbook is an
5  official record which is central to plaintiff's claim. The authenticity of this document is not in
6  dispute by the parties. Because this document is an official record central to plaintiff's claim and
7  its authenticity is not in dispute, the Court is able to take judicial notice of this document without
8  converting defendants' motion for dismissal pursuant to Federal Rule of Civil Procedure 12(b)
9  into one for summary judgment.

11  Dated: 2/27/08

<u>s/ Jeffrey R. Benowitz</u><br>
Attorney for Defendants<br>
E-mail: jeffrey_r_benowitz@dot.ca.gov

Case No.: 08 CV 0210 WQH RBB