**EXHIBIT 1**



ADOPT-A-HIGHWAY

# PROGRAM GUIDELINES AND COORDINATORS HANDBOOK

Prepared by



California Department of Transportation
Maintenance Program

**March 2006**

# Table of Contents

**Last Revised**

1. **Background and Program Scope** . . . . . . . . . . . . . . . . . . 1-1    February 2006

   Mission and Vision . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1

   Goals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1

   Adopt-A-Highway Program Authorization . . . . . . . . . . . . . 1-1

   Recognition for Contribution. . . . . . . . . . . . . . . . . . . . . . . 1-2

   Program Administration . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

   Who May Participate? . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

   Adoptable Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

   The Adoption Process . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3

   Available Sites List and Waiting List. . . . . . . . . . . . . . . . . 1-3

   Program Milestones. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3

   Text of Section 91 - 91.6 of the
   California Streets and Highways Code . . . . . . . . . . . . . . . 1-5

   Deputy Directive 36-R . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-6

2. **Adopt-A-Highway Signs** . . . . . . . . . . . . . . . . . . . . . . . . 2-1    February 2006

   Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-1

   Description/Ordering of Signs. . . . . . . . . . . . . . . . . . . . . . 2-1

   Determining Size and Location of Signs . . . . . . . . . . . . . . 2-2

   Cost of Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-3

   Installation of Signs and Panels. . . . . . . . . . . . . . . . . . . . 2-3

   Maintenance of Signs and Panels . . . . . . . . . . . . . . . . . . 2-4

   Recognition Panel Rules . . . . . . . . . . . . . . . . . . . . . . . . . 2-6

   Recognition Panel Image Guide . . . . . . . . . . . . . . . . . . . . 2-9

   Panel Rules for Adoptions by Individuals . . . . . . . . . . . . . 2-10

   Panel Rules for Clubs, Committees, and Organizations . . 2-11

   Panel Rules for Businesses and Corporations . . . . . . . . . 2-13

   When in Doubt About a Panel's Acceptability . . . . . . . . . 2-16



Sample Documents

- Recognition Panel Installation . . . . . . . . . . . . . . . . . . . 2-17
- Recognition Panel Design Guidelines . . . . . . . . . . . . . 2-18
- Courtesy Sign Components . . . . . . . . . . . . . . . . . . . . . 2-20

**3. Encroachment Permits** . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1      March 2006

Adopt-A-Highway Permit Applications . . . . . . . . . . . . . . 3-1

Waiting List Applications . . . . . . . . . . . . . . . . . . . . . . . . . 3-4

Fees and Permit Period . . . . . . . . . . . . . . . . . . . . . . . . . . 3-7

Denying an Adopt-A-Highway Permit . . . . . . . . . . . . . . . 3-7

Support Documentation for Non-Litter Adoptions . . . . . . . 3-7

Application Process: New Adoptions . . . . . . . . . . . . . . . . 3-7

Application Process: Renewals . . . . . . . . . . . . . . . . . . . . . 3-11

Monitoring Adoptions . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-14

Revoking Encroachment Permits  . . . . . . . . . . . . . . . . . . . 3-15

Keeping Encroachment Permits Accurate . . . . . . . . . . . . . 3-18

Sample Documents

- Adopt-A-Highway Permit Application  . . . . . . . . . . . . . 3-20
- Encroachment Permit (Adopt-A-Highway) . . . . . . . . . . 3-22
- Adopt-A-Highway Permit Special Provisions . . . . . . . . 3-23
- Attachment A (Adopt-A-Highway Special Provisions) . 3-26

**4. Contracted Adoptions** . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-1      February 2006

What is a Contracted Adoption? . . . . . . . . . . . . . . . . . . . . 4-1

The Encroachment Permit Applications
for Contracted Adoptions . . . . . . . . . . . . . . . . . . . . . . . . . 4-2

Insurance and Licensing Requirements . . . . . . . . . . . . . . 4-3

Equipment and Supplies . . . . . . . . . . . . . . . . . . . . . . . . . 4-4

Monitoring Adoption Performance . . . . . . . . . . . . . . . . . 4-5

List of Adopt-A-Highway Contractors . . . . . . . . . . . . . . 4-5



Sample Documents
- Working With Contractors . . . . . . . . . . . . . . . . . . . . . . . 4-7
- Sample Certificate of Liability Insurance . . . . . . . . . . 4-10

5. **Safety Requirements for Participants** . . . . . . . . . . . . . . . 5-1    February 2006

Excerpts from the Adopt-A-Highway
Permit Special Provisions . . . . . . . . . . . . . . . . . . . . . . . . 5-1

Participant Responsibilities . . . . . . . . . . . . . . . . . . . . . . . . 5-2

Safety Orientation Checklists . . . . . . . . . . . . . . . . . . . . . 5-3

Safety Gear . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-4

Safety Training Materials . . . . . . . . . . . . . . . . . . . . . . . . 5-4

Volunteer Group Leader Responsibilities . . . . . . . . . . . . . 5-4

Contractor's Crew Leader Responsibilities . . . . . . . . . . . . 5-5

Sample Documents
- Safety Orientation Checklist for Volunteers . . . . . . . . . . 5-6
- Safety Orientation Checklist for Contractors . . . . . . . . . 5-7
- Bag It, Move It, of Leave It? . . . . . . . . . . . . . . . . . . . . . 5-8
- Safety Requirements for Participants: CREWPLANS . . 5-10
- Safety Requirements (Spanish) . . . . . . . . . . . . . . . . . . . 5-11

6. **Caltrans Adopt-A-Highway Responsibilities** . . . . . . . . . 6-1    February 2006

District Adopt-A-Highway Coordinator . . . . . . . . . . . . . . 6-1

Statewide Coordinator . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-3

Maintenance Region Manager . . . . . . . . . . . . . . . . . . . . . . 6-5

Maintenance Area Superintendent . . . . . . . . . . . . . . . . . . . 6-5

Supervisors and Maintenance Personnel . . . . . . . . . . . . . . 6-6

District Permit Engineer . . . . . . . . . . . . . . . . . . . . . . . . . . 6-7

Related Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-7

Recognition of Adopt-A-Highway Participants . . . . . . . . . 6-8



**7. Site Reviews** . . . . . . . . . . . . . . . . . . . . . . . . 7-1          February 2006

The Importance of Site Reviews . . . . . . . . . . . . . . . . . . . . . . 7-1

When Are Site Reviews Required? . . . . . . . . . . . . . . . . . . 7-1

Who Can Perform a Site Review . . . . . . . . . . . . . . . . . . . . . 7-2

Site Classification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-3

Completing Site Reviews . . . . . . . . . . . . . . . . . . . . . . . . . 7-5

Sample Documents

• Instructions for
  Completing Adopt-A-Highway Site Reviews . . . . . . . . . 7-7

• Litter Removal Site Review . . . . . . . . . . . . . . . . . . . . . . 7-9

• Graffiti Removal Site Review . . . . . . . . . . . . . . . . . . . 7-10

• Tree and Shrub Planting Site Review . . . . . . . . . . . . . . 7-11

• Vegetation Control Site Review . . . . . . . . . . . . . . . . . . 7-12

• Wildflower Planting Site Review . . . . . . . . . . . . . . . . . 7-13


**8. Litter Removal** . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1          February 2006

Adoption Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1

Pickup Frequencies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1

Use of Contractors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-2

Equipment and Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . 8-2

Recycling Program Elements . . . . . . . . . . . . . . . . . . . . . . . 8-3

Coordination of Maintenance Activities . . . . . . . . . . . . . . 8-3

Courtesy Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-4

Establishing Litter Removal Sites . . . . . . . . . . . . . . . . . . . 8-5

Sample Document

• Working With Contractors . . . . . . . . . . . . . . . . . . . . . . 8-6


**9. Graffiti Removal** . . . . . . . . . . . . . . . . . . . . . . . . . 9-1          February 2006

Adoption Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1

Turnaround Time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1

Work Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1

Equipment and Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . 9-2



Coordination of Maintenance Activities . . . . . . . . . . . . . . 9-3

Courtesy Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-3

Establishing Graffiti Removal Sites. . . . . . . . . . . . . . . . . . 9-3

Sample Document

• Working With Contractors . . . . . . . . . . . . . . . . . . . . . . . 9-5

Adopt-A-Mural Pilot Program. . . . . . . . . . . . . . . . . . . . . . 9-8


**10. Vegetation Control** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1        February 2006

Adoption Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1

Work Frequency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1

Work Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1

Equipment and Supplies  . . . . . . . . . . . . . . . . . . . . . . . . . . 10-3

Coordination of Maintenance Activities . . . . . . . . . . . . . . 10-3

Courtesy Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-4

Establishing Vegetation Control Sites . . . . . . . . . . . . . . . . 10-4

Approving Plans and Work Schedule  . . . . . . . . . . . . . . . . 10-5

Vegetation Control Handouts. . . . . . . . . . . . . . . . . . . . . . . 10-6

• Guidelines for Preparing Vegetation Control
  Plans and Work Schedule . . . . . . . . . . . . . . . . . . . . . . . . 10-7

• Caltrans Licensing Requirements for
  Volunteers Using Herbicides  . . . . . . . . . . . . . . . . . . . . . 10-9

• Guidelines for Using Mulch . . . . . . . . . . . . . . . . . . . . . . 10-10

• Working With Contractors . . . . . . . . . . . . . . . . . . . . . . . 10-11


**11. Tree and Shrub Planting** . . . . . . . . . . . . . . . . . . . . . . . . . 11-1        February 2006

Adoption Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1

Work Frequency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-2

Completed Tree and Shrub Planting Adoptions  . . . . . . . . 11-2

Work Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-2

Equipment and Supplies  . . . . . . . . . . . . . . . . . . . . . . . . . . 11-4

Coordination of Maintenance Activities . . . . . . . . . . . . . . 11-4

Courtesy Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-5

Establishing Tree and Shrub Planting Sites . . . . . . . . . . . 11-5



Adopt-A-Highway Program Guidelines and Coordinators Handbook

Approving Plans and Work Schedule . . . . . . . . . . . . . . . . 11-6

Resources for Tree and Shrub Planting . . . . . . . . . . . . . . 11-7

Tree and Shrub Planting Handouts . . . . . . . . . . . . . . . . . . 11-9

• Guidelines for Preparing Tree and Shrub Planting
  Plans and Work Schedule . . . . . . . . . . . . . . . . . . . . . . . . 11-10

• Caltrans Licensing Requirements for
  Volunteers Using Herbicides . . . . . . . . . . . . . . . . . . . . 11-14

• Guidelines for Using Mulch . . . . . . . . . . . . . . . . . . . . . 11-15

• Working With Contractors . . . . . . . . . . . . . . . . . . . . . . . 11-16

**12. Wildflower Planting** . . . . . . . . . . . . . . . . . . . . . . . . . . 12-1    February 2006

Adoption Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-1

Work Frequency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-2

Work Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-2

Equipment and Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . 12-4

Coordination of Maintenance Activities . . . . . . . . . . . . . . 12-4

Courtesy Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-5

Establishing Wildflower Planting Sites . . . . . . . . . . . . . . 12-5

Approving Plans and Work Schedule . . . . . . . . . . . . . . . . 12-7

Wildflower Planting Handouts . . . . . . . . . . . . . . . . . . . . . 12-8

• Guidelines for Preparing Wildflower Planting
  Plans and Work Schedule . . . . . . . . . . . . . . . . . . . . . . . . 12-9

• Caltrans Licensing Requirements for
  Volunteers Using Herbicides . . . . . . . . . . . . . . . . . . . . 12-13

• Guidelines for Using Mulch . . . . . . . . . . . . . . . . . . . . . 12-14

• Working With Contractors . . . . . . . . . . . . . . . . . . . . . . . 12-15

**13. Mission Bell Adoption** . . . . . . . . . . . . . . . . . . . . . . . . . . 13-1    February 2006

Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-2

Adoption Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-2

**14. Material and Equipment** . . . . . . . . . . . . . . . . . . . . . . . . 14-1    February 2006

Not Available



**15. District Policy** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-1          February 2006

  Signs at Available Sites . . . . . . . . . . . . . . . . . . . . . . . . . 15-2

  Use of Minors  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-2

  Multiple Adoption by a Single Group . . . . . . . . . . . . . . . 15-3

  Blanket Waiting List Entries . . . . . . . . . . . . . . . . . . . . . . 15-3

  Litter Removal Pickup Frequencies . . . . . . . . . . . . . . . . . 15-4



# Chapter 1.    Background and Program Scope

## MISSION AND VISION

Partner with California's citizens to provide motorists with clean and beautiful roadsides.

## GOALS

- Maximize the number of active adoptions.

- Improve the Department's image.

- Improve citizens' pride in their communities.

- Prevent litter and graffiti through public education.

- Attract tourists to California's vacation destinations.

- Help free maintenance forces to perform duties directly related to improving public safety and mobility.

- Reduce the discharge of pollutants into storm water drainage systems, thereby protecting and preserving California's natural resources, and, helping to meet litter removal requirements set forth in the Department's NPDES permit and SWMP.*

**Maximize the number of active adoptions.**

## ADOPT-A-HIGHWAY PROGRAM AUTHORIZATION

In 1985 the passage of AB 2330 added Section 91.5 to the California Streets and Highways Code, authorizing the Department to accept funds or services for maintenance activities and allowing the director to install courtesy signs in recognition of such services. Exact text of the law is given later in this chapter. In October, 1989, Caltrans Director's Policy Memo (P898-03) outlined and established the Caltrans Adopt-A-Highway Program.

---

* National Pollutant Discharge Elimination System (NPDES) and Statewide Storm Water Management Plan (SWMP).



California was approximately the 20th state in the nation to institute a program. The nation's first Adopt-A-Highway courtesy signs were installed on March 9, 1985, on Highway 69 in Texas. March 9th was subsequently named International Adopt-A-Highway Day.

## RECOGNITION FOR CONTRIBUTIONS

The Adopt-A-Highway Program recognizes participants via Adopt-A-Highway courtesy signs. There is no fee charged for courtesy signs or for Adopt-A-Highway Encroachment Permits. Refer to the *Adopt-A-Highway Signs* chapter of these Guidelines for more information.

**There is no fee charged for courtesy signs or for Adopt-A-Highway Encroachment Permits.**

## PROGRAM ADMINISTRATION

The Chief, Division of Maintenance is responsible for developing and maintaining Adopt-A-Highway Program guidelines and procedures. District Directors are responsible for program implementation.

## WHO MAY PARTICIPATE?

Individuals, businesses, corporations, and organizations, except for entities that advocate violence, violation of the law, or discrimination based upon race, religion, color, national origin, ancestry, physical handicap, medical condition, marital status, age, sex, or sexual orientation may participate in the Adopt-A-Highway Program. Participants must be at least 16 years of age. (See the *Encroachment Permits* chapter in these *Guidelines* for more detailed information.)

## ADOPTABLE AREAS

Current Adopt-A-Highway Program opportunities include litter removal, graffiti removal, wildflower planting, tree and shrub planting, vegetation control, and mission bell adoptions. (Donations of funds are not accepted at this time.) All state and federal highway roadsides are potentially eligible. Miscellaneous portions of State right of way, such as bike trails, park-and-ride lots, etc., may also be considered. Caltrans Maintenance supervisors review sites to determine whether or not the areas are suitable for adoption. Site review criteria for each adoption type are outlined in the *Site Reviews* chapter of these *Guidelines*.



## THE ADOPTION PROCESS

Highway segments are available on a first-come, first-served basis. Adopt-A-Highway encroachment permits are issued for a period of five years. In order to be entered into the adoption process, applicants must submit an Adopt-A-Highway Permit Application and any required support documents to the appropriate District Adopt-A-Highway Coordinator. Multiple adoptions by a single group are allowed. Two or more entities may participate in a joint project as co-adopters. Groups may perform the work themselves or they may have the work performed by a professional business on their behalf. About 70 percent of all adoptions are volunteer adoptions. Refer to the *Encroachment Permits* chapter and *Contracted Adoptions* chapter of these Guidelines for more information.

**Highway segments are available on a first-come, first-served basis.**

## AVAILABLE SITES LIST AND WAITING LIST

Districts shall establish waiting lists for segments desired by more than one party. A list of available adoption sites is available to the public upon request. Refer to the *Encroachment Permits* chapter for more information.

## PROGRAM MILESTONES IN REVERSE CHRONOLOGICAL ORDER

- **February 2006:** Caltrans Deputy Directive (DD-36-R) was issued, superceding DD-36. It was updated to reflect the current text of the California Streets and Highways Code, Section 91.5 and 91.6. A copy is located at the end of this chapter.

- **September 2003:** The passage of AB 260 added Section 91.6 to the California Streets and Highways Code. It mandates that all Caltrans maintenance programs relating to litter cleanup and abatement assign a high priority to litter deposited along state highway segments adjoining storm drains, streams, rivers, waterways, beaches, the ocean, and other environmentally sensitive areas.

- **January 2003:** Section 91.7, relating to the Living Logo Demonstration Program, was repealed (eliminated from the Streets and Highways Code).



- **September 2002:** Living Logo Adoptions, Safety Roadside Rest Area Adoptions (SRRA), and Traveler Service Information Center Sponsorships were eliminated from the Adopt-A-Highway Program. (District SRRA Coordinators and/or District Landscape Architects are to oversee any future advertising in SRRA kiosks.)

- **July 2002:** Due to opposition from the Federal Highway Administration, the Living Logo demonstration program was not implemented. Caltrans' July 1st report to legislature recommended that the program be allowed to sunset with no further action.

- **September 1998:** Section 91.5 was amended and Section 91.7 was added to the California Streets and Highways Code. Text referring to the Living Logo Demonstration Program was moved from Section 91.5 to Section 91.7. In addition, Orange County was authorized to participate in the demonstration program; Caltrans was required to prepare a report to the legislature on or before July 1, 2002; and January 1, 2003, was established as a sunset date for the program.

- **January 1995:** Caltrans Deputy Directive (DD-36) superceded the Director's Policy Memo (Interim Format). It further clarified Adopt-A-Highway Program responsibilities within the Department and included mention of the Living Logo Demonstration Program element.

- **September 1994:** The passage of AB 3132 amended Streets and Highways Code Section 91.5, resulting in an expanded range of Adopt-A-Highway opportunities. Caltrans could now accept materials and equipment (in addition to funds and services) for roadside maintenance or enhancement. The amendment also permitted Adopt-A-Highway sponsors to be recognized by displaying a planted representation of their logo on the right of way instead of by a courtesy sign. This "Living Logo" concept was to be implemented as a demonstration project in Los Angeles County.

- **January 1992:** Caltrans Director's Policy Memo (Interim Format), dated 1/15/92, superceded Caltrans Director's Policy Memo (P898-03). It further clarified Adopt-A-Highway Program responsibilities within the Department.

- **October 1989:** Caltrans Director's Policy Memo (P898-03), dated 10/5/89, outlined and established the Caltrans Adopt-A-Highway Program.



- **1985:** The passage of AB 2330 added Section 91.5 to the California Streets and Highways Code. This allowed the California Department of Transportation (Caltrans) to accept funds or services for maintenance activities and authorized the director to install appropriate courtesy signs in recognition of such services.

## TEXT OF SECTION 91 - 91.6 OF THE CALIFORNIA STREETS AND HIGHWAYS CODE

**91.** The department shall improve and maintain the state highways, including all traversable highways which have been adopted or designated as state highways by the commission, as provided in this code.

**Section 91.5. (a)** The department may enter into an agreement to accept funds, materials, equipment, or services from any person for maintenance or roadside enhancement, including the cleanup and abatement of litter, of a section of a state highway. The department and the sponsoring person may specify in the agreement the level of maintenance that will be performed.

**(b)** The director may authorize a courtesy sign to recognize contributions. These courtesy signs shall be consistent with existing code provisions and department rules and regulations concerning signs.

**Section 91.6** The department shall, within its maintenance programs relating to litter cleanup and abatement, assign a high priority to litter deposited along state highway segments adjoining storm drains, streams, rivers, waterways, beaches, the ocean, and other environmentally sensitive areas. The department may use litter traps in drains and any other effective technology in carrying out these responsibilities.



*California Department of Transportation*

*Flex your power!*
*Be energy efficient!*

## Deputy Directive

| | |
|---|---|
| *Number:* | DD-36-R |
| *Refer to Director's Policy:* | |
| *Effective Date:* | 03/01/2006 |
| *Supersedes:* | DD-36 (2/25/95) |

**TITLE**     Adopt-A-Highway Contributions

**POLICY**

The California Department of Transportation (Department) supports and encourages Adopt-A-Highway contributions for roadside maintenance or enhancement activities including litter removal, graffiti control, vegetation control, wildflower planting, and tree and shrub planting. Contributions for other maintenance activities, equipment, supplies or services will also be considered on an individual basis.

The Department will assign a high priority to adopting litter removal sites along state highway segments adjoining storm drains, streams, rivers, waterways, beaches, the ocean, or other environmentally sensitive areas.

The Department provides assistance to its partners and acknowledges their contributions with appropriate recognition. A fee is not charged by the Department for Adopt-A-Highway permits.

**DEFINITION/BACKGROUND**

The Department established the Adopt-A-Highway Program in October 1989.

Section 91.5 (a) of the Streets and Highways Code authorizes the Department to enter into an agreement to accept funds, materials, equipment, or services from any person for maintenance or roadside enhancement.

Section 91.5 (b) states that the Director may authorize a courtesy sign to recognize contributions. These courtesy signs shall be consistent with existing code provisions and department rules and regulations concerning signs.

Section 91.6 states that the Department shall, within its maintenance programs relating to litter cleanup and abatement, assign a high priority to litter deposited along state highway segments adjoining storm drains, streams, rivers, waterways, beaches, the ocean, and other environmentally sensitive areas. The Department may use litter traps in drains and any other effective technology in carrying out these responsibilities.

*"Caltrans improves mobility across California"*

Deputy Directive
Number DD-36-R
Adopt-A-Highway Contributions
Page 2

*RESPONSIBILITIES*

Chief, Division of Maintenance:
- Directs the Adopt-A-Highway Program.
- Assigns a Statewide Adopt-A-Highway Coordinator.
- Develops and maintains program guidelines and procedures, including safety provisions.

District Directors:
- Assign a District Adopt-A-Highway Coordinator and staff as needed to administer and promote the district program.
- Ensure that their staff complies with Adopt-A-Highway safety provisions and other program policies.
- Commit sufficient resources to the Adopt-A-Highway Program to ensure prompt, courteous and professional response to the public.
- Ensure timely installation of Adopt-A-Highway courtesy signs to recognize program participants.
- Provide informational and statistical reports as may be requested by internal and external entities.

Deputy Director, External Affairs:
- Assists the Division of Maintenance and the Districts in coordinating statewide public relations activities that promote Adopt-A-Highway contributions.

Chief, Division of Traffic Operations:
- Develops and maintains standards and procedures for the issuance of encroachment permits and timely processing of installation orders for Adopt-A-Highway courtesy signs.

Principal, Landscape Architecture Program:
- Assists the Division of Maintenance in the development of guidelines for Adopt-A-Highway contributions affecting highway planting and vegetation control.

Chief, Division of Transportation System Information:
- Ensures that highway characteristics, designation and geographic information system data of interest to travelers is included in the Department's travel information.

*"Caltrans improves mobility across California"*

Deputy Directive
Number DD-36-R
Adopt-A-Highway Contributions
Page 3

Chief, Division of Accounting:
- Develops and maintains guidelines and accounting procedures for accepting contributions from the Department's partners.

*APPLICABILITY*

All departmental employees who are involved in Adopt-A-Highway contributions and program activities.

_____                    _____
RANDELL H. IWASAKI                                         Date Signed
Chief Deputy Director

# Chapter 2.    Adopt-A-Highway Signs

## PURPOSE

Caltrans recognizes donations made through the Adopt-A-Highway Program by identifying contributors with Adopt-Highway courtesy signs. Although there is advertising value inherent in the recognition panels, they are not intended to be an advertising medium. Their purpose is to recognize <u>who</u> is providing the adoption service, not what service they provide, what products they sell, or where they are located. The Adopt-A-Highway Program and it's courtesy signs are not a forum for advertisement or public discourse.

**The Adopt-A-Highway Program and it's courtesy signs are not a forum for advertisement or public discourse.**

Courtesy signs also alert motorists and the California Highway Patrol that workers may be present. And, courtesy signs are the primary means of informing the public about the existence of the Adopt-A-Highway Program.

## DESCRIPTION/ORDERING OF SIGNS

Adopt-A-Highway courtesy signs consist of four components: an Adopt-A-Highway logo, a base sign, an icon depicting the adoption-type, and a recognition panel. The signs are available in two sizes. Sign components are manufactured with predrilled bolt holes. Courtesy signs ship with the Adopt-A-Highway logo riveted to the base sign. The words, Volunteer/Sponsor Call 1-866-ADOPTAHWY, are preprinted on base signs.* When a site is adopted, the recognition panel is attached as an "overlay" that covers the preprinted text.

### Ordering Sign Components

Courtesy sign components are ordered by part number from the Caltrans Sacramento warehouse. Emergency orders can be purchased directly from the Caltrans-contracted sign manufacturer. Replacement logos, base signs, panels, and icons may be ordered individually. Illustrations of sign components and their part numbers are shown at the end of this chapter.

* Prior to 2005, the preprinted text read, For Information Call 1-866-ADOPTAHWY.



## DETERMINING SIZE AND LOCATION OF SIGNS

Courtesy signs are to be placed near the beginning of each adoption site on the right shoulder. The exact location of courtesy signs will be determined by each District's Division of Traffic Operations.

**The exact location of courtesy signs will be determined by each District's Division of Traffic Operations.**

The larger signs are to be used on freeways. The smaller signs are to be used on conventional highways (two-lane or those with traffic controls), scenic highways, city streets, and in park and rides. If an adoption site encompasses more than one type of highway, the road type where the sign is placed will determine the sign's size. Note: For other Caltrans signs, the speed limit where the sign is placed determines the sign's size.

If signs are to be placed within a state park or recreation area, Districts should coordinate sign size and location with the regional office of the Department of Parks and Recreation. Communities which request smaller signs should be accommodated.

### Groups With Adjacent Segments

Groups with multiple, contiguous adoptions may have a sign at each segment.  However, District AAH Coordinators must request that Permittees relinquish one of the segments at the end of their permit period *if* a waiting list for either section has become established.

### Single Segments Over Two Miles in Length

Groups cleaning only vista points and turnouts in sections over two miles in length will still receive just one sign per direction.

### More Than One Adoption Type at the Same Location

In cases where a single group has multiple adoption types in the same segment, two adoption-type icons shall be displayed on a single sign. If two separate groups have different adoption types at the same location and the adoption is not shared, then two separate signs will be installed.

Two panels on a single base sign or two base signs on a single post are not permitted.



## COST OF SIGNS

Courtesy signs will be provided, installed, and maintained by Caltrans for each project at no cost to the adopter. However, adopters may incur some cost for the artwork to be displayed on the recognition panel.

**Standard Panels:** Caltrans will provide standard recognition panels (reflective white background with non-reflective black lettering) at no cost to the adopter.

**Standard Recognition Panels with Logos:** Organizational or corporate logos can be added to a standard panel, but the logo must be provided by the adopter at their own cost. The supplied logo must have pressure-sensitive, adhesive backing and meet the minimum height requirement (see page 2-12).

**Custom Recognition Panels:** Adopters must provide artwork for nonstandard recognition panels at their own cost. Custom panel elements can be supplied with pressure-sensitive adhesive backing to be applied by Caltrans, or, a completed panel can be supplied. Caltrans will supply blank recognition panels at no cost to participants who choose the latter option.

**Organizational or corporate logos can be added to a standard panel, but the logo must be provided by the adopter at their own cost.**

## INSTALLATION OF SIGNS AND PANELS

**Installation Time**

The maximum time from the completion of the group's <u>safety orientation</u> to installation of a courtesy sign and/or recognition panel should not exceed 30 days.

**Sign Assembly Installation**

Adopt-A-Highway courtesy <u>sign assemblies</u> shall only be installed by the Department's personnel. District Adopt-A-Highway Coordinators are responsible for requesting sign installation orders from the District Traffic Operations Division.

**Panel Installation**

Requests for recognition panel change-out <u>only</u> need not be submitted to Traffic Operations as this is considered to be sign maintenance work.



**Mandatory Replacement of Recognition Panels by Contractors, Effective March 2007:** Recognition panels are usually installed by Department personnel, however, **if** certain conditions are met, Districts **must** allow the Permittee's contractor to install the panel(s). The handout on the next page explains all conditions and rules. This handout may be printed from both the AAH Internet and intranet sites.

## MAINTENANCE OF EXISTING SIGNS AND PANELS

<u>Anytime</u> a panel is replaced it must be replaced with a compliant panel. Old-style, double-post signs should be replaced at vacant sites or when a new permit is issued at adopted locations.

## Changing a Recognition Panel During a Permit Period

A recognition panel may <u>not</u> be changed during a permit period unless it is damaged, stolen, or does not match the approved design. Adopters wishing to change their panel should do so when they renew their permit.

However, if a business changes their logo design during the permit period and the new logo is being actively used by the company (on business cards, letterheads, etc.), then an exception may be granted for them to change their panel to match the company's commonly used logo.

### Replacement of Non-Complaint Recognition Panels

Depending on the severity of the infraction, District Adopt-A-Highway Coordinators may require immediate replacement of non-compliant recognition panels. If immediate replacement is not required, non-compliant panels shall be replaced when the Permittee applies for a new encroachment permit.

**Depending on the severity of the infraction, District Adopt-A-Highway Coordinators may require immediate replacement of non-compliant recognition panels.**

### Damaged or Stolen Panels

It is important that damaged or missing sign components be replaced or repaired as soon as possible. This includes removing graffiti and replacing signs lost during construction. Caltrans will replace damaged custom panels with standard panels at no cost to the adopter, or, the adopter can provide new custom panels. Replacement panels,





**ADOPT·A·HIGHWAY**

## Recognition Panel Installation by Adopt-A-Highway Service Contractors

Recognition panels are usually installed by Department personnel, however, **if** the sign's location and type meet all conditions listed below and the contractor wishes to do so, Districts **must** allow the Permittee's contractor to install the panel(s). Location acceptability is determined by Caltrans.

- The panel will be installed on a new-style, single post Adopt-A-Highway (AAH) sign.
- The sign must not be located on or within six feet of a traffic lane.
- A work vehicle must be able to be parked near the sign, a minimum of six feet from a traffic lane.
- The estimated time for panel replacement to be completed cannot exceed 20 minutes.

Permission for panel installation must be requested via the contractor's AAH Permit Application. Permission for panel installation must be authorized via the contractor's Encroachment Permit. Subcontracting is not permitted. Upon request, Caltrans will supply the contractor with the appropriate number of blank recognition panels (one or two) at no cost. Contractors who fail to comply with the following rules will no longer be permitted to install panels in the District where the violation occurred.

### Before Beginning Work

- The contractor must submit an accurate, scaled, and colored proof of their panel design to the District AAH Coordinator for approval prior to its manufacture and installation.
- Recognition panel installation must be specifically authorized on the contractor's Encroachment Permit.
- Panels may not be installed until a safety orientation for the specific AAH site takes place.
- The contractor must have an AAH panel installation order in hand when performing the work.
- Panels installed must have been supplied by Caltrans or exactly match Caltrans panel specifications.

### Work Procedures

- Contractors must abide by all general safety procedures listed in the Encroachment Permit Special Provisions while working on the State's right of way. In addition:
- Contractors should avoid standing behind their work vehicle and exiting/entering the vehicle from the traffic side.
- A minimum of two (2) workers must be on site. One employee shall be assigned as a lookout while the employee(s) replacing the panel is working with their back facing traffic.
- When removing the old panel, the rivets must be <u>drilled out</u>, not knocked off with a hammer or other tool which may cause damage to the sign.
- The new panel overlay must be attached to the base sign with self-plugging, aluminum blind rivets that have a 3/16 inch by 5/8 inch shank. A number 10 drill bit shall be used for drilling holes. Panels with 12, predrilled holes are available from Caltrans; a minimum of 8 of the predrilled holes must be used. If the contractor is not installing a Caltrans-supplied panel, the contractor must use a Caltrans-supplied panel as a template for rivet hole placement. The panel shall never be attached by adhesives, nails, nuts and bolts, or screws.
- Panels removed during change-out that were not installed by the contractor are State property and must be returned to the local Caltrans maintenance station or other location if indicated on the AAH installation order.

provided by the adopter, will be installed at no cost. Replacement panels should bear the same design as was originally approved by the AAH Coordinator unless it was non-compliant with panel rules.

## Replacing a Sign During a Permit Period

### Signs on Sites Under Construction

Encroachment permits must be suspended if more than 50 percent of an adopted area will be undergoing construction. The entire Adopt-A-Highway sign assembly should be removed and stored by Caltrans and then reinstalled upon completion of the project.

If 50 percent or less of an adopted area will be undergoing construction, then the adopter can continue to work in the unaffected area. In this case, it may be necessary to relocate the courtesy sign for the duration of the construction. (A permit rider may need to be issued.)

### Repeated Vandalism

If an adopter's sign is vandalized more than three times during a single permit period or five times during the group's participation, District Adopt-A-Highway Coordinators may ask the group to replace the damaged or missing sign components at their own cost.

## Signs at Available Adoption Sites

**Litter Removal Sites:** Courtesy signs for litter removal adoptions should remain in place once installed. When a site becomes available, the recognition panel should be removed within 15 days of the permit's expiration date. If the base sign is not preprinted with the toll-free Adopt-A-Highway telephone number, then an overlay panel with the words, Volunteer/Sponsor Call 1-866-ADOPTAHWY, must be installed on the courtesy sign until the area becomes adopted. Former participants may be given the custom or State-produced panels in recognition of their efforts.

**Courtesy signs for litter removal adoptions should remain in place once installed.**

**Non-Litter Sites:** The entire courtesy sign assembly must be removed from vacant non-litter sites. Variations to this sign-removal policy must be submitted, in writing, to the Statewide Adopt-A-Highway Coordinator for approval and inclusion in the District Policy chapter of these Guidelines.



## PANEL RULES:  <u>IMAGE</u>

All panel elements must be reviewed and approved by the District Adopt-A-Highway Coordinator. In all circumstances, the content of recognition panel elements is solely determined by Caltrans. Coordinators should provide alternative suggestions when rejecting a sponsor's submitted text or design. A work sheet for designing AAH panels is available to prospective adopters on the AAH Internet site. A copy of the work sheet is located at the end of this chapter.

Adopters choosing to provide a custom panel must submit an accurate, scaled (reduced proportionally), and colored proof of their panel design to the District Adopt-A-Highway Coordinator prior to its manufacture.

### Panel Image Area

The graphic on page 2-8 helps to illustrate the following rules.

Recognition panels shall have a white background comprising at least 50% of the panel. White lettering, even if cut out (and therefore reflective), may <u>not</u> be counted as part of the background.

White margins on the small and large panels must be a minimum of 1 and 2 inches, respectively.

#### Use of Color in Logos and Text

Logos and lettering on recognition panels may include the tasteful use of colors. However, the following restrictions apply:

• The use of red, orange, or yellow (or any combination thereof) for logos and lettering shall not exceed 30% of the entire panel area.

• Fluorescent, neon, reflective, or 'dayglow' colors are prohibited.

### Lettering Size

Letters for the group's name on the small panel must be a minimum of 2 inches high. Letters for the group's name on the large panel must be a minimum of 3 inches high. Larger lettering is permissible and recommended. There is no maximum lettering size, however, lettering must not enter the white margin area.

**Larger lettering is permissible and recommended.**



**RECOGNITION PANEL IMAGE GUIDE**



### Large Panel
**45" x 21" (945 sq. in.)**

2" margin is required

Image area is 41" x 17"

A maximum of 50% solid color (472.5 sq. in.) is permitted of which no more than 30% (283.5 sq. in.) can be red, yellow, orange, or any combination thereof.

Minimum Letter Size is 3"

Image area dimensions are 13" x 36.5." White margins are 4" on the top and bottom and 4.25" on the right and left.



### Small Panel
**30" x 15" (450 sq. in.)**

1" margin is required

Image area is 28" x 13"

A maximum of 50% solid color (225 sq. in.) is permitted of which no more than 30% (135 sq. in.) can be red, yellow, orange, or any combination thereof.

Minimum Letter Size is 2"

Image area dimensions are 9" x 25." White margins are 3" on the top and bottom and 2.5" on the right and left.



Caltrans recognizes that it may be impossible for graphical logos to be enlarged to the point where the lettering within the logo meets the minimum height requirement. Exceptions for the height of lettering within logos can be made by District AAH Coordinators.

## Lettering Style

Beginning April 1, 2006, custom type styles for <u>displaying a group's name</u> will no longer be permitted. All new panels must use the Standard Highway Signs alphabet series or similar sans-serif* font for the group's name <u>unless the name is an integral part of their logo</u>. This rule does not apply to text within logos.



| Acceptable | Not Acceptable | Acceptable |

Existing non-compliant panels may remain in place for the duration of the permit period. Non-compliant panels must be replaced when a permit is renewed or when a panel is replaced during a permit period. Colored lettering is still permitted.

## Legibility and Safety

Panels that are difficult to read may distract drivers. Coordinators should not approve illegible signs even if the content and color are otherwise acceptable. Reducing the proposed recognition panel design to 1/2" in height will help to determine whether or not the logo and lettering will be legible to passing motorists.

  

*Serifs are the short lines that stem from the upper and lower ends of the strokes of a letter. The words in this footnote are printed in a serif font. The "Legibility and Safety" heading above is printed in a sans-serif font.



## PANEL RULES:  <u>CONTENT</u>

Recognition panel elements are limited to the **name, logo, or both** of an adopter. A logo and part of a company name may not be combined to create the full company name. The following items are not permitted on panels:

- Telephone or fax numbers, street, e-mail or Internet addresses, Ham Radio i.d.'s, directions, or exit ramps.

- Product names, services provided, photographs, political campaigning, or slogans.

- Graphics (lines and shapes) that are not part of an official logo.

- Messages, lights, symbols, and trademarks that resemble any official traffic control device.

- Light-emitting diodes, luminous tubing, fiber optics, luminescent panels or other flashing, moving, or animated features.

Limited exceptions to this rule are described in detail later in this chapter. They are:

- Addition of a community or street name.

- Business names that include products or services.

- Internet and Telephone entities.

**Recognition panel elements are limited to the name, logo, or both of an adopter.**

### Group Names

Names used on recognition panels must be the same "Organization/Business Name" entered on the Adopt-A-Highway Permit Application. Limited exceptions to this rule are:

- **Logo-Only Panels:** Businesses may choose to display only their logo on their panel.

- **Parent Companies and Subsidiaries:** Parent companies that own several businesses can display the name of a subsidiary on their panel. The application must include both the name of the parent company and it's subsidiary.

- **Shared Adoptions:** Recognition panels for shared adoptions can recognize both Permittees on the same recognition panel regardless of whether one or two permits are issued.



Adopt-A-Highway Program Guidelines and Coordinators Handbook

### Verifying a Group Name

Coordinators may ask for a copy of the company's business <u>license</u> to verify business name. Corporations and "S" corporations can be asked to submit copies of their articles of incorporation. Fictitious business name statements cannot be used for business name verification, <u>but</u> they may be used to verify the relationship between a parent company and a subsidiary. A Certificate of Registration (issued by the Secretary of State) is acceptable verification for out-of-state web entities.

## Logos

Logos must be the symbol or trademark <u>commonly used</u> by the business or organization. A logo may contain a graphic only, text only, or both. It is important to note that most entities have more than one "version" of their logo. For example, the following logo versions are all commonly used by Caltrans.



### Verifying a Logo

If in doubt about a logo, coordinators can check to see if it is being used on the applicant's web site, corporate documents (business cards, letterheads, brochures, etc.), signage, or product labels and packaging. Billboards or other advertisements may not be used for logo verification.

### Slogans, Services Provided, and Products Sold

Beginning April 1, 2006, slogans, services provided, and products sold that are <u>not part of a business name</u>, even if they are included as part of a trademark, are not permitted. Slogans, services, and products that are an established (commonly used) and integral part of a <u>graphical logo</u> will be considered on a case-by-case basis.



Slogan Not Acceptable
(Business name is
Taco Bell Corporation)



Services Provided Not Acceptable
(Business name is
Interactive Resources, Inc.)



Exception May Be Granted
(Slogan is an established and
integral part of the logo graphic.)



Adopt-A-Highway Program Guidelines and Coordinators Handbook

## Size of Logos

Minimum size of logos on small panels must be between 8 inches and 13 inches in height. Minimum size of logos on large panels must be between 12 inches and 17 inches in height. Logos must fit inside the white margins.

Rectangular logos, like the ABC Day Care Center example below can cover up to 50% of the panel area. On a small panel, this would be approximately 9" x 25" (allowing a 3" margin on the top and bottom and 2.5" margins on either side). On a large panel, this would be approximately 13" x 36.5" (allowing a 4" margin on the top and bottom and 4.25" margins on either side).

 

Acceptable, but not visible at night.    Recommended Alternative

## Logo Colors

Logos that consist of light-colored lettering on solid, dark-colored backgrounds are permitted. However, adopters must be warned that <u>such logos will not be visible at night.</u> If acceptable to the adopter, Caltrans will permit altering of the logo to "cut out" the logo's lettering and design elements so the panel's reflective surface will show through. NOTE: If the logo is not compliant with color restrictions listed on page 2-7, the logo's colors must be altered.

## PANEL RULES FOR INDIVIDUALS

Individuals are not permitted to use logos or graphics on their panels.



Acceptable    Not Acceptable    Not Acceptable

If necessary to identify an individual as different from another same-named individual, the panel may display a single, descriptive term. All such terms must be approved by the Statewide AAH Coordinator on a case-by-case basis.



### Brokers and Agents

Because of the unique nature of their businesses, commodities brokers, real estate agents, <u>authorized</u> automobile dealerships, and insurance agents may display the *logo* of the corporation they represent. However, the panel *wording* can recognize the individual or their business, but not both.



### Professional Titles

Abbreviations of academic degrees, such as D.D.S or Ph.D., are acceptable. The panel *wording* can recognize the individual or their business, but not both.



### Memorials*

Beginning March, 2007, memorial panels will be permitted. Only the words, "In Memory of," plus the deceased person's name(s) can be placed on the panel. The deceased person's first name(s) may be used without displaying the last name. Other variations will not be approved.



* Victims of DUI accidents may qualify for the Victims Memorial Sign Program offered by Caltrans Traffic Operations. For more information, refer to: http://www.dot.ca.gov/hq/traffops/signtech/signdel/victims.htm



**Political Candidates, Elected Officials, and Appointed Officials**

Panels for elected officials, appointed officials, or political candidates may not reference the <u>office</u> <u>held</u> or their <u>individual</u> <u>title.</u> In addition, any *logos* on these panels shall not reference the <u>office</u> <u>held</u> or <u>political</u> <u>party</u>.

| John Jones | Senator<br>John Jones |  John Jones |
|:---:|:---:|:---:|
| Acceptable | Not Acceptable | Not Acceptable |

## PANEL RULES FOR CLUBS, COMMITTEES, AND ORGANIZATIONS

Organizational logos (except for political party logos) are permitted on recognition panels.

### Addition of Community Names

If necessary to identify an organization as different from another same-named organization, the panel may indicate the community name. If an organization can be uniquely identified by a number, such as a troop, club, or post number, then the addition of the community name is not acceptable. Street names are not permitted on panels for clubs or organizations.

| Veterans of<br>Foreign Wars<br>Post 2498 | Veterans of<br>Foreign Wars<br>Post 2498, Turlock | Scrapbookers<br>Anonymous<br>Turlock |
|:---:|:---:|:---:|
| Acceptable | Not Acceptable | Acceptable<br>(If more than one club exists) |

### Staffs or Committees for Political Candidates, Elected Officials, and Appointed Officials

Political action committees or staffs of elected officials, appointed officials, or political candidates may not reference the <u>office</u> <u>held</u> or <u>individual</u> <u>title</u>. Appropriate recognition may include the elected



official's name and/or recognition of their staffs or volunteers. Examples include "Friends of John Smith," "John Smith and Friends," "Staff of John Smith," etc. In addition, *logos* on these panels shall not reference the <u>office</u> <u>held</u> or <u>political</u> <u>party</u>.

However, a panel displaying just the words, "Young Republicans," would be acceptable because it does not reference an office held or the title of a political individual. In addition, groups like Young Republicans would be considered clubs or organizations, not political action committees.



| **Friends of Jane Doe** | **Friends of Senator Jane Doe** | **Committee to Re-elect Jane Doe** |
|:---:|:---:|:---:|
| Acceptable | Not Acceptable | Not Acceptable |

## PANEL RULES FOR BUSINESSES AND CORPORATIONS

Corporate logos are permitted on recognition panels.

### Addition of Community Names or Streets

If necessary to identify a business as different from another same-named business, the recognition panel may indicate the community name. If two same-named business are located in the same community, the panel may indicate the street <u>name</u> (not the address) of the business providing the service. Use of both the community name and street name is not permitted.

  

| **Taco Bell Barstow** | **Taco Bell Main Street** | **Main Street • Barstow** |
|:---:|:---:|:---:|
| Acceptable | Acceptable (If more than one in a community) | Not Acceptable |

### Business Names That Include Community or Street Names

Community or street names that are an established and integral part of the participant's business or company name are acceptable. Examples include "Sacramento Signs" and "First Street Pharmacy."



**Business Names That Include Products or Services**

Product names or services provided that are an established and integral part of the business or company name are usually acceptable. For example, names such as "Burger King," or "Action Plumbing" would be acceptable. Recognition of alcohol, tobacco, or pornographic product names are not permitted under any circumstance. This includes generic terms, such as "cigarettes" and "beer." However, recognition of <u>tourist</u> <u>related</u> winery and brewery <u>facilities</u> is acceptable.



Acceptable            Not Acceptable

**Displaying Logos of Multiple Franchises**

Increasing numbers of business owners are combining two or more franchise operations at the same location. For example, Ned Smith has a business license under the name of Ned's Gas Stop. Ned also <u>owns</u> franchises for 76 gasoline and Taco Bell and he operates both franchises at Ned's Gas Stop. Ned can display both the 76 and Taco Bell logos on his panel along with the words, Ned's Gas Stop.

## WEB-BASED ORGANIZATIONS AND BUSINESSES

Entities that operate exclusively on the Internet and whose legal business or organizational name is the same as appears in their web address' domain name, <u>may</u> be permitted to display the business name portion of their <u>domain</u> <u>name</u> on their recognition panel.



For example, AutoMall.com would be acceptable panel text because:

- AutoMall.com is an Internet-based business. (There are no physical, AutoMall car lots.)

- AutoMall.com is the domain name in the web address of their home page.



- AutoMall.com has submitted a business license proving that their business name is the same as their domain name.

Coordinators must carefully examine web sites to ensure that they operate exclusively on the Internet. If the site lists the address of a meeting location or a location where customers can obtain goods or services, then the organization would be disqualified. Coordinator's must also examine all web sites for appropriate content. All previously-mentioned product name restrictions apply to domain names. In addition, domain names of web sites containing sexually-explicit text or images or that advocate violence or violation of the law will not be permitted on recognition panels.

**Coordinators must carefully examine web sites to ensure that they operate exclusively on the Internet.**

### Acronyms

Domain names that are acronyms of a business name are permitted. For example, SDGR.com would be permitted for an Internet business called StatewideDirectoryOfGourmetRestaurants.com.

### Telephone Businesses

Entities that operate exclusively over the telephone and whose legal business or organizational name is the same as their phone number, <u>may</u> be permitted to display their phone number on their recognition panel. Such entities will be examined on a case-by-case basis and will be subject to the same verification rules and restrictions as web-based entities.

## WHEN IN DOUBT ABOUT A PANEL'S ACCEPTABILITY

Determining whether or not panel contents and design meet requirements can be difficult. If in doubt, coordinators can:

- Check the company's web site, business card, phone book listing, or store sign to verify business names and logos.

- Use photo editing software to cut and paste proposed panel colors into sections to verify a 50% white background or 30% combined use of red, orange, and yellow.

- Reduce an image of the panel to a height of 1/2 inch to check for legibility.

- Seek a second opinion from other AAH Coordinators.



## Recognition Panel Design Guidelines



Although there is advertising value inherent in Adopt-A-Highway signs, they are not a forum for advertising or public discourse. Their purpose is to identify and recognize who is contributing the adoption service. Therefore only the name and/or logo of the adopter may be displayed.

**The name on a recognition panel must be the same as the "Organization/Business Name" shown on the Adopt-A-Highway Permit Application.**

- **Logos:** Only logos that are the symbol or trademark commonly used by an organization or business are permitted. Slogans, even if trademarked, are not permitted.
- **Decorative Type:** Decorative type styles are not permitted. Group names must be displayed in plain, sans-serif lettering such as Helvetica or Arial.
- **White Background Required:** Recognition panels must have a reflective white background comprising at least 50% of the panel. (The area covered by the name and/or the logo cannot exceed 50% of the panel.) Panel design must allow for white margins on all four sides of the panel. A 1-inch margin is required on small signs and a 2-inch margin is required on large signs. Margin area is counted toward the 50% white background requirement but white lettering is not.
- **Use of Colors Other Than Black:** Colors are permitted, however, the use of red, orange, or yellow (or any combination thereof) for logos and lettering shall not exceed 30% of the panel. Fluorescent, neon, reflective, or 'dayglow' colors may not be used on lettering or logos.
- **Same-Named Entities:** If necessary to identify a business or organization as different from another same-named business or organization, the panel may indicate the community name. If there is more than one same-named business in a community, the street name where the business is located may be displayed on the panel instead of the community name. If an organization can be uniquely identified by a number, such as a troop, club, or post number, then the addition of the community name is not acceptable. Street names are not permitted on panels for organizations.
- **Political Entities:** Panels may not reference an office held or an individual title. Appropriate recognition may include the elected officials name and/or recognition of their staffs or volunteers. Examples include "John Smith and Friends," "Staff of John Smith," etc.
- **Memorials:** The words, "In Memory Of," plus a deceased person's name are permitted.
- **Alcohol and Tobacco Products:** Recognition of alcohol or tobacco products is not permitted under any circumstance, but recognition of tourist-related winery and brewery facilities is acceptable. In addition, recognition of enterprises that provide sexually-explicit materials or services will not be permitted.
- **Web-Based Entities:** Only entities that operate exclusively on the Internet and whose legal business or organizational name is the same as appears in their Internet domain name are permitted to display their domain name on their recognition panels.

*In all circumstances, the items to be displayed on recognition panels are solely determined by Caltrans. A complete copy of Adopt-A-Highway "Sign Restrictions and Controls" can be downloaded from our web site: http://adopt-a-highway.dot.ca.gov.*



**Remember, to a passing motorist, panels will appear less than 1/2 inch tall. For best readability, choose dark colors for lettering and use the largest-possible type size and/or logo size.**

**LARGE SIGNS (Freeways)**



• Panel size is 45" x 21".
• Image area after 2" margin is 41" x 17".
• Minimum letter height is 3".
• Logos should be at least 12" tall.

ABCDEFGHIJKLMNO
abcdefghijklmnopqrs

3" TYPE
15 Capital Letters
19 Lower Case Letters

ABCDEFGHIJKLMNOPQR
abcdefghijklmnopqrstuvw

3" CONDENSED
18 Capital Letters
23 Lower Case Letters

ABCDEFG
abcdefghij

5" TYPE
7 Capital Letters
10 Lower Case Letters

ABCDEFGHIJ
abcdefghijkl

5" CONDENSED
10 Capital Letters
12 Lower Case Letters

**Try Out Your Ideas!**



**SMALL SIGNS (Conventional Highways)**



• Panel size is 30" x 15".
• Image area after 1" margin is 28" x 13".
• Minimum letter height is 2".
• Logos should be at least 8" tall.

ABCDEFGHIJKLMNO
abcdefghijklmnopqrs

2" TYPE
15 Capital Letters
19 Lower Case Letters

ABCDEFGHIJKLMNOPQR
abcdefghijklmnopqrstuv

2" CONDENSED
18 Capital Letters
22 Lower Case Letters

ABCDEFG
abcdefghij

4" TYPE
7 Capital Letters
10 Lower Case Letters

ABCDEFGHI
abcdefghijkl

4" CONDENSED
9 Capital Letters
12 Lower Case Letters

**Try Out Your Ideas!**







**Large courtesy sign to be used on access-controlled highways (freeways).**

ADOPT-A-HIGHWAY

VOLUNTEER/SPONSOR
CALL 1-866-ADOPTAHWY

Courtesy sign and preattached logo
**S32/S32-A  Assembly
54" x 42"**

1" Spacing between signs

Adoption-type icon

Allow a minimum of 5' in rural areas and 7' in urban areas between bottom of base sign and ground

**Small courtesy sign to be used on all other highway types.**

ADOPT-A-HIGHWAY

VOLUNTEER/SPONSOR
CALL 1-866-ADOPTAHWY

Courtesy sign and preattached logo
**S32/S32-A  Assembly
36" x 30"**

1" Spacing between signs

Adoption-type icon

Allow a minimum of 5' in rural areas and 7' in urban areas between bottom of base sign and ground

## Adopt-A-Highway Sign Assembly



**S32/S32-A Assembly**
**54" x 42"**



**S32/S32-A Assembly**
**36" x 30"**

## Adopt-A-Highway Base Sign
(For Replacement Purposes Only)

ADOPT-A-HIGHWAY

VOLUNTEER/SPONSOR
CALL 1-866-ADOPTAHWY

**S32  54" x 42"**

ADOPT A HIGHWAY

VOLUNTEER/SPONSOR
CALL 1-866-ADOPTAHWY

**S32 36" x 30"**

## Adoption-Type Icons
(Same Size Used For Both Base Sign Sizes)



LITTER
REMOVAL
**S32-1**
**15" x 18"**



WILDFLOWER
PLANTING
**S32-2**
**15" x 18"**



TREE AND
SHRUB PLANTING
**S32-3**
**15" x 18"**



GRAFFITI
CONTROL
**S32-4**
**15" x 18"**



VEGETATION
CONTROL
**S32-5**
**15" x 18"**

## Recognition Panels



**S32B  45" x 21"**



**S32B  30" x 15"**

## Adopt-A-Highway Logo
(For Replacement Purposes Only)



**S32-A  15" x 18"**



**S32-A  10" x 12"**

**NOTE:** Mission Bell adoptions continue to use the old-style, S16-8 sign.

# Chapter 3.    Encroachment Permits

## ADOPT-A-HIGHWAY PERMIT APPLICATIONS

In order to begin the adoption process or the waiting list process, potential participants must complete and sign an Adopt-A-Highway Permit Application (TR-0103) and submit it to the appropriate District Adopt-A-Highway Coordinator.

Permit applications may be downloaded from the Adopt-A-Highway and Caltrans e-forms web sites.* Applications can be printed from the Adopt-A-Highway database. A copy is included at the end of this chapter. A faxed application can be accepted for the purpose of "holding" a site but only original, signed applications will be accepted by the District Encroachment Permits Branch for processing.

## AGE OF APPLICANTS AND PARTICIPANTS

Adopt-A-Highway Program participants must be at least 16 years of age.**  Districts may opt to restrict participation at certain sections, or throughout the entire District to adults, aged 18 and older. Districts choosing this option are listed in the *District Policy* chapter of these *Guidelines.*

### Adults-Only Groups, 18 Years and Older
Primary and alternate contacts must be 18 years or older.

### Groups Including Minors, 16 - 17 Years Old
Primary and alternate contacts must be 21 years or older.

---

\*  http://adopt-a-highway.dot.ca.gov
    http://onramp.dot.ca.gov/hq/maint/adopt/index.htm
    http://cefs.dot.ca.gov/
\*\*Groups using minors, aged 16 -17, must abide by special safety requirements while
    working (see Encroachment Permit Special Provisions, item 7).



**Sororities, Fraternities, and Other Student Organizations**

Primary and alternate contacts must be at least 21 years or older. The primary contact must be a <u>faculty</u> <u>member</u> and act as the group's safety leader. The primary contact must provide an address and phone number where they can be reached all year. In addition, the group must commit to performing adoption tasks during school breaks.

## GROUPS WHO MAY PARTICIPATE

Adopt-A-Highway Encroachment Permits can be issued to a business, an organization, or to an individual.

**Adopt-A-Highway Encroachment Permits can be issued to a business, an organization, or to an individual.**

### Political Entities

Elected or appointed officials and their staffs, political candidates and their staffs, and political action committees may participate in the program. However, recognition panel wording for political entities is subject to special restrictions. (For more information, refer to the *Adopt-A-Highway Signs* chapter of these *Guidelines*.)

### Governmental Agencies

Cities, counties, and other local agencies may participate when authorized by their official governing body. State or local correctional facilities that wish to use inmates to perform Adopt-A-Highway tasks may participate if inmate supervision is provided.

### Multiple Adoptions

Multiple adoptions by the same group are permitted. However, Districts may not issue more than 10 encroachment <u>permits</u> per group, regardless of whether or not the permits are issued for one direction or both directions.

District Coordinators may grant exceptions to the ten-permit maximum in <u>remote</u> areas. A remote area is a section of sites that has no waiting list and historically has been difficult to adopt or to keep adopted. If a waiting list ever should develop for sites once considered remote, groups with an excess of 10 permits will be asked to give up sections at the end of their permit period.

## Shared Adoptions

Two or more entities may participate in a project as co-adopters. To set up this type of an adoption, the name of two (or more) applicants can be entered on the "Organization/Business Name" line of the permit application. The representative for the first group would be the primary contact and the representative for the second group would be the alternate contact. Or, two separate applications can be submitted and processed for the same site. If two applications are submitted then both adopter's encroachment permits <u>must</u> <u>expire</u> <u>at</u> <u>the</u> <u>same</u> <u>time</u> regardless of whether or not their permit start dates are the same.

**To cut down on paper work, one permit application with two names is the preferred way to handle shared adoptions.**

To cut down on paper work, one permit application with two names is the preferred way to handle shared adoptions.

## Adopting Adjoining Sites

Permits may be issued to the same Permittee for two or more adjoining highway segments. Effective December 2004, Permittees with adjoining sites will no longer be restricted to one sign. However, District AAH Coordinators must request that Permittees relinquish consecutive segments in excess of a primary, two-mile segment at the end of their permit period *if* a waiting list for that section of the highway has become established.

## Parent Companies and Subsidiaries

Parent companies that own several businesses can display the name of a subsidiary on their panel. In cases like this, both the name of the parent company and the subsidiary must be entered on the application.  For example, Yummy Foods, Inc./Mandy's Cookie Shop.

## Contracted Adoptions

To set up a contracted adoption, two Adopt-A-Highway Permit Applications must be submitted. One must be <u>signed</u> <u>by</u> <u>the</u> <u>sponsor</u>* and a second must be signed by the contractor. Both the sponsor and the contractor will be issued Encroachment Permits authorizing them to perform specific tasks on the State's right-of-way. Contractor's

---

*The only exception to this rule would be if a marketing agency is representing the sponsor group. In such cases, a "letter of authorization" must  be submitted along with the application, giving the marketing agency permission to sign Adopt-A-Highway documents on the group's behalf. Such a letter must be printed on the sponsor's letterhead and signed by the sponsor's representative.



permits are referred to as a "double" permits and their permit numbers begin with the letters "NDP." Adopters who use contractors are referred to as "sponsor groups." Permit numbers for both volunteer and sponsor groups begin with the letters "NAH."

Caltrans recognizes that submitting Adopt-A-Highway Permit Applications is an essential service provided by contractors to their sponsor groups. Therefore, District AAH Coordinators will work directly with contractors when processing applications for contracted adoptions.

**Therefore, District Adopt-A-Highway Coordinators will work directly with contractors when processing applications for contracted adoptions.**

## WAITING LIST APPLICATIONS

Districts shall establish waiting lists for segments desired by more than one party. Applicants must submit an Adopt-A-Highway Permit Application in order to be placed on the waiting list. The back side of the application contains extra sections for groups who wish to be placed on the waiting list for several sites. Applicants can be placed on the waiting list for an unlimited number of locations.

District Adopt-A-Highway Coordinators must contact new waiting list applicants within 60 days to inform them of their waiting list status. This contact can be made by phone, e-mail, or letter. Successful applicants must be informed of their responsibility to notify the District Adopt-A-Highway Coordinator of any changes to their contact information.

Contractors cannot be placed on waiting lists (unless they plan to adopt the location as a volunteer group). Waiting list applicants will be ranked according to the date that the original signed and completed application was received.

### "Blanket" Waiting List Entries

**Blanket waiting list entries are no longer accepted.** District Adopt-A-Highway Coordinators must convert all blanket entries to single-site entries in their databases. Former blanket waiting list rules no longer apply.



## Waiting Lists For Public View

Waiting lists should be kept current and be made available to the public upon request. In addition, District AAH Coordinators shall export a current waiting list report from the AAH database to all contractors and e-mail it to the Statewide AAH Coordinator by the 5th of each month. Waiting lists must include the group's name, their anticipated crew type, the site's location (county, route, post mile range, and direction), adoption type, and date the application was received.

## Special Waiting List Placement for Displaced Groups

Beginning January 1, 2006, a special effort shall be made to find new adoption sites for groups who have had their adoptions cancelled due to a change in site classification or suspended due to construction.

Groups whose permits were cancelled due to a change in site classification can choose to take advantage of the waiting list option discussed below. Groups whose sites are under construction will be given a choice to wait out the construction and keep their existing site, or, they can choose the waiting list option discussed below. AAH Coordinators should find out whether or not the construction is likely to impact future adoptability of the site so that groups can make the best choice.

If a group chooses to wait for the site but the site is unexpectedly classified as not adoptable once construction ends, they can then use waiting list option.

If a group chooses the waiting list option, they will not be reinstated to their former site when construction ends. However, if there is no waiting list for the former site and the group adopts it again, they must give up the site gained under this provision if there is a waiting list for it.

**If a group chooses the waiting list option, they will not be reinstated to their former site when construction ends.**

### Waiting List Option

Displaced groups can be placed <u>first</u> on the waiting list for sites within 10 miles of either direction of their cancelled adoption (on the same highway). Only one replacement site offer will be given, even if the new adoption is for a single direction. Once the site is offered, all



other waiting list entries resulting from this provision will be cancelled. If the group refuses the first site offered, they will not get another chance. In order to avoid this from happening, groups should be consulted about which sites within the 20-mile range they would be interested in adopting <u>before</u> placing them on the waiting list.

In the case of multiple displaced groups on the same stretch of highway, ranking for "first" position will be determined by the number of years each group has had active adoptions with the Program.

## Changing Anticipated Crew Type

The anticipated crew type of groups on the waiting list can be changed. If a contractor is requesting the change, the Adopt-A-Highway Coordinator should telephone the group to verify the change.

## Removing Groups From the Waiting List

Whenever a group is removed from a waiting list location, Adopt-A-Highway Coordinators should make an attempt to confirm the validity of any other waiting list entries for that group.

**Purging Waiting Lists/Invalid Contact Information:** <u>Volunteer</u> waiting list groups should be contacted periodically to confirm their interest. A form letter exists in the AAH database for this purpose, or, AAH Coordinators may contact groups by phone. If one method fails, the other should be tried before deleting the group's waiting list entries from the database. When deleting entries, the date of removal and reason for removal must be documented. Groups whose waiting list entries were deleted due to invalid contact information may submit a new permit application if they wish to be put back on the waiting list, but their name shall be put at the <u>end</u> of the list.

**Contractor Requests Removal:** If a contractor indicates that a group <u>they solicited</u> is no longer interested in remaining on the waiting list, then the group may be removed. The date of removal and reason for removal must be documented. **Or**, the District AAH Coordinator can change the group's anticipated crew type to "volunteer" so that the group can be contacted directly once the requested site(s) become available. This second option should be used if the group is on the waiting list with more than one contractor. The date and reason for the change in anticipated crew type must be documented in the AAH database.

**Whenever a group is removed from a waiting list location, Adopt-A-Highway Coordinators should make an attempt to confirm the validity of any other waiting list entries for that group.**



## FEES AND PERMIT PERIOD

There shall be no encroachment permit fee charged by the Department for participation in the Adopt-A-Highway Program. This fee waiver applies to contractors, sponsor groups, and volunteer groups. Adopt-A-Highway permits shall be issued for a period of five years. **Permittees may not transfer their permit to another individual, organization, or business.**

Groups may cancel their permit at anytime with no consequence from Caltrans. In the case of a contracted adoption, is the sponsor's responsibility to discontinue the services of their contractor.

## DENYING AN ADOPT-A-HIGHWAY PERMIT

If the Department denies a permit application, the applicant must be sent a written notification detailing the reason for the denial <u>within 60 days.</u> This rule applies to applications submitted for both available sites and waiting list sites. There is no appeal process for denied Adopt-A-Highway Permit Applications.

## REQUIRED SUPPORT DOCUMENTATION

Vegetation Control, Tree and Shrub Planting, Wildflower Planting, and Spot Wildflower Planting applicants must submit plans and a work schedule along with their permit application(s). Coordinators may "hold" adoption sites for up to 30 calendar days from the date that the signed application was received while support documents are gathered.

## APPLICATION PROCESS: NEW ADOPTIONS

ALL relevant communications should be documented in the Adopt-A-Highway database.

### 1. Check for a Current Site Review

If a <u>vacant</u>* site has not been reviewed within the last two years or has been under construction since it was last reviewed, then a

---

* Site reviews for <u>existing</u> adoptions (renewals) are done every five years before the adoption is offered for renewal and have a 30-day turnaround time.

**There shall be no encroachment permit fee charged by the Department for participation in the Adopt-A-Highway Program.**



new site review must be performed. Site reviews for new adoptions should be returned within 10 business days in order to keep the adoption process on track.

**NOTE:** Site review forms were updated in February of 2007 to include a new check box in the sign section labeled, "Approved for Panel Installation by AAH Contractor?" <u>If</u> a contractor has indicated that they wish to install recognition panels on their permit application <u>and</u> a new site review was not ordered, AAH Coordinators must check with the site's Maintenance Supervisor to see if the sign location(s) meet panel installation criteria. At the AAH Coordinator's discretion, this can be done verbally or via a new site review. If approved verbally, AAH Coordinators must document the approval in the AAH database.

## 2. Update Database

Once the completed site review has been returned, the information gathered should be entered into the AAH database. If the site is not adoptable, then the group's application must be denied.

## 3. Process Applications Within 10 Business Days

**No Waiting List:** If a volunteer or contractor (on behalf of their sponsor) expresses interest in an available site where there is no waiting list, District AAH Coordinators may "hold" that site for 10 business days while waiting for the signed application to be submitted.

**Has Waiting List:** When notifying a waiting list volunteer or a contractor (on behalf of their sponsor) of an available site, it is important to make sure that they personally receive the offer. Volunteers should be telephoned until personal contact can be made. Contractors may be telephoned or e-mailed. District AAH Coordinator's may "hold" the offered site for 10 business days while waiting for the waiting list group to accept the site.

Because waiting list applications can be several years old, a new application with current contact information may need to be submitted before the permit can be processed.*

• It is important that the most current version of the application be used because it contains information regarding minimum age requirements and the "public discourse" disclaimer.



**Regardless of whether or not the site has a waiting list, the following rules apply:**

- The exact date of the 10-day deadline for signed applications must be clearly communicated. Faxes or e-mails stating the deadline are preferred over "verbal" agreements.

  - In order to effectively keep track of site offers, Coordinators should create a new adoption record in the AAH database the day a site is offered/requested. If the adoption falls through, the pending adoption can be cancelled.

  - As a courtesy, a warning call to the volunteer group or contractor may be made <u>before the deadline is reached.</u> Coordinators are not required to contact sponsor groups.

  - If the <u>signed</u> application, or notice of acceptance by a waiting list group, is not received by the deadline, the volunteer or contractor must be telephoned and informed that their time has expired (contractors may be e-mailed instead).

  - The 10-day deadline may not be extended. If another group has expressed interest in the site, it may be offered to them.

**Site Offer Dilemmas**

- **Responses Received Past the 10-Day Deadline:** If you have already offered the site to another group, the second group has rights to the site over the group that did not respond by the deadline. A group may be reinstated to the <u>next</u> spot on the waiting list if they respond to accept within 20 business days after the original site offering. (This holds true even if you've worked your way through several waiting list groups by the time the first group has responded.)

- **Group already has 10 active adoptions:** In order to prevent a group from exceeding the maximum number of adoptions permitted by statewide or district policy, groups must immediately relinquish an adoption section in exchange for the new one. If a waiting list group is unwilling to relinquish an adoption, then they must be removed from the waiting list for the available section.

> **The exact date of the 10-day deadline for signed applications must be clearly communicated. Faxes or e-mails stating the deadline are preferred over "verbal" agreements.**

> **A group may be reinstated to the <u>next</u> spot on the waiting list if they respond to accept shortly after the deadline.**



- **Available section is adjacent to an existing adoption by that group:** Consecutive adoptions by the same group are <u>not</u> permitted <u>if</u> there is a waiting list for either site. In this case, a group may choose which site they prefer.

- **Refusal of Site:** If either a contractor or volunteer group refuses a site, remove the group from the waiting list and/or cancel the pending adoption for that site only. The date of removal and reason for removal must be documented.

- **Invalid Phone Numbers:** If the phone numbers for a waiting list volunteer applicant <u>and</u> their alternate contact are no longer valid, document the attempted contact and move on to the next group. Since it is the group's responsibility to provide Caltrans with current contact information, we are not obligated to hold sites for parties we cannot reach by telephone, however, AAH Coordinators should attempt to reach groups by mail before deleting all of their waiting lists entries. The letter should clearly state a date by which a response must be received. If you are able to reach a group by mail and the group still wishes to participate, the group may be reinstated to the <u>next</u> spot on the waiting list. Coordinators are not required to contact groups who have been placed on the waiting list by contractors.

## 4. Approve Recognition Panel Design

Permit applications must not be processed until panel designs are approved.

## 5. Documents to Permits

The following documents must be forwarded <u>together</u> to the District Encroachment Permits Branch for processing:

- A completed and signed Encroachment Permit Application.

- An Attachment A.

- Any required plans and schedules.

Submitted applications are not considered "complete" until deemed so by the District Encroachment Permits Branch.



Sponsor group's and their contractor's encroachment permits **must expire at the same time** regardless of whether or not their permit start dates are the same. If two separate permits are being issued to groups who are sharing an adoption, their encroachment permits **must expire at the same time.**

### 6. Mail a Welcome Letter

A standard welcome letter may be generated from the Adopt-A-Highway database or Adopt-A-Highway Coordinators may develop their own. Welcome letters assure new adopters that their permit application has been processed and explain steps that must be taken once a permit is issued (i.e. schedule a safety orientation).

### 7. Wait for the Permits Branch to Issue the Adopt-A-Highway Encroachment Permit Package

Upon approval of the application, the Permits Branch will send a permit package to the Permittee. If applicable, a permit package will be sent to the Permittee's contractor (double permittee). Copies of the permit package will also be sent to the District AAH Coordinator and to the Permittee's Maintenance field representative. The permit package consists of the Encroachment Permit, the Adopt-A-Highway Special Provisions, Attachment A, and any required plans and schedules.

## APPLICATION PROCESS: RENEWALS

ALL relevant communications should be documented in the Adopt-A-Highway database.

Although Adopt-A-Highway literature uses the term "renewal," technically, Encroachment Permits are not "renewed." Permittees may apply for additional, five-year permits provided that the terms of the existing permit have been met and the site remains suitable for adoption. There is no limit to the number of times an adoption may be "renewed," even if there is a waiting list, but automatic renewal is not a right. Caltrans is under no legal obligation to offer the site to the same group once their permit period has ended.



### 1. Contact the AAH Field Rep. – 90 Days From Exp. Date

At least 90 days prior to a permit's expiration date, District AAH Coordinators must request that the Maintenance field representative perform a review of the site and return the results <u>within 30 days</u>. Field representatives must also be asked about the group's or contractor's performance during the past permit period.

### 2. Update the Database – 60 Days From Exp. Date

Once the completed site review has been returned, the information gathered should be entered into the Adopt-A-Highway database.

**Site Review Dilemmas**

**The site is no longer adoptable:** If the site review shows that the location does not meet current safety criteria, the adoption must be revoked immediately. If the site is no longer adoptable for other reasons, such as planned construction, then a letter, explaining why the site will not be offered for renewal must be sent to the adopting group and, if applicable, their contractor. (Refer to "Special Waiting List Placement for Displaced Groups" on page 3-5.)

**The adopter's past performance was unsatisfactory:** If the field representative reports that the Permittee has a history of poor performance. Depending of the severity of the problem, Coordinators have these options.

- Send a letter to the Permittee explaining why they are not being offered the opportunity to renew their adoption.

- Call the group leader to find out if they are willing to correct the situation. If so, the group should be sent a formal warning letter along with the renewal letter and application (warning letters are discussed later in this chapter). If not, cancel the adoption immediately by having the permit revoked (see page 3-15), or, just let the adoption expire.

### 3. Offer Adoption Renewal – 60 Days From Exp. Date

Renewal offers must be made at least 60 days prior to the permit's expiration date, **contractors** must be **telephoned or e-mailed** to discuss the permit's renewal. **Volunteers** must be **mailed** a renewal notice along with an *AAH Permit Application.*



Any change in adoption requirements, such as increased pickup frequency, must be disclosed at this time. If the Permittee's recognition panel is <u>not</u> compliant with current Adopt-A-Highway sign guidelines, a replacement panel must be requested. Groups wishing to change compliant panels, should be given the opportunity to do so.

**Any change in the adoption requirement, such as increased pickup frequencies, must be disclosed at this time.**

–   The date that the call was made or the notice was sent must be entered in the Adopt-A-Highway database.

–   Both volunteers and contractors must be asked to respond <u>30 days prior</u> to their current permit's expiration date. If the permit applications are not received by this deadline, the volunteer or contractor must be <u>telephoned</u> (contractors may be e-mailed) and informed that their time has expired.

–   As a courtesy, a warning call to the volunteer group or contractor may be made before the deadline is reached.

–   The deadline <u>may not</u> be extended. The site can be offered to the first group on the waiting list even though the existing permit has not yet expired.

–   If any group declines to renew their adoption, Coordinators should check to see if the group has waiting list entries. If so, an attempt should be made to confirm the validity of these entries. Coordinators are not required to contact sponsors groups.

### 4. Approve Recognition Panel Design.

Permit applications must not be processed until panel designs are approved. If a Permittee refuses to change a non-compliant panel, AAH Coordinators need not proceed with the renewal.

### 5. Documents to Permits – 30 Days From Exp. Date

The following documents must be forwarded <u>together</u> to the District Encroachment Permits Branch for processing:

•   A completed and signed Encroachment Permit Application.

•   An Attachment A.

•   Any required plans and schedules.

Submitted applications are not considered "complete" until deemed so by the District Encroachment Permits Branch.



Sponsor group's and their contractor's encroachment permits **must expire at the same time** regardless of whether or not their permit start dates are the same. If two separate permits are being issued to groups who are sharing an adoption, their encroachment permits **must expire at the same time.**

## MONITORING ADOPTIONS

District AAH Coordinators, in coordination with AAH field representatives, must work with Permittees to correct performance problems. A description of the violation and any corrective action required must be clearly communicated to the Permittee and <u>documented</u> for future reference.

### Verbal (Informal) Warnings

District AAH Coordinators or Maintenance field representatives may issue verbal, "informal" warnings. Informal warnings regarding a contractor's work performance shall be made by phone directly to the contractor. The sponsor group will not be contacted.

**Informal warnings regarding a contractor's work performance shall be made by phone directly to the contractor.**

### Written (Formal) Warnings

Written, "formal" warnings serve as appropriate documentation for revoking permits. Formal warning letters should be mailed to Permittees by District AAH Coordinators. If a contractor is non-compliant, the warning letter shall be addressed to the sponsor and a copy sent to their contractor.

### Revoking a Permit

If a Permittee continues to be non-compliant after two formal warnings, the permit should be revoked. The warnings need not be for the same type of violation.

**The warnings need not be for the same type of violation.**

If a Permittee demonstrates a deliberate disregard for safety, their permit can be revoked immediately, regardless of whether or not any previous warnings have been issued.

If a safety orientation is not attended within 30 days of the permit's start date, the permit may be revoked without issuing two formal warning letters.



## "Spot" Performance Reviews

Spot Performance Reviews forms are available to help with performance monitoring. Common permit violations are listed and the form

---

*STATE OF CALIFORNIA • DEPARTMENT OF TRANSPORTATION*

### Adopt-A-Highway "Spot" Performance Review

*HQ-MTCE-13 (REV 12/2006)*

| GROUP NAME | CONTRACTOR'S NAME (if applicable) |
|---|---|

| ADOPTION TYPE | LOCATION | BAG COUNT (if available) |
|---|---|---|

| NAME OF REVIEWER | DATE OF REVIEW |
|---|---|

**Safety Violations:**

- ☐ Vehicle(s) were parked within six feet of a traffic lane.
- ☐ Bags were placed in an unsafe location.
- ☐ Worker(s) were working in an unsafe manner (describe below).
- ☐ Worker(s) did not stay in permitted work area.
- ☐ Volunteer(s) were below minimum age of _____ years.
- ☐ Minors were not properly supervised.
- ☐ Worker(s) were not properly dressed.

**Other Permit Violations:**

- ☐ Bags were not tied securely.
- ☐ Contractor's crew member was not carrying a company ID card.
- ☐ Group did not work on scheduled day. Weather conditions were not a factor.
- ☐ Group did not complete work satisfactorily (explain below).
- ☐ Encroachment permit package was not present at work site.
- ☐ Group did not notify Caltrans five days prior to work.

**Grade:**

- ☐ A: Superior Work
- ☐ B: Satisfactory/Meets Expectations
- ☐ C: Needs Improvement
- ☐ D: Safety Violation or Repeat Lesser Offenses
- ☐ F: Deliberate Disregard for Safety or Failure to Meet Permit Requirements After Two Formal Warnings (AAH Coord. Must Revoke Permit).

| NAME OF CREW MEMBER SPOKEN TO AT THE SITE (if applicable) | PHONE NUMBER |
|---|---|

**Comments:**

**ADA Notice** For individuals with sensory disabilities, this document is available in alternate formats. For information call (916) 654-6410 or TDD (916) 654-3880 or write Records and Forms Management, 1120 N Street, MS-89, Sacramento, CA 95814.

---



includes fields necessary for proper documentation of performance issues. Spot review forms are available on the CEFS and can be obtained in tablet form from HQ. Although the form was developed for use by AAH Field Representatives, any Caltrans employee can use them to report a problem to the District AAH Coordinator.

## KEEPING ENCROACHMENT PERMITS ACCURATE

AAH Coordinators must work with their Permits Branch to ensure that permits accurately reflect any changes to an adoption. Depending on the event, a permit may need to be revoked, suspended, or a permit "rider" issued.

### Cancelling/Revoking Permits

Permits may be cancelled for a several reasons, including:

- Permittee requests cancellation.

- Permit violations.

- Site fails to meet current site review criteria.

- Majority of site undergoing <u>long-term</u> construction.

Four steps must be taken when cancelling or revoking Adopt-A-Highway encroachment permits. District AAH Coordinators must:

1. Inform the Permittee by telephone (or in person) that, effective immediately, they may no longer perform Adopt-A-Highway tasks. An explanation for the action must be given.

2. Follow up the initial notification with a letter stating why the permit is being cancelled and the date that the cancellation became effective.

3. Forward a request for the permit's cancellation to the District Permits Branch. The request must include the reason for the request and copies of any warning and/or cancellation letters must be attached.

4. Submit a work order for removal of the recognition panel. Note: a  contractor, whose permit has been revoked, would no longer have legal right to enter the right of way to remove a panel.



**Cancelling/Revoking Permits - Special Circumstances**

**Volunteers:**  Volunteer adopters whose permits are revoked for permit violations cannot apply for another volunteer adoption. However, they may apply for a contracted adoption. Once a contractor's permit is cancelled for permit violations at a specific site, they cannot be issued another double-permit for that site.

**Contractors:**  If a contractor is non-compliant, only the contractor's double-permit will be revoked. The sponsor group will be given 30 days to retain the services of another contractor and have work resumed. Or, the sponsor group may choose to attend a safety orientation perform the work themselves. If the sponsor group fails to hire a new contractor and cannot perform the work themselves, their permit will also be revoked. It is the sponsor's responsibility to discontinue the services of their contractor.

Depending on the violation, a contractor may have more than one permit revoked. For example, repeatedly skipping litter pickup at ramp areas at a site would only effect the permit for that location. But, expired insurance coverage, a deliberate disregard for safety, or multiple violations by one contractor throughout a District could, effect all of the contractor's adoptions.

**Shared Adopters:**  When one party of a shared adoption cancels, or does not wish to renew their permit, or has their permit revoked, the remaining adopter has several choices.

1.  Take over responsibility for the entire site.

2.  If the adoption site is for both sides of the highway, they may choose to give up one side and work (or sponsor) the other side alone.

3.  If no waiting list exists, the group can try to recruit a new co-adopter.

4.  If a waiting list exists, the first group can be offered the opportunity to share the adoption. Because there is potential for adopters to use this option to circumvent the waiting list, only the first group may be asked. If the first group is unwilling to participate in a shared adoption, they will remain at the top of the list while the existing adopter decides what to do.

5.  Cancel their permit.



## Suspending Permits

Temporary suspension of a permit is sometimes more appropriate than cancelling a permit. A notification of temporary suspension must sent to the Permittee and to the District Permit's Branch clearly stating the reason for the suspension and the date by which the condition must be/will be corrected. Reasons for suspending a permit include:

• Majority of site undergoing <u>short-term</u> construction.

• Change of group leader.

• Change from volunteer crew to contractor.

**Site Undergoing Short-Term Construction:** Encroachment permits must be suspended if more than 50 percent of an adopted area will be undergoing construction. Once the construction and any associated contracts for maintenance are completed, the site must be reviewed before lifting the suspension. If 50 percent or less of an adopted area will be undergoing construction, then the adopter can continue to work in the unaffected area. In this case, it may be necessary to issue a permit rider and/or to relocate the courtesy sign.

**Change of Group Leader:** It is very common for volunteer groups to change group leaders during a permit period. In such cases, all work must be suspended until the new group leader attends a safety orientation at Caltrans and ensures that the group's current participants have received safety training.

**Change from Volunteer Crew to Contractor:** Volunteers who are in danger of having their permits revoked due to poor performance can opt to hire a contractor. In such cases, their permit may be suspended while a contractor is chosen and the double-permit is process.

## Permit Riders

Caltrans reserves the right to modify work methods, work location, and/or other permit provisions during a permit period. In such cases, an Encroachment Permit rider and new Attachment As must be issued to affected Permitees.



- **Increased Work Frequency:** Adoption requirements, such as litter pickup frequency, may be changed only once during a 5-year permit period and that change must occur no earlier than two years from the permit's start date. In addition to the permit rider, adopters must be personally contacted (contractors may be e-mailed) regarding increased work requirements at least 30 days in advance of the expected implementation.

- **Contractor Installation of Recognition Panels:** Authority to perform this task must be given via an Encroachment Permit or Encroachment Permit Rider.

- **Change in Adopt-A-Highway Program Policy:** If a change in AAH policy alters a permit provision, a riders will need to be issued to affected Permits. (For example, if the minimum age of participants was raised to 18, all groups using minors would be affected.)

- **Change in work location:** Authorized work areas may be modified due to construction, site realignment, or new site review criteria.

## CHANGE IN PERMITTEE NAME

Encroachment Permits are a "contract" between the Department and the Permittee and not a "property right." Therefore, Encroachment **Permits cannot be transferred from one Permittee to another.**

1. Permittee is an organization or business.

   If a business is bought out or an organization changes leadership and the new owner/administrator wishes to take over the adoption under **a new** business/organization name, a rider **will not** be written to accommodate the change. This holds true regardless of whether or not the primary contact (person who signed the permit application) remains the same.

   Conversely, if a business is bought out or an organization changes leadership and the new owner/administrator wishes to take over the adoption under **the same** business/organization name, they may do so.

**Encroachment Permits are a "contract" between the Department and the Permittee and not a "property right."**



# Chapter 4.    Contracted Adoptions

## WHAT IS A CONTRACTED ADOPTION?

Individuals, organizations, and businesses may adopt segments of highway and have the adoption work performed by a professional business through contract or agreement. The *Adopt-A-Highway Program Guidelines and Coordinators Handbook* refers to businesses hired by adopters as "contractors" and adopters using contractors as "sponsors."

Although Caltrans maintains a list of licensed and insured contractors for public distribution, Caltrans has no authority regarding the contracts established between sponsors and contractors. Sponsor groups are soley responsible for obtaining and discontinuing the services of contractors.

Contractors can be hired for any adoption type and can perform all, or only a portion of, the adoption tasks. The Adopt-A-Highway Program does not permit subcontracting by contractors. Adopters may hire more than one contractor, but due to the additional paper work required, this is not recommended. A *Working With Contractors* handout is available on the Adopt-A-Highway Internet site for distribution to prospective adopters. A copy of the handout is located at the end of this chapter.

**Individuals, organizations, and businesses may adopt segments of highway and have the adoption work performed by a professional business through contract or agreement.**

### Recommended Use of Contractors

- Use of contractors is especially recommended (but not required) for sites with a litter removal pickup frequency of more than 12 times a year.

- Due to safety and liability concerns, it is recommended that only contractors be permitted to use motorized equipment on the State's right-of-way.



## Recognition Panel Installation by Contractors

Recognition panels are usually installed by Department personnel, however, Districts may allow contractors to install panels. In addition, if a District is unable to install panels within 35 days, Districts **must** allow the Permittee's contractor to install them if it is safe to do so.

Permission for panel installation must be requested via the "Recognition Panel Replacement" check box on the Adopt-A-Highway Permit Application. Permission is authorized via the check box located on the Encroachment Permit.

> **X**    Recognition Panel Replacement. (By contractors only. Panels r

Rules for panel installation are given in the *Recognition Panel Installations Instructions* handout. A copy of this handout is located at the end of the *Adopt-A-Highway Signs* chapter of these *Guidelines*. Contractors who fail to comply with these rules will no longer be permitted to install panels in the District where the violation occurred.

## ENCROACHMENT PERMIT APPLICATIONS FOR CONTRACTED ADOPTIONS

Caltrans recognizes that processing Adopt-A-Highway Permit Applications is an essential service provided by contractors for their sponsor groups. Therefore, District Adopt-A-Highway Coordinators will work directly with contractors when processing applications. To set up a contracted adoption, two Adopt-A-Highway Permit Applications must be submitted. One must be <u>signed by the sponsor</u> and a second must be signed by the contractor. Both the sponsor and the contractor will be issued Encroachment Permits authorizing them to perform specific tasks on the State's right-of-way. Contractor's permits are referred to as a "double" permits and their permit numbers begin with the letters "NDP." Adopters who use contractors are referred to as "sponsor groups." Permit numbers for volunteer and sponsor groups begin with the letters "NAH."

**Therefore, District Adopt-A-Highway Coordinators will work directly with contractors when processing applications.**



## INSURANCE AND LICENSING REQUIREMENTS

Adopt-A-Highway service contractors shall conform to all laws and regulations concerning business and professional licensing, worker's compensation insurance, and fair employment practices. In addition, Adopt-A-Highway Program rules require that contractors have liability and vehicular insurance. General information is discussed below. A detailed list of insurance and licensing requirements is given in the *Working With Contractors* handout located at the end of this chapter. A sample *Certificate of Liability Insurance* is also included at the end of this chapter.

### Insurance Coverage from "Non-Admitted" Carriers

Adopt-A-Highway contractors may be insured by a non-admitted insurance carrier. Non-admitted means the insurance broker is not licensed "by" the State of California. This does not prevent the broker from legally insuring businesses located "in" California.

### Professional Licensing

Some adoption tasks require professional licensing by the California State Contractors Licensing Board (CSLB) and/or the California Department of Pesticide Regulations (DPR). Licenses must be held by an owner of the business who's name appears on the "double" permit. Subcontracting is not permitted. The *Working With Contractors* handout describes CSLB and DPR licensing requirements by task to be performed.

### Businesses Licenses

Business licensing requirements vary by county and by city. Some counties and cities require a business license specific to that county or city, while others will accept a business license from the contractor's county of residence. Contractors are responsible for meeting each county's and city's requirement.

**Contractors are responsible for meeting each county's and city's requirement.**



### Storing and Monitoring Insurance Certificates and Licenses

Contractors who work exclusively in one district must submit their documentation to that District's Adopt-A-Highway Coordinator to be placed on file. Copies shall be sent to the Statewide Adopt-A-Highway Coordinator.

Contractors who operate in more than one district must submit their documentation to the Statewide Adopt-A-Highway Coordinator to be placed on file. Contractors must provide Caltrans with insurance certificates and professional licenses on an ongoing basis.

The Coordinator who receives the documents is responsible for checking to see if they have expired. Failure of the contractor to keep their insurance policies and licenses current, shall invalidate the contractor's permit(s), but not the sponsor group's permit. Contractors must provide a minimum of 30 days notice to Caltrans of any plans to reduce and/or cancel coverage(s).

## EQUIPMENT AND SUPPLIES

### Litter Bags

Caltran's will supply Adopt-A-Highway litter bags to contractors who require them to perform adoption work. All other equipment and materials shall be supplied by the contractor or the adopting group. Contractors may collect a 60-day supply of bags from each Caltrans maintenance area in which they perform work. Maintenance supervisors are responsible for ensuring that the number of bags issued to contractors is consistent with the number of filled bags collected.

**Caltran's will supply Adopt-A-Highway litter bags to contractors who require them to perform adoption work.**

Adopt-A-Highway litter bags may only be used for tasks performed under the contractor's Adopt-A-Highway Encroachmet Permit. Contractor's who misuse Adopt-A-Highway litter bags will no longer be provided bags. Instead, they must purchase bags directly from the vendor who currently holds the Caltrans contract.



**Blank Recognition Panels**

If needed, Caltrans will supply blank recognition panels to contractors providing custom panels for their sponsor groups.

## MONITORING ADOPTION PERFORMANCE

"Informal" warnings regarding a contractor's work performance shall be made by phone directly to the contractor. The sponsor group will not be contacted. The phone call may be made by the District Adopt-A-Highway Coordinator or the Maintenance field representative. Informal warnings should be documented for future reference.

"Formal" warnings will consist of a written notification mailed to the sponsor group by the District Adopt-A-Highway Coordinator; a copy of the letter will be mailed to their contractor.

## LIST OF ADOPT-A-HIGHWAY CONTRACTORS

The Statewide Adopt-A-Highway Coordinator will maintain a listing of licensed and insured contractors that provide Adopt-A-Highway services. The list will indicate what services each contractor is licensed for and desires to provide. The flyer shall clearly state that the listing is provided for informational purposes only and does not constitute endorsement by the Department of Transportation or any of its employees.

### Adding New Adopt-A-Highway Contractors to the List

Contractors who wish to be added to the list must provide proof of required insurance and appropriate professional licenses. In addition, the contractor must attend a meeting with the District Adopt-A-Highway Coordinator for each district they wish to offer services in. The Statewide Adopt-A-Highway Coordinator may also attend these meetings. Topics for discussion shall include:

1. Definition of the business relationships between Caltrans, the sponsor group, and the contractor.



2. Comparison of statewide program parameters with any varying district policies.

3. Review of the *Adopt-A-Highway Safety Orientation Checklist for Contractors*.

4. Litter bag and equipment policy.

5. Performance monitoring.

## SAMPLE DOCUMENTS

The handouts located on the following pages can be printed from the both the Adopt-A-Highway Internet and intranet sites.*

• Working With Contractors

• Certificate of Liability Insurance

\* http://adopt-a-highway.dot.ca.gov
http://onramp.dot.ca.gov/hq/maint/adopt/index.htm



Adopt-A-Highway Program Guidelines and Coordinators Handbook



## ADOPT-A-HIGHWAY

# Working With Contractors

Individuals, organizations, and businesses may adopt segments of highway and have the required adoption work performed by a Caltrans-approved, professional business through contract or agreement. Adopt-A-Highway Program literature refers to businesses hired by adopters as "contractors" and groups using contractors as "sponsor groups." A contractor can be hired to perform all or only a portion of the adoption tasks. An established adoption group can choose to hire a contractor at any time during their adoption period. Adopt-A-Highway Coordinators can provide participants with a list of Adopt-A-Highway service contractors working in their districts.

To set up this type of adoption, two Adopt-A-Highway Permit Applications must be submitted. One must be signed by the adopter and a second must be signed by contractor. Both the adopter and the contractor will be issued Encroachment Permits authorizing them to perform work on the State's right-of-way. The contractor's permit will be referred to as a "double" permit. Adopters may hire more than one contractor, but due to the additional paper work required, this is not recommended.

All contractors who work on the State's right-of-way must provide proof of insurance and licensing. Requirements vary and are detailed on the following pages. Failure of the contractor to keep their insurance policies and licenses current, or to abide by the Encroachment Permit Special Provisions, shall invalidate the contractor's permit, but not the sponsor group's permit.

## Insurance Requirements

**Liability Insurance:** Contractors with employees shall maintain $1,000,000 of general liability insurance for each occurrence, plus $2,000,000 of excess liability insurance (totalling $3,000,000).

Contractors who do not utilize paid employees shall maintain $1,000,000 in general liability insurance for each occurrence. No excess liability insurance is required for contractors without employees.

All certificates of liability insurance shall name the State of California Department of Transportation as additional insured.

**Vehicular Insurance:** Contractors shall carry $1,000,000 in vehicular liability insurance.

**Workers Compensation Insurance:** Contractors that utilize paid employees shall carry $1,000,000 in workers compensation insurance.

## Business License Requirements

Contractors must maintain business license(s) as required by each county and city where work is to be performed.

# Contractors State License Board (CSLB) Requirements

CSLB requirements for adoptions vary by activity and are detailed below. Contractors licenses must be held by an **owner** of the business who's name appears on the "double" Encroachment Permit. **Adopt-A-Highway Program guidelines do not permit subcontracting.**

---

### LITTER REMOVAL

**Hand collection of litter:** *No contractors license is required.*

---

### GRAFFITI REMOVAL

**Painting over graffiti:**
B: General Building Contractor           *or*        C-33: Painting and Decorating Contractor

---

### WILDFLOWER OR SEEDLING TREE AND SHRUB PLANTING

**Soil preparation prior to planting (tilling, digging, and/or soil amendment):**
A: General Engineering Contractor        *or*        C-27: Landscape Contractor

**Manual planting of seedling trees, shrubs, or wildflowers:**
A: General Engineering Contractor        *or*        C-27: Landscape Contractor

**Hydroseeding or drill-seeding of wildflowers:**
A: General Engineering Contractor        *or*        C-27: Landscape Contractor
*or*     C-61/D-59: Limited Specialty/Hydroseed Spraying *(hydroseeding only)*

**Truck watering:** *No contractors license is required.*

---

### VEGETATION CONTROL

**Hand removal of weeds:** *No contractors license is required.*

**Mowing or weed-whipping:** *No contractors license is required.*

**Pruning of shrubs or trees less than 15 feet in height:**   *No contractors license is required.*
*(Pruning of taller trees or shrubs is not permitted under the Adopt-A-Highway Program.)*

**Mulching:**
A: General Engineering Contractor        *or*        C-27: Landscape Contractor

**Herbicide Application:** *No contractors license is required.*
*NOTE: Any person who engages in pest control for hire is required to be licensed by the Department of Pesticide Regulation.*

---

### MISSION BELL

**Installation of mission bell components (bell, staff, theft-resistent cable, and/or concrete footing):**
B: General Building Contractor           *or*        C-61/D34: Limited Specialty/Prefabricated Equipment

# Department of Pesticide Regulation Requirements

Contractors hired by adopters to perform herbicide application on the State's right-of-way must be licensed by the California Department of Pesticide Regulation (DPR). DPR's licensing requirements vary with the type of business hired and the location of the herbicide application. DPR licenses must be held by an **owner** of the business whose name appears on the Adopt-A-Highway Encroachment Permit. **The Adopt-A-Highway Program does not permit subcontracting.**

---

### HERBICIDE APPLICATION ON HIGHWAY ROADSIDES

---

Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "C. Right-of-Way" pest control category.

---

### HERBICIDE APPLICATION AT PARK AND RIDES

---

Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "C. Right-of-Way" pest control category.
*or*
Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "B. Landscape Maintenance" pest control category.
*or*
Contractor must have a Maintenance Gardener Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL or a QAC **with** the 3. "B. Landscape Maintenance" pest control category.

---

### PEST CONTROL RECOMMENDATION

---

**A Pest Control Recommendation is required by law.**

An adopter's plans and schedules must indicate that herbicides will be used, but the Pest Control Recommendation (detailing the type of herbicide and its application rate) is not due until shorty before the herbicides are applied.

Prior to each application, the adopter must submit a Pest Control Recommendation to the District Adopt-A-Highway Coordinator. The Adopt-A-Coordinator will have the Pest Control Recommendation approved by a District Landscape Specialist. Once approved, a copy will be kept in the adopter's file, a copy will be sent to the Maintenance Supervisor, and the original returned to the adopter. After application, a "Pesticide Usage Report" must be submitted to the Maintenance Supervisor.

Only Department-approved herbicides can be applied within the State's right-of-way. Caltrans Districts will provide a list of approved herbicides to adopters. Caltrans' employees will not write pest control recommendations for adopters or their contractors. Adopters must have this service provided by a DPR-licensed, Agricultural Pest Control Adviser.

# ACORD CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YY)**
06/30/1998

| PRODUCER (916) 557-9820 FAX (916) 557-9821 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

Robinson Contractors
Insurance Services, Inc.
11203 First Street
Sacramento, CA 95814

Attn:                                     Ext:

**COMPANIES AFFORDING COVERAGE**

| COMPANY A | Everest National Insurance Co. |
|---|---|
| COMPANY B | Paula Insurance Company |
| COMPANY C | Firemans Fund |
| COMPANY D | |

**INSURED**

Martin Landscape Maintenance Corporation
3504 Chester Way
Fair Oaks, CA 95672

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY <br> X COMMERCIAL GENERAL LIABILITY <br> CLAIMS MADE X OCCUR <br> X OWNER'S & CONTRACTOR'S PROT <br> X XCU-Coverage <br> X $250. pd. ded. | 16700045-563 | 07/01/1998 | 07/01/1999 | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ 50,000 |
| | | | | | MED EXP (Any one person) | $ 5,000 |
| A | AUTOMOBILE LIABILITY <br> X ANY AUTO <br> ALL OWNED AUTOS <br> SCHEDULED AUTOS <br> X HIRED AUTOS <br> X NON-OWNED AUTOS | 16700046-924 | 07/01/1998 | 07/01/1999 | COMBINED SINGLE LIMIT | $ 1,000,000 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE | $ |
| | GARAGE LIABILITY <br> ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| C | EXCESS LIABILITY <br> X UMBRELLA FORM <br> OTHER THAN UMBRELLA FORM | XEK-000-7437-1196 | 07/01/1998 | 07/01/1999 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | AGGREGATE | $ 2,000,000 |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY <br> THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: INCL X EXCL | PWC 300-2530 | 10/06/1997 | 10/06/1998 | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | EL EACH ACCIDENT | $ 1,000,000 |
| | | | | | EL DISEASE - POLICY LIMIT | $ 1,000,000 |
| | | | | | EL DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
Re: all California Operations ( see attached CG2010 )

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| State of California <br> Department of Transportation <br> Maintenance Program MS-31 <br> Attn:Statewide Adopt-A-Highway Coordinator <br> P O box 942874 <br> Sacramento, CA 94274-0001 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. <br> AUTHORIZED REPRESENTATIVE |

ACORD 25-S (1/95)                                           ©ACORD CORPORATION 1988



POLICY NUMBER:   16700045-563

COMMERCIAL GENERAL LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS (FORM B)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

Eff. Date:  6/30/98

Martin Landscape Maintenance Corporation

**Name of Person or Organization:**

State of California
Department of Transportation
Maintenance Program MS31
P.O. Box 942874
Sacramento, CA  94274-0001

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" for that insured by or for you.

CG 20 10 11 85             Copyright, Insurance Services Offices, Inc., 1984                    ☐

# Chapter 5.    Safety Requirements for Participants

**EXCERPTS FROM THE
ADOPT-A-HIGHWAY PERMIT SPECIAL PROVISIONS**

2. **REVOCATION/CANCELLATION:** This permit may be revoked by the Department for noncompliance with permit provisions or for failure of the permittee, or their representative, to adhere to direction given by a Departmental representative.

5. **PERMITTEE RESPONSIBILITY:** No person shall enter the State's right of way to perform work until the Department's representative has given the permittee's safety/crew leader a safety orientation, and, all participants have received safety training from the permittee's safety/crew leader as described in items 19 and 22.

9. **SAFETY PROCEDURES FOR VOLUNTEER GROUPS:**

   B. **Attend a Caltrans safety orientation.** The designated safety leader shall schedule and attend a safety orientation given by the Department's representative within two weeks of this permit's date of issue. The "Adopt-A-Highway Safety Orientation Checklist for Volunteers" will be reviewed, signed, and a copy given to the permittee. New safety leaders, appointed during the permit period, must make arrangements to be given a safety orientation by a Departmental representative, not by the Permittee's previous safety leader.

22. **SAFETY PROCEDURES FOR ADOPT-A-HIGHWAY CONTRACTORS:**

   A. **Attend a Caltrans safety orientation.** Adopt-A-Highway contractors shall abide by safety requirements set forth by California Occupational Safety and Health Administration (Cal-OSHA). In addition, the contractor's crew leader must schedule and attend a safety orientation given by the Department's representative within two weeks of this permit's date of issue. The "Adopt-A-Highway Safety Orientation Checklist for Contractors" will be reviewed, signed, and a copy given to the permittee.

**The designated safety leader shall schedule and attend a safety orientation given by the Department's representative within two weeks of this permit's date of issue.**



## PARTICIPANT RESPONSIBILITIES

The safety of Adopt-A-Highway participants while on the highway right of way is a primary concern for the Department. Rules for safe participation are communicated to the group leader or, if a contracted adoption, the crew leader at a safety orientation. Safety orientation checklists for volunteers and for contractors must be used during safety orientations to ensure that all important safety rules are reviewed.

The person attending the safety orientation is then responsible for passing on safety information to the rest of their group or crew. In addition, it is required that all new volunteer group leaders and new contractor crew leaders receive a safety orientation from a Caltrans representative, not from the previous leader.

**The person attending the safety orientation is then responsible for passing on safety information to the rest of their group or crew.**

It is the District Adopt-A-Highway Coordinator's responsibility to inform the group leader or crew leader of the required safety orientation. It is the group or crew leader's responsibility to schedule and attend the safety orientation. It is the Maintenance Supervisor's responsibility to provide the safety orientation and to ensure that the group or contractor does not begin work until after the safety orientation is completed.*

### New Groups and Groups Changing Leaders at Time of Permit Renewal:

District Adopt-A-Highway Coordinator must verbally inform adopters of the required safety orientation at the earliest possible opportunity – ideally during the first phone conversation.

Once a permit application has been forwarded to the Permits Branch for processing, a welcome letter <u>must</u> be sent to <u>new</u> applicants informing them of their responsibility to schedule the required safety orientation. Welcome letters can be printed from the Adopt-A-Highway database. There is one version for volunteer groups using minors, one for volunteer groups not using minors, and one for sponsor groups. Copies of these letters are located at the back of this chapter.

---

\* The Maintenance Supervisor may authorize a staff member to perform safety orientations and other Adopt-A-Highway tasks.



If a signed copy of the Safety Orientation Checklist (indicating that the safety orientation was completed as required) is not received within two weeks of a permit's start date, the District Adopt-A-Highway Coordinator must contact the appropriate Maintenance Supervisor to see if a safety orientation has been scheduled. If not, the District Adopt-A-Highway Coordinator must immediately contact the group leader or contractor's crew leader to inform them of their permit violation. A deadline by which the safety orientation must be completed must be clearly communicated to the leader – ideally within 30 days of the permit's start date.

Beginning April 1, 2006, a volunteer group's permit, or the contractor's double permit, will be revoked if this deadline is not met. Groups and contractors who begin work without completing a safety orientation will have their permits revoked.

**Beginning April 1, 2006, a volunteer group's permit, or the contractor's double permit, will be revoked if this deadline is not met.**

**Volunteer Crew Leaders Changed During a Permit Period:** It is the permittee's responsibility to inform Caltrans of a change in group leaders. It is the District Adopt-A-Highway Coordinator's responsibility to inform new group leaders that they are required to schedule and attend a safety orientation at Caltrans <u>prior to their next work event</u>. New group leaders who refuse to attend a safety orientation will have their permit revoked.

**New Contractor Crew Leaders:** New contractor crew leaders must attend one safety orientation in each cost center where they will be working <u>prior to their next work event</u>. Contractors refusing to attend a safety orientation will have their double-permits revoked.

## SAFETY ORIENTATION CHECKLISTS

Safety orientation checklists for volunteers and for contractors must be used during safety orientations to ensure that all important safety rules are reviewed. At the conclusion of the safety orientation, the check list is signed and dated and a copy is given to the adopter. A copy is kept by the Caltrans representative giving the orientation and the original is sent to the District Adopt-A-Highway Coordinator.

District Adopt-A-Highway Coordinators must provide each of their Maintenance Supervisors with an adequate supply of checklists. If possible, the checklists should be printed using triplicate NCR paper.



## SAFETY GEAR

Safety gear for the entire group is issued to volunteer group leaders during the safety orientation and replenished throughout the permit period. (Contractors must supply their own safety gear.) There is no charge for the following safety gear.

- Hard hats
- Safety glasses/goggles
- Gloves
- Vests
- Litter pickers

**Safety gear for the entire group is issued to volunteer group leaders during the safety orientation and replenished throughout the permit period.**

## SAFETY TRAINING MATERIALS

Safety training materials are issued free of charge to volunteers during the safety orientation. District Adopt-A-Highway Coordinators must provide each of their Maintenance Supervisors with an adequate supply of the following items:

- Safety video (more than one may be issued to large groups)
- *Bag It, Move It, of Leave It?* handout*
- *Safety Requirements for Participants: CREWPLANS* handout*

## VOLUNTEER GROUP LEADER RESPONSIBILITIES

- Schedule and attend a safety orientation at Caltrans.
- Provide an initial, comprehensive safety training to all group members prior to their working (show video, discuss items on the Safety Orientation Checklist).
- Repeat the comprehensive safety training to group members annually.

\* Samples are included at the end of this chapter and they may be downloaded from the Adopt-A-Highway or CEFS web sites.



- Provide a brief safety review prior to each work event. Ensure that all participants are properly dressed.

- Report change of group leader or contact information to the District Adopt-A-Highway Coordinator.

- Inform replacement safety leaders that they are required to attend a safety orientation from Caltrans.

- Provide advanced notification of work.

- Participate in statewide Spring and Fall cleanup events and return Summary Reports to the Statewide Adopt-A-Highway Coordinator.

## CONTRACTOR'S CREW LEADER RESPONSIBILITIES

- Schedule and attend a safety orientation at Caltrans.

- Provide advance notification of work (including recognition panel installation if applicable).

- Report change of crew leader or contact information to the District Adopt-A-Highway Coordinator.

- Inform replacement crew leaders that they are required to attend a safety orientation from Caltrans for each adoption site. (One orientation for all sites in a single cost center.)

## SAMPLE DOCUMENTS

The documents located on the following pages can be printed from the both the Adopt-A-Highway Internet and intranet sites.* Checklists are also available on the Caltrans CEFS web site.

- Safety Orientation Checklist for Volunteers

- Safety Orientation Checklist for Contractors

- Bag It, Move It, of Leave It?

- Safety Requirements for Participants: CREWPLANS

* http://adopt-a-highway.dot.ca.gov
  http://onramp.dot.ca.gov/hq/maint/adopt/index.htm



STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION
## ADOPT-A-HIGHWAY SAFETY ORIENTATION CHECKLIST FOR VOLUNTEERS
MTCE-02 (REV 1/2005)

**1. View Part 1 (or Both Parts) of the "Get Serious About Safety" Video**
Explain change in minor's policy (16 and older) and/or other age restrictions listed on Attachment A (Adopt-A-Highway Special Provisions).

**2. Supply and Review Safety Handouts**
Review the *Safety Requirements for Participants: CREW PLANS.*
Review the *Bag It, Move It, or Leave It?* instructions for handling found items.
Discuss how best to "flag" items left at site.
Explain procedure for reporting injuries, accidents, and incidents.

**3. Explain the Encroachment Permit "Package" (Permit, Special Provisions, Attachment A, and Plans and Schedules)**
Confirm location of adoption site and minimum work frequency. Explain the "post mile" system.
Show where contact information is located on Attachment A. Give group leader a business card.
Explain that one copy of the complete permit package must be present at the site and copies of only the permit must be placed on dash of each car present.
Explain that work is not permitted on or before holidays or holiday weekends. Discuss other restricted days (i.e., local events).
Recommend scheduling work in April and September so that group can participate in national cleanup events.

**4. Detail Group Leader's Responsibilities**
Provide safety training to group members prior to their working (show video, pass along information learned from Caltrans).
Repeat the safety training to group members every year (not the Caltans safety orientation).
Provide a brief safety review (tailgate meeting) prior to each work event. Ensure that all participants are properly dressed.
Report change of group leader or contact information to the District Adopt-A-Highway Coordinator.
Inform replacement safety leaders that they must receive a safety orientation from Caltrans.
Provide advance notification of work.

**5. Provide a Drive-By or Walk-Through Review of the Adoption Site**
Recommend ways to access to site (walk-on, pick-up and drop off, and/or parking).
Stress that group must always work facing traffic. Discuss use of lookouts.
Discuss areas to avoid:
On or within 6 feet of any traffic lane (paved areas, on-ramps, and off-ramps).
Medians, bridges, tunnels, culverts.
Slippery or unstable ground, slopes greater than approximately 40°.
Other, show any site-specific areas to avoid.
Discuss how and where to stack bags.
Identify nearest call box (if any).

**6. Issue Safety Gear and Supplies** (Enter Quantity issued)
_____ Hard hats. Demonstrate how to insert liners.
_____ Safety glasses/goggles. Safety glasses or goggles must be worn over prescription eyeglasses and by persons wearing contact lenses. Safety glasses/goggles are identified by an American National Standard Institute (ANSI) Z87.1-1989 logo.
_____ Gloves.
_____ Vests.
_____ Litter pickers.
_____ Safety video (more than one may be issued to large groups).
_____ Litter bags. Demonstrate proper bag tying and how to use a stick to hold a bag open.
_____ Explain how the group leader can get additional supplies during the permit period.
_____ Other, list:

| GROUP NAME | ADOPT TYPE | LOCATION (CO/RTE/PM RANGE/DIR) | |
|---|---|---|---|
| MAINTENANCE REPRESENTATIVE  (Please print) | | SIGNATURE ▶ | DATE |
| GROUP SAFETY LEADER (Please print) | | SIGNATURE ▶ | DATE |

**ADA NOTICE:** For individuals with sensory disabilities, this document is available in alternate formats. For information call (916) 654-6410 or TDD (916) 654-3880 or write to Records and Forms Management, 1120 N Street, MS-89, Sacramento, CA 95814.

ORIG.: District Adopt-A-Highway Coordinator     YELLOW: Group Safety Leader     PINK: Caltrans Representative

STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION
## SAFETY ORIENTATION CHECKLIST FOR ADOPT-A-HIGHWAY CONTRACTORS
MTCE-10 (NEW 6/2005)

1. **Review Information Specific to the Adoption Site**

   At the supervisor's discretion, reviewing this information can be done while at the Caltrans facility and/or while walking the site, and/or while driving by the site.

   Confirm location of adoption site.

   Identify start and stop points (sign-to-sign or other landmark).

   If applicable, discuss access to areas behind sound walls and/or inclusion of ramps and interchanges.

   Recommend ways to access to site (walk-on, pick-up and drop off, and/or parking):

   Park completely off of paved shoulders. Paved shoulders may only be used for unloading and loading passengers.

   Amber lights may *only* be used when pulling onto or off of shoulders and when unloading or loading passengers. Amber lights must be turned off when vehicles are parked on the roadside. Emergency flashers may not be used at any time.

   Discuss areas where crew **cannot** work:

   On or within 6 feet of any traffic lane, including on-ramps and off-ramps.

   On paved shoulders.

   Medians, bridges, tunnels, culverts.

   Slippery or unstable ground, slopes greater than approximately 40º.

   Other, show any site-specific areas to avoid.

   Discuss how and where to stack bags.

   Identify nearest call box (if any).

   Discuss work frequency.

   Check encroachment permit to see if contractor may install/replace recognition panels at this site.

2. **Review Work Procedures**

   Review the *Bag It, Move It, or Leave It?* instructions for handling found items.

   Discuss how best to "flag" items left at site.

3. **Discuss Items That Crew Members Must Carry**

   Explain that one copy of the complete permit package must be present at the site and copies of only the permit must be placed on dash of each vehicle present.

   All employees of Adopt-A-Highway service contractors must carry an ID card containing the following information:

   • Employee's name.

   • Name of Adopt-A-Highway service contractor.

   • Phone number where crew leader can be reached during working hours, preferably a **cell phone** number.

4. **Detail Crew Leader's Responsibilities**

   Provide advance notification of work (including recognition panel installation if applicable). Inform the crew leader of the best way to communicate with their Caltrans Adopt-A-Highway field representative (i.e. FAX, phone, e-mail, etc).

   Report change of crew leader or contact information to the District Adopt-A-Highway Coordinator. New crew leaders must attend a safety orientation at Caltrans for each adoption site.

   Explain procedure for reporting injuries, accidents, and incidents.

5. **Issue Supplies** (Enter Quantity issued)

   Although Adopt-A-Highway service contractors are responsible for meeting requirements set forth by California Occupational Safety and Health Administration (Cal-OSHA), you may issue Caltrans safety training materials to contractors.

   _____ Safety video.

   _____ *Bag It, Move It, or Leave It?* instructions.

   _____ Litter bags. (Contractors may be issued up to a 60-day supply of Adopt-A-Highway litter bags per cost center.)

   *Note: Shoulder bags for recycling beverage containers are issued by the District Adopt-A-Highway Coordinator.*

| NAME OF ADOPT-A-HIGHWAY SERVICE CONTRACTOR | PHONE NUMBER | | DOUBLE PERMIT NUMBER | |
|---|---|---|---|---|
| SPONSOR NAME | ADOPT TYPE | LOCATION (CO/RTE/PM RANGE/DIR) | | |
| CALTRANS MAINTENANCE REPRESENTATIVE (Please print) | SIGNATURE ► | | DATE | |
| CONTRACTOR'S CREW LEADER (Please print) | SIGNATURE ► | | DATE | |

**ADA NOTICE:** For individuals with sensory disabilities, this document is available in alternate formats. For information call (916) 654-6410 or TDD (916) 654-3880 or write to Records and Forms Management, 1120 N Street, MS-89, Sacramento, CA 95814.

ORIG.: District Adopt-A-Highway Coordinator     YELLOW: Group Safety Leader     PINK: Caltrans Representative



Rev 6/10/02

ADOPT-A-HIGHWAY

# Bag It, Move It, or Leave It?

**Adopt-A-Highway Instructions for Handling Roadside Litter**

## BAG IT

1.  **These items may be placed in a bag.**
    A. Small items made of paper, cardboard, plastic, styrofoam, wood, rubber, glass, or metal provided that the item does not have sharp edges.
    B. Small, <u>empty</u> containers provided that the item does not have sharp edges.

**Adopt-A-Highway participants are encouraged to redeem recyclable items.**

## MOVE IT

1.  **These items should be placed alongside your stacked bags at the edge of the shoulder.**
    A. Items with dull, pointed edges that might tear a bag.
    B. Large items that would prevent a bag from being properly tied closed.
    C. Heavy items that could tear a bag, provided that the item can be moved without causing physical injury.
    D. Containers that are not empty <u>if</u> the contents won't spill when moved <u>and</u> you can identify the product as one that is not hazardous. If you suspect that an item contains urine, do not move it.

**If in doubt, leave the item alone!**

## LEAVE IT

1.  **These items should be left where found without taking further action.**
    A. Sharp, large, or heavy items that could cause physical injury if moved.
    B. Any item in an unsafe location (within six feet of a traffic lane, on unstable ground, etc.).

2.  **Report these items to the Caltrans representative listed in your Encroachment Permit that day, or on the next working day, during normal business hours. You may leave a voice message.**
    A. Items you are not permitted to bag or move that will not be easily visible to the Caltrans crew collecting your filled bags. (If possible, place a filled bag near to the item to mark its location.)
    B. Securely closed items containing hazardous substances.*

3.  **Report these items to the Caltrans representative listed in your Encroachment Permit that same day. If you are unable to speak directly to a Caltrans employee, call 911 to report the item.**
    A. Any item that you cannot identify and suspect may be hazardous.
    B. Unclosed or leaking items containing hazardous substances.*

4.  **Call 911 if you find the following kinds of items. If you do not have access to a cell phone or call box, then someone other your group's safety leader, must leave the site to make the call. Then, unless advised to leave the area, the safety leader must stay at the site until a California Highway Patrol officer (or a Caltrans representative) arrives.**
    A. Items with hazardous material labels.*
    B. Items that could pose an immediate danger.*
    C. Items that could be crime-scene evidence.*

**Keep a safe distance away from the item and do not disturb it in any way!**

*See back for examples.*

| If an item you find has a strong odor, leave the area immediately and call the appropriate authority. |
| --- |

Rev 6/10/02

## Items of Concern

| ITEM | LEAVE IT | LEAVE IT AND CALL CALTRANS DURING BUSINESS HOURS* | LEAVE IT AND CALL CALTRANS THAT DAY** | LEAVE IT AND CALL 911 IMMEDIATELY*** |
|---|---|---|---|---|
| **Miscellaneous Items** | | | | |
| Broken glass | X | | | |
| Any item that you cannot identify and suspect may be hazardous | | | X | |
| **Hazardous Substances** | | | | |
| Spills of liquid or powdery substances | | | X | |
| Fuels | | X if securely contained | X if open or leaking | |
| Motor oils, transmission fluids, petroleum products | | X if securely contained | X if open or leaking | |
| Antifreeze | | X if securely contained | X if open or leaking | |
| Batteries | | X if securely contained | X if open or leaking | |
| Flares | | X | | |
| Paints | | X if securely contained | X if open or leaking | |
| Aerosol cans (that are not empty) | | X | | |
| Human urine, feces, bloody waste (gauze, etc.) | | X if securely contained | X if open or leaking | |
| Syringes, labeled medicines (aspirin, prescription drugs, etc.) | | X | | |
| Animal carcasses | | X | | |
| **Extremely Hazardous Items /Possible Crime-Scene Evidence** | | | | |
| Bloody items that may be crime-scene evidence | | | | X |
| Explosives, possible bombs (capped pipes, wrapped packages, etc.) | | | | X |
| Weapons (guns, knives, etc.), unspent ammunition | | | | X |
| Items with hazardous material labels (see examples below) | | | | X |
| Unlabeled medicines, marijuana, drug paraphernalia | | | | X |
| Animals that may have been poached | | | | X |

   **\* Report these items to the Caltrans representative listed in your Encroachment Permit that day, or on the next working day, during normal business hours. You may leave a voice message.**

   **\*\* Report these items to the Caltrans representative listed in your Encroachment Permit on that day. If you are unable to speak directly to a Caltrans employee, call 911 to report the item (see instructions below).**

   **\*\*\* If you do not have access to a cell phone or call box, then someone other your group's safety leader, must leave the site to make the call. Then, unless advised to leave the area, the safety leader must stay at the site until a California Highway Patrol officer (or a Caltrans representative) arrives. Keep a safe distance away from the item and do not disturb it in any way! Report the incident to your District Adopt-A-Highway Coordinator on the next business day.**

## A Few Examples of Hazardous Materials Labels



## Caltrans Representative to Call if You Find Hazardous Substances

Name_____     Phone Number_____



REV. 6/2002

ADOPT-A-HIGHWAY

## Safety Requirements for Participants: "C R E W   P L A N S"

**C**ontact Caltrans. Notify your Maintenance field representative of your plans to work at least five days, but no more than one month, before the event. If State construction or maintenance activities have been scheduled at your adoption site on that same day, you will not be permitted to work.

**R**eview safety procedures. Review these "Safety Requirements for Participants" and the "Bag It, Move It, or Leave It?" instructions with all participants at an off-site location prior to each work event.

**E**valuate weather conditions. Work must be performed during daylight hours. Do not work, or discontinue working, if weather (or other adverse circumstance) decreases visibility or causes a public hazard.

**W**ear your safety gear. It is required that participants wear safety vests, hard hats, gloves, protective eye wear, long pants, and substantial leather shoes or boots with ankle support. Light-colored clothing and long-sleeved shirts are recommended. Put on your safety gear before travelling to your site and do not take it off on until you have left the roadside.

**P**ark in a safe place. Please carpool. Vehicles must park completely off of paved areas and be at least six feet from any traffic lane. If this is not possible and your site has a shoulder, then use a drop-off and pick-up arrangement instead. Or, enter and exit your site on foot from locations that allow you to face oncoming traffic. If in doubt about the safest way to access your site, please contact your Maintenance field representative for advice.

**L**ook out for danger and look out for each other. Always work facing oncoming traffic. Use a safety lookout when fellow workers are unable to see oncoming traffic. Watch your footing and be alert for snakes, stinging insects, and poisonous plants. If your encroachment permit authorizes minors to participate, you must have at least one adult supervisor over the age of 21 at the site for every five minors present. Do not work alone.

**A**lert the California Highway Patrol (call 911) if you find an extremely hazardous item. Identify all objects before touching them and handle found items according to the procedures outlined in the "Bag It, Move It, or Leave It" instructions.

**N**ever risk injury. Work shall not be performed on median strips. Stay completely off of paved areas and always remain at least six feet from any traffic lane; this includes crossing freeway on-ramps and off-ramps. Use extreme caution when crossing conventional, two-lane highways; plan to use crosswalks and signals where available. Do not work on unstable or slippery ground, on bridges, in tunnels, or in drainage facilities. Avoid behaviors that will distract motorists; this includes working in groups of more the three or four persons. Drink plenty of water. Use tools to help prevent over exertion. For example, litter removal groups should use litter pickers instead of bending to pickup litter and graffiti removal groups should use rollers instead of brushes to paint large areas.

**S**tack your bags. Do not overload or compact litter bags and be sure to tie them securely closed. Whenever possible, stack several filled bags together. Place bags completely off of paved areas and at least six feet from any traffic lane. Make sure that the bags are located where Caltrans maintenance crews can easily see them and safely retrieve them.

---

**ADDITIONAL REQUIREMENTS: 1)** No person shall enter the State's right of way to perform work until a Caltrans representative has given the permittee's safety leader a safety orientation, and, all participants have received safety training from that safety leader. **2)** A complete encroachment permit "package" (encroachment permit, special provisions, and any plans and schedules) must be present at the site. In addition, a copy of the encroachment permit must be displayed on the dashboard of each vehicle parked on the State's right of way. **3)** Work shall not be conducted on, or within twenty-four hours preceding, holidays or holiday weekends. Refer to your Encroachment Permit Special Provisions for a listing of holidays and possible additional work restrictions specific to your adoption site.



## CALTRANS ADOPT-A-HIGHWAY PROGRAM
## REQUISITOS DE SEGURIDAD PARA PARTICIPANTES

*Mientras este a lado de la carretera, requerde: SU SEGURIDAD ES PRIMERO!*

## Para su protecciòn y la de otros:

- No camine por la carretera o por los extremos (incluyendo los bordes sin pavimentar).

- No cruce los carriles de la utopista a pie.  Cruce carreteras convencionales con precauciòn. Use los cruceros y observe las señales donde se encuentren.

- Trabaje en dirección contraria al tráfico y observe el tráfico constante mente.  Esté preparado para moverse rápidamente en caso necesario.

- No trabaje en la carretera, bordes, puentes o tuneles.

- Deje de trabajar antes de que obscurezca.

- No trabaje cuando haya niebla u otras condiciones que disminuyan la visibilidad a los conductores.

- No trabaje en carreteras mojadas o cubiertas por hielo.

- No toque o mueva materiales que sospeche toxicos o peligrosos.  Por ejemplo, substancias maloientes, paquetes sospechosos, tamores o recipientes con substancias quimicas, armas, jeringas, agujas hipodermicas, animales muertos o vidrio roto.  Notifique inmediatamente a Caltrans o la policia en donde se encuentran, exactamente, las armas o las substancias toxicas.

- No trate de compactar las bolsas de basura.  Objetos rotos o filosos puenden causar heridas.

- Use un chaleco anaranjado de seguridad, casco, guantes, y lentes protecotres mientras esté cerca de la carretera.

- Use pantalones largos y zapatos o botas de cuero o piel con suficiente soporte en los tobillos.  Tenga precaución al pisa y evite bajadas muy inclinadas, medios de drenaje o lugares de los cuales se pueda caer.  Se recominda que use ropa de colores claros, camisas de manga larga y loción protectora contra el sol.

- Está prohibido correr, aventar objectos, jugar o practicar cualquier otra actividad que pueda distraer a los conductores.

- Evite el cansancio extenuante.  Tome bastante agua, especialmente cuando hace calor o en dias húmedos.

- No consuma o tome bebidas alcohólicas o drogas antes o mintras esté en la carretera.

- Esté alerta en caso de que encuentre serpientes.  También este alerta de insectos ponsoñosos y de plantas venenosas (por ejemplo: hiedra venensoa).

5/29/97



# Chapter 6.  Caltrans Adopt-A-Highway Responsibilities

The success of the Adopt-A-Highway Program depends on the cooperative assistance of the entire Maintenance function and of other units within the Department.

It is essential that all Department personnel provide timely, professional, and courteous responses to inquiries from the general public, legislators, local officials, the media.

## DISTRICT ADOPT-A-HIGHWAY COORDINATOR

All districts should have a full-time District Adopt-A-Highway Coordinator. Although many of the coordinator's logistical responsibilities may be delegated to support staff, additional Adopt-A-Highway Coordinators may be warranted in districts with a substantial amount of adoptable shoulder miles. District Adopt-A-Highway Coordinator duties include:

**All districts should have a full-time District Adopt-A-Highway Coordinator.**

### Promotes Program

1. Conducts ongoing community outreach to promote and explain the Adopt-A-Highway Program.

2. Coordinates with Public Affairs to promote the program and respond to inquiries from public officials and the media.

3. Makes available, upon request, any report located in the "Public Information" reports section of the AAH Database.

4. Assists potential participants in defining non-litter adoptions. Secures technical advice from the District Landscape Architect, Landscape Specialist, or other Caltrans professionals.



## Processes Adoptions and Renewals

1. Accepts permit applications and ensures that applicants meet participant criteria set in Adopt-A-Highway Program policy (i.e. participants may not advocate violence or discrimination, may not be under 16 years old, etc.).

2. Submits permit applications and required support documentation to the District Permit Engineer. Ensures that Adopt-A-Highway Encroachment Permits are been issued in a timely manner.

3. Reviews and approves recognition panel content.

4. Places work orders for courtesy signs and recognition panels and ensures that work is completed in a timely manner.

5. Ensures that safety orientations are completed.

6. Issues permit renewal notices.

## Maintains Contact With Adopters

1. Communicates with active participants. Occasionally visits site while adopters are working to evaluate performance and to express appreciation for their efforts. (California Cleanup Day, each September, is an ideal time to visit a few groups!) Distributes safety bulletins, statewide cleanup event invitations, etc.

2. Issues formal warning letters when the adopter's level of performance is deficient.

3. Notifies permittees to suspend activities within areas undergoing construction.

4. Recognizes participants for outstanding service (see page 6-8).

5. Periodically travels throughout the district to examine courtesy signs and adoption sites.

## Maintains District Program Data

1. Keeps physical files of applications, permits, site reviews, correspondence, and other program documents.

2. Keeps the Adopt-A-Highway database current.



3. Forwards the following public information reports to all AAH Service Contractors and to the Statewide Adopt-A-Highway Coordinator by the 5th of each month.

   • Available Litter Removal Sites

   • Litter Removal Waiting List

   • All Sites List

4. Transfers bag count information from IMMS to the AAH Database and forwards a copy of the database to the Assistant Statewide AAH Coordinator by the 10th of each month.

5. Provides Maintenance Supervisors with current lists of adopters in their area of responsibility.

## Interacts With Department Personnel

1. Maintains a close working relationship with Headquarters, district personnel, and others who are essential to the successful administration of the program.

2. Meets with new Maintenance Supervisors to provide guidance and information about the Adopt-A-Highway Program.

3. Consults with Maintenance Supervisors regarding site reviews, entering Adopt-A-Highway data into IMMS, establishing new adoption opportunities, performance of adopters, and selection groups to receive Volunteer of the Year awards.

4. Provides Maintenance Supervisors with adoption status reports on a regular basis.

5. Attends Region Supervisors meetings to discuss program concerns, provide regional status reports, and explain new Adopt-A-Highway procedures.

6. Requests that the District Permits Branch revoke encroachment permits for repeated violations and suspend permits for sites undergoing construction.

7. Submits names of volunteers of the year to the Statewide Adopt-A-Highway Coordinator.

8. Travels to periodic statewide Adopt-A-Highway Coordinator's meetings. Participates in task forces or other special committees.



## STATEWIDE COORDINATOR

1. Develops and revises Adopt-A-Highway Program guidelines.

2. Assists the District Adopt-A-Highway Coordinators in interpreting, applying, and revising procedures. Assists in the resolution of district problems.

3. Works with Public Affairs to develop newsletters and press releases and to respond to public inquiries. The Coordinator participates in the planning and execution of interagency anti-litter, anti-graffiti and roadside enhancement efforts, including the Keep California Beautiful event each Spring and California Cleanup Day each September.

4. Works with the Office of Permits to assist in developing and maintaining standard provisions for Adopt-A-Highway permits and permit applications.

5. Works with the Office of Signs and Delineation to assist in developing Adopt-A-Highway courtesy signs.

6. Works with Material Operations to provide specifications for safety gear and other Adopt-A-Highway supplies. Provides information regarding anticipated supply needs.

7. Works with the Office of Landscape Architecture and the Office of Environmental Analysis to ensure that Adopt-A-Highway planting projects are maintainable, water-conserving, safe, and environmentally appropriate.

8. Works with the Office of Safety to ensure that Adopt-A-Highway safety gear, materials, procedures, and training are appropriate.

9. Works with the Legal Division to identify and minimize tort liability issues.

10. Pursues grants and other support from all sources to augment Caltrans resources.

11. Maintains a current list of Adopt-A-Highway Coordinators.

12. Maintains a current list of Adopt-A-Highway Service Contractors, and ensures that all required liability, automobile, and workers compensation insurance coverage is up to date.



13. Maintains a monthly report of program levels.

14. Prepares informational brochures and safety handouts.

15. Schedules annual Statewide Adopt-A-Highway Coordinators meetings and focus groups as needed.

16. Attends annual International Adopt-A-Highway Conference when out-of-state travel is approved.

17. Processes Volunteer of the Year and Sponsor of the Year awards.

18. Conducts an ongoing community outreach program to promote and explain the Adopt-A-Highway Program.

19. Partners with the California Master Trust to organize tree planting projects.

## MAINTENANCE (REGION) MANAGER

1. Ensures that Area Superintendents, Supervisors, and others who work directly with Adopt-A-Highway participants understand the program's objectives and procedures.

2. Ensures that special reporting requirements are being followed for recording Adopt-A-Highway data into the IMMS.

## MAINTENANCE AREA SUPERINTENDENT

1. Verifies that Supervisors are accurately recording Adopt-A-Highway data into the IMMS, completing site reviews in a timely manner, and reporting on performance of the adopters.

2. Ensures that employee interaction with the public is professional, positive, prompt, and courteous.

3. Ensures friendly and convenient procedures for participants to schedule and attend safety orientations, to obtain safety gear and supplies, and to provide advance notice of work.

4. Ensure that Adopt-A-Highway courtesy signs are provided, installed, and maintained in a timely manner.



## SUPERVISORS AND MAINTENANCE PERSONNEL

District Maintenance crews are the primary contact between Caltrans and Adopt-A-Highway participants during the five-year permit period. Maintenance Supervisors (or their designees):

1. Perform site reviews requested by the District Adopt-A-Highway Coordinator for designating new adoption sites, upon permit renewal, and after construction.

2. Provide a safety orientation to volunteer group leaders and contractor crew leaders for each adopted/sponsored site.

3. Issue and replenish participant's supply of safety equipment and materials throughout the five-year period. (Contractors receive white trash bags only.)

4. Recover participant's safety equipment (including litter pickers, when applicable) and unused materials if the participant does not renew their encroachment permit.

5. Provide friendly and convenient procedures for participants to provide advance notice of work.

6. Install and maintain courtesy signs and recognition panels for each project.

7. Ensure that Caltrans pesticide spray activities do not impact participants' ability to work.

8. Coordinate median and roadway litter removal as closely as practical with the adopter's schedule.

9. Coordinate removal of litter bags within five days of collection.

10. Reports production units and hours worked for each adoption group while recording Adopt-A-Highway activities into the IMMS database.

11. Monitor and document performance of participants. Work with adopters to correct work and safety-related deficiencies.

12. Inform the District Adopt-A-Highway Coordinator when a warning letter should be mailed or the group's permit should be revoked.



13. Inform the District Adopt-A-Highway Coordinator when construction impacts Adopt-A-Highway sites. Ensure that participant's do not work within areas undergoing construction. Notify the District Adopt-A-Highway Coordinator when the construction is complete.

14. Stores Adopt-A-Highway sign components during construction periods.

## DISTRICT PERMIT ENGINEER

1. Issues Adopt-A-Highway Encroachment Permits in a timely manner.

2. Issues permit riders under special circumstances.

3. Suspends permits at sites undergoing construction.

4. Revokes permits due to permit violations.

5. Does not charge a fee for Adopt-A-Highway permits.

## RELATED DOCUMENTS

Please refer to Chapter D1 of the *Maintenance Manual* for more information regarding Maintenance roles and responsibilities within the Adopt-A-Highway litter removal program element. A link to the *Maintenance Manual* is located on the Adopt-A-Highway intranet site.



## RECOGNITION OF ADOPT-A-HIGHWAY PARTICIPANTS

Legislation allows recognition of participants by courtesy signs. Recognition by other means must also be accomplished.

### Volunteer of the Year/Sponsor of the Year Awards

The highest honor available to Adopt-A-Highway participants is to be named Volunteer of the Year. Districts select volunteer groups and sponsor groups to receive this award. There is no maximum number of groups that can be selected, but the award should remain exclusive and meaningful. Groups may receive the award more than once. Names of recipients are due to the Statewide Adopt-A-Highway Coordinator by the 15th of February.



**The highest honor available to Adopt-A-Highway participants is to be named Volunteer of the Year.**

### Selecting Groups

District Adopt-A-Highway Coordinators must consult with Adopt-A-Highway field representatives when selecting groups. Nominees do not need to be litter removal groups. The following items should be taken into consideration.

### Volunteer Groups:

- Meets or exceeds required pickup frequency.

- Communicates regularly with the Adopt-A-Highway field representative (provides 5-day notice of work, reports hazardous or large items found at site, etc.).

- Follows all safety requirements.

- Consistently provides a high quality of work.

- Participates in statewide cleanup events.



- Participates in the recycling program element and consistently reports bags of recyclables collected.

**Volunteer and Sponsor Groups:**

- Has been with the program for more than one permit period.

- Demonstrates a commitment to community service.

**Award Ceremony**

District Adopt-A-Highway Coordinators should work with District Public Information Officers to organize the awards ceremony. Public Information Officers should be asked to submit a press release announcing the award recipients to local newspapers and/or invite the press to attend the ceremony.

The Statewide Adopt-A-Highway Coordinator will provide Volunteer of the Year Certificates (in certificate folders) signed by the Director. District Adopt-A-Highway Coordinators are encouraged to have the certificates framed for presentation. There is no set format for presenting these awards. The list below provides ideas from past events.

**District Adopt-A-Highway Coordinators should work with District Public Information Officers to organize the awards ceremony.**

- Caltrans representatives attended an organization's monthly meeting to present the award.

- Caltrans representatives presented the award at the group's place of business.

- All awardees in a District travelled to the District Office for a formal presentation ceremony. Refreshments were served and small gifts given to all group members attending.

- Award presented at a County Board of Supervisors meeting. (The Board also presented its own, framed certificate of appreciation.)

- Volunteer of the Year emblem was attached to the group's courtesy sign for one year.

- A humble group may just want to have their award mailed to them.



## Media Releases

Districts are encouraged to issue press releases to recognize participants. Media events may be arranged to publicize one of more groups or special events, such as presentation of Volunteer of the Year awards or large cleanup events.

## Certificates of Completion



Certificates of completion should be mailed to adopters at the end of each permit period. Blank completion certificates are available from the Statewide Adopt-A-Highway Coordinator. District Adopt-A-Highway Coordinators are to fill in the adopter's name and attach a gold Adopt-A-Highway seal. The certificate, along with an unsealed and pre-addressed mailing envelope must then be forwarded to the Statewide Adopt-A-Highway Coordinator. The certificate will then be signed by the Caltrans Director and mailed directly to the adopter in the supplied envelope.

**Certificates of completion should be mailed to adopters at the end of each permit period.**

## Miscellaneous Certificates

District Adopt-A-Highway Coordinators are encouraged to create certificates of appreciation for other special occasions such as participation in special cleanup events or the "retirement" of a valued and long-standing adopter. Services provided "above and beyond" permit requirements, such as returning lost items found on the roadside, are  also good opportunities for positive recognition.

# Chapter 7.    Site Reviews

## THE IMPORTANCE OF SITE REVIEWS

Current review criteria for establishing the "adoptability" of sites was developed over a period of several months. Input was received from many sources and all site review forms were approved by the Caltrans Legal Division. Factors examined during site reviews include site boundaries, site safety, site access, and required work frequency. Specific tasks and work methods were also considered for planting and vegetation control adoptions. The creation of statewide standards for site reviews provides many benefits, including:

**Factors examined during site reviews include site boundaries, site safety, site access, and required work frequency.**

- Objective, rather than subjective, criteria for site classification.

- Separate forms for each adoption type allow Maintenance Supervisors to control exactly when, where, and what kind of work, will be performed by their adopters.

- Consistent rules and forms help to quickly train new Caltrans Adopt-A-Highway employees.

- Files of current site reviews provide legal documentation of Caltrans' commitment to protecting the health and safety of Adopt-A-Highway participants.

## WHEN ARE SITE REVIEWS PERFORMED?

Site reviews are performed at the request of the District Adopt-A-Highway Coordinator. Original, signed site reviews must be kept on file by the District Adopt-A-Highway Coordinator.

### When Designating a New Site

All new sites must be reviewed before offering an area for adoption. This includes sections that are being created through realignment or by dividing up an existing long segment. Even though the area may have previously been deemed "adoptable," many site review items



will need to be updated. For example, the beginning and ending post mile description will be changed and site access information may be different.

### At Time of Permit Renewal

At least 90 days prior to a permit's expiration date, District Adopt-A-Highway Coordinators must forward a site review form to the appropriate field supervisor. Supervisors must return the results within 30 days to ensure timely processing of renewal applications.

### When a Vacant Site is About to Be Adopted

If a vacant site has not been reviewed within the last two years, then a new site review must be performed before forwarding a permit application to the Permits Branch. There are several reasons for this. Conditions may have changed due to landscape or construction projects. Or, courtesy signs may be missing or damaged.

### When Construction at a Site is Completed

All areas that have undergone construction must be reviewed before they can be offered for adoption or before suspensions of existing permits are lifted. In addition, any extended maintenance services associated with the construction contract must have ended before adopters are allowed to work at the site.

**In addition, any extended maintenance services associated with the construction contract must have ended before adopters are allowed to work at the site.**

### WHO CAN PERFORM A SITE REVIEW?

Maintenance Supervisors (or a designee) responsible for areas where adoption sites are located are required to perform periodic site reviews (inspect the site and fill out the form). The designee can be a lead worker, the District Adopt-A-Highway Coordinator, or the Assistant District Adopt-A-Highway Coordinator. Regardless of who performs review, it must signed by a Maintenance Supervisor or higher classification. Site reviews for all newly established sites (those that will require courtesy sign installation) must be signed by a representative from the District's Traffic Operations Division. In addition, site reviews for vegetation control, tree and shrub planting, and wildflower planting adoptions, must be also be signed by a District Landscape Specialist.



## SITE CLASSIFICATION

The purpose of a site review is to classify an area in one of two ways, "Adoptable" or "Not Adoptable," and to establish work procedures specific to the site. Criteria specific to each adoption type is discussed in their respective *Guidelines* chapters and in the *Instructions for Completing Adopt-A-Highway Site Reviews* handout.

### Safety Requirements for All Adoption Sites

All adoption sites, regardless of type, must meet the basic criteria listed below.

- Lane and shoulder closures are not permitted under the Adopt-A-Highway Program.

- Work shall not be performed on or within six feet of any traffic lane or on any paved shoulder. If only a small portion of a segment does not meet this criteria, then participants must skip that section by exiting the site and then reentering beyond the narrow area. If the majority of the segment does not meet this criteria, then the site must be classified as not adoptable.

  - Sites <u>without</u> sound walls: Work areas <u>beyond</u> the six-foot safety zone should allow enough room for participants and their equipment to maneuver. For litter removal sites, most of the work area should be at least 3 feet wide.

  - Sites <u>with</u> sound walls: Work areas <u>beyond</u> the six-foot safety zone must be at least 10 feet wide; there must be at least 16 feet from the traffic lane to the wall. However, at the discretion of the Maintenance Supervisor, adopters may be permitted in work areas that are less than 10 feet wide if they are <u>protected</u> by <u>guardrails</u> or <u>concrete</u> <u>barriers</u>.

- Participants shall not work on unstable or slippery ground, on bridges, in tunnels, or inside culverts.

- Participants are not permitted to climb on slopes greater than approximately 40 degrees. Participants may work in front of these slopes, provided all other safety criteria is met.

**Work shall not be performed on or within six feet of any traffic lane or on any paved shoulder.**



### Work in Medians

Normally, participants are not allowed to work in medians, however, in very exceptional cases, median adoptions may be permitted after obtaining written approval from the Deputy District Director of Maintenance. Examples of possible exceptions include wide median areas of arterial boulevards or split-alignment freeways. Written approvals must be kept on file and should include all pertinent information justifying the need for an exception.

### Work on Urban Routes Within Cities

Normally, participants are not allowed to work on or within six feet of any traffic lane or on any paved shoulder. However, city streets with a 35 mph (or less) speed limit and sidewalks may be considered on a case-by-case basis. Written approval to adopt such streets must be requested from the Deputy District Director of Maintenance. Approvals must be kept on file and should include all pertinent information justifying the need for an exception.

### Environmentally Sensitive Areas

Adopt-A-Highway activities performed in "sensitive areas" are subject to restrictions set forth in each District's Vegetation Control Plan. Sensitive areas can be reviewed in IMMS by selecting "Vegcon reports" under the "Asset" tab and choosing "Vegcon-Sensitive Area Report."

## Sites Found to be "Adoptable"

Under current site review criteria, a site is considered either adoptable or not adoptable – safe or not safe. However, statewide policy also allows individual districts to prohibit minor participants. This restriction should only be considered when pickup frequencies are greater than 12 times a year or when conditions at the sites would impede adequate supervision of minor participants, i.e., the site is broken up into several sections that can only be accessed by vehicle. Districts may establish a no minors policy for the entire district or for specific highway segments within the district. Districts with such policies must submit a list of effected areas to the Statewide Adopt-A-Highway Coordinator. (See the *District Policy* chapter in these *Guidelines*.)

**Under current site review criteria, a site is considered either adoptable or not adoptable – safe or not safe.**



When entering adoptable sites into the Adopt-A-Highway database, there are two classification choices, "Volunteers 16+/ Contractors" or "Volunteers 18+/ Contractors." The "Contractors Only" classification no longer exists, however, it is recommended that volunteers be discouraged from adoptions with high pickup frequencies and, for liability reasons, from adoptions that require use of motorized equipment.

### Sites Found to be "Not Adoptable"

When entering unadoptable sites into the Adopt-A-Highway database, there are several classification choices available. Their purpose is to explain the primary reason the supervisor rated the site unadoptable. Choices include safety, area is too small (does not meet minimum requirement), construction (current or planned for the near future), maintenance agreement exists, and no litter problem exists.

## COMPLETING SITE REVIEWS

*Instructions for Completing Adopt-A-Highway Site Reviews* are available to help explain the items on a site review form. Questions commonly asked about site review items include:

### Can supervisors classify a site as "18+" or "Contractors Only?"

No. Supervisors can only decide whether the site is adoptable or not. However, Supervisors can recommend that certain post mile ranges be designated as "no minors" areas.

### Can Adopt-A-Highway Coordinators perform site reviews?

Yes. If an Adopt-A-Highway Coordinator is a Supervisor or higher classification, they may also sign the review. However, unless the coordinator is currently familiar with the area, it is recommended that the Maintenance Supervisor for the area read the completed site review and sign it.

**If an Adopt-A-Highway Coordinator is a Supervisor or higher classification, they may also sign the review.**

### What information should be entered into the "Begin Work At" and the "End Work At" items?

These should be simple, physical descriptions of the where the adopter is to begin and end work. Use cross streets and/or landmarks if possible. For example, "Begin work at... North side of the Ryan Road over-crossing" or "End work at... Adopt-A-Highway sign."



**Why can't signs and murals be adopted for graffiti removal?**

Use of paint-removing chemicals, necessary for cleaning graffiti off of signs and murals, are not permitted under the Adopt-A-Highway Program. However, a "mural adoption" pilot is currently being conducted in District 7 that could change this rule. Even so, a mural adoption would have special restrictions (such as work performed by licensed contractors only) associated with it.

**If adopters use herbicides, do the herbicides count toward the district's usage totals?**

Yes. Types and amounts of herbicides used by adopters must be reported to the Maintenance Supervisor after each application.

**Why do tree and wildflower planting site reviews have a check box for Caltrans-owned underground facilities?**

Underground Service Alert (USA) cannot identify Caltrans-owned facilities. The existence of any Caltrans-owned facilities must be disclosed to adopters before they prepare their plans and schedules

## SAMPLE DOCUMENTS

Copies of site reviews and instructions for completing them are located on the following pages. They can also be printed from the Adopt-A-Highway intranet site and the CEFS form web site.*

NOTE: There are no site review forms developed for Mission Bell adoptions or Mural Adoptions at this time.

* http://onramp.dot.ca.gov/hq/maint/adopt/index.htm
  http://cefs.dot.ca.gov/





# Instructions for Completing Adopt-A-Highway Site Reviews

November 2004

ADOPT·A·HIGHWAY

| Date Requested: _____ | No. of Reviews Attached: _____ |
| To: _____ | From: _____ |

**Maintenance Supervisors (or a designee) responsible for areas where adoption sites are located are required to perform periodic site reviews. The purpose of a site review is to classify an area in one of two ways, "Adoptable" or "Not Adoptable." Site-review criteria is provided below.**

**LOCATION OF WORK**

Sites that substantially deviate from the size requirements listed below should be classified as "Not Adoptable" except for park-and-rides, vista points, turn outs, or other miscellaneous portions of the State right of way.

**Litter Removal**

- Highway segments for litter removal adoptions must be approximately two miles long.
- Participants normally adopt both sides of conventional (two-lane) highways. Participants may adopt one or both sides of access-controlled freeways or wide expressways.
- Litter removal must be performed behind sound walls unless otherwise specified on the site review form.

**Graffiti Removal**

- No minimum number of structures or square footage is established. The community side, the highway side, or both sides of structures may be adopted. More than one structure can be adopted to ensure that the work performed by graffiti removal adopters is comparable to the work performed by other adopters in the same area.

**Vegetation Control**

- Highway segments must be approximately five acres net or two miles of highway roadside.
- Vegetation control may be performed in landscaped or unlandscaped areas or behind sound walls.

**Wildflower Planting / Tree and Shrub Planting**

- Highway segments must be approximately three acres net. *(Note: "Spot" wildflower planting adoptions may be any size.)*
- The existence of any Caltrans-owned irrigation and electrical installations must be noted on the back of the review form.
- Trees and shrubs must be planted at least 15 feet from traffic lanes on conventional highways and at least 30 feet from traffic lanes on freeways.
- Wildflowers must be planted a minimum of eight feet from the roadway edge, fences, drainage facilities or other structures.

**REFERENCE INFORMATION: Current Site Classification, Work Frequency, Permit Status or Group Name, Crew Used, Permit Expiration Date**

"Adoptable" sites are normally classified as "Volunteers 16+/Contractors." However, if dictated by District policy, Adopt-A-Highway Coordinators may classify an adoptable site as "Volunteers 18+/Contractors" or "Contractors Only." Sites classified as "Not Adoptable" include one of the following reasons, "Safety," "Area Too Small," "Construction," "Mtce. Agreement," "Sensitive Area," "Remote Area/No Litter Problem," or "Needs Site Review." Permit statuses are "Active," "Pending New Adoption," "Pending Renewal," and "Suspended."

**SITE ACCESS**

Site access can occur in one of three ways – parking at the site, a drop-off and pick-up arrangement, or by walking to and from the site. Participants are prohibited from walking within six feet of a traffic lane when entering or exiting a site.

- If there is no safe access to or from the site, then the area must be classified as not adoptable.
- Potential use of motorized equipment should be considered when evaluating site access.

**WORK PROCEDURES**

Adopt-A-Highway activities performed in "sensitive areas" are subject to restrictions (i.e., no spraying, no mowing, etc.) set forth in each District's Vegetation Control Plan. Sensitive areas can be reviewed in IMMS by selecting "Vegcon reports" under the "Asset" tab and choosing "Vegcon-Sensitive Area Report." The existence of any Caltrans-owned irrigation and electrical installations must be noted on the back of wildflower and tree and shrub planting site review forms.

**Graffiti Removal**

- Graffiti removal adopters are not permitted to use ladders, although they can use extension poles to reach high areas. Therefore, structures where graffiti is most often located beyond the reach of an extension pole must be classified as not adoptable.
- Litter removal, at time of graffiti removal activity, may be included as part of the adoption.

**Vegetation Control**

- Preferred method(s) of vegetation control must be specified on the site review form.
- Trees and shrubs greater than 15 feet in height may not be pruned by Adopt-A-Highway participants.
- Litter removal, during vegetation control activities, may be included as part of the adoption.

**Tree and Shrub Planting**

- Preferred method(s) of weed control and digging holes must be indicated on the site review form.

## WORK PROCEDURES, continued

- Access to State irrigation facilities <u>is</u> permitted.
- Litter removal, prior to weed control, may be included as part of the adoption.

**Wildflower Planting**
- Preferred method(s) of weed control and seeding must be specified on the site review form.
- Access to State irrigation facilities is <u>not</u> permitted.
- Litter removal, prior to weed control, may be included as part of the adoption.

## SITE REVIEW CLASSIFICATION

**In addition to site's size and work procedures, the following safety-related elements must be taken into consideration when determining a site's classification.**

- Lane and shoulder closures are not permitted under the Adopt-A-Highway Program.
- Work shall not be performed on or within six feet of any traffic lane or on any paved shoulder. If only a small portion of a segment does not meet this criteria, then participants must skip that section by exiting the site and then reentering beyond the narrow area. If the majority of the segment does not meet this criteria, then the site must be classified as not adoptable.
  - Sites <u>without</u> sound walls:  Work areas <u>beyond</u> the six-foot safety zone should allow enough room for participants and their equipment to maneuver.
  - Sites <u>with</u> sound walls:  Work areas <u>beyond</u> the six-foot safety zone must be at least 10 feet wide; there must be at least 16 feet from the traffic lane to the wall. However, at the discretion of the Maintenance Supervisor, adopters may be permitted in work areas that are less than 10 feet wide if they are <u>protected</u> by <u>guardrails</u> or <u>concrete</u> <u>barriers</u>.

  **Note:** Work area rules do not alter plant setback requirements.
- Participants shall not work on unstable or slippery ground, on bridges, in tunnels, or inside culverts.
- Participants are not permitted to climb on slopes greater than approximately 40 degrees. Participants may work in front of these slopes, provided all other safety criteria is met.
- If more than 50% of the segment is (or, within three months, will be) undergoing major construction or rehabilitation, then the site is not adoptable.

## SIGN CONDITION AND RECOGNITION PANEL COMPLIANCE

When determining the condition of the sign and whether or not the recognition panel content is compliant with state and federal guidelines, the reviewer has two options. The reviewer may take a digital photograph of the sign(s) and forward it to the AAH Coordinator, who will take any action needed. Or, they may make the determination themselves by referring to Chapter 4 of the AAH Guidelines, *Sign Restrictions and Controls*. Supervisors choosing the latter option would need to initiate and track sign repair orders, and inform the AAH Coordinator of any recognition panel compliance issues. (The *Sign Restrictions and Controls* may be downloaded from http://onramp.dot.ca.gov/hq/maint/adopt/guidelines.htm.)

## WORK FREQUENCIES / TURNAROUND TIME

**Litter Removal**
- A minimum of 6 times per year is required on two-mile highway segments.
- A minimum of 12 times per year is required for park-and-rides, vista points, and other sites that fall below the two-mile minimum.
- A minimum of 4 times per year is required for sites that cannot be worked for <u>three</u> <u>or</u> <u>more</u> <u>consecutive</u> months due to extreme weather conditions.

**Graffiti Removal Turnaround Time**
- Districts should determine the turnaround time for graffiti removal.
- If a graffiti abatement policy of <u>less</u> <u>than</u> 72 hours is in effect for the area, then the structure should be classified as not adoptable.

**Vegetation Control**
- A minimum of two times per year is required.

**Wildflower Planting and Tree and Shrub Planting**
- Work will be performed per the adopter's planting plan, work plan, and schedule.

## WORK DAYS AND HOURS

**Use the site review forms to enter work schedule restrictions <u>not</u> listed below.** (For example, you may want to prohibit work during rush hours or during local events that draw a substantial amount of traffic.)

Work must be performed during daylight hours. Work shall not be conducted on, or within twenty-four hours preceding, the following holidays or holiday weekends: New Year's Day, Martin Luther King, Jr.'s Birthday, Lincoln's Birthday, Presidents' Day, Easter, Cesar Chavez's Birthday, Memorial Day, Independence Day (July 4th), Labor Day, Columbus Day, Veterans Day, Thanksgiving Day and the three days after, and Christmas Day. Work is permitted the day following a legal holiday or holiday weekend.

## REQUIRED SIGNATURES

All site reviews must be signed by a Maintenance Supervisor or higher classification.

Vegetation Control, Tree and Shrub Planting, Wildflower Planting, and Spot Wildflower Planting site reviews must also be signed by a Landscape Specialist.

STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION

## ADOPT-A-HIGHWAY LITTER REMOVAL SITE REVIEW

HQ-MTCE-03 (REV. 11/2004)

| DATE REQUESTED | DATE DUE |
|---|---|
| | |

### LOCATION OF WORK

| LOCATION | | UNIT NO. | MAINTENANCE FACILITY AND ADOPT-A-HIGHWAY FIELD REPRESENTATIVE |
|---|---|---|---|

EB/NB:  ROUTE, BEGINNING COUNTY & PM  –  ENDING COUNTY & PM

WB/SB:  ROUTE, BEGINNING COUNTY & PM  –  ENDING COUNTY & PM

BEGIN WORK AT

BEGIN WORK AT

END WORK AT

END WORK AT

### REFERENCE INFORMATION: Current Site Classification, Work Frequency, Permit Status / Group Name, Crew Used, Permit Expiration Date

EB/NB:

WB/SB:

### SITE ACCESS

EB/NB:    Yes   Walk-on entry and exit points?
          Yes   Shoulder areas for drop-off and pickup?
          Yes   Parking areas at least 6 feet from any
                traffic lane and off of paved shoulders?
          *Site access comments on back*

WB/SB:    Yes   Walk-on entry and exit points?
          Yes   Shoulder areas for drop-off and pickup?
          Yes   Parking areas at least 6 feet from any
                traffic lane and off of paved shoulders?
          *Site access comments on back*

### WORK PROCEDURES

EB/NB:  **DO NOT** WORK IN THE FOLLOWING AREAS

WB/SB:  **DO NOT** WORK IN THE FOLLOWING AREAS

### SITE REVIEW CLASSIFICATION  –  For more information, refer to the "Instructions for Completing Adopt-A-Highway Site Reviews"

EB/NB:

  Adoptable.

  Adoptable, **if** portions listed in "Work Procedures" section are skipped.

  Not Adoptable (check reason):

    Site does not meet minimum size requirement.
    Work area is less than 6 feet from traffic lane.
    Majority of site contains an unprotected sound wall that is less than 16 feet from the traffic lane.
    Majority of work area has a slope greater than approx. 40°.
    Remote area/no litter problem.
    Other:                                      *See back*

WB/SB:

  Adoptable.

  Adoptable, **if** portions listed in "Work Procedures" section are skipped.

  Not Adoptable (check reason):

    Site does not meet minimum size requirement.
    Work area is less than 6 feet from traffic lane.
    Majority of site contains an unprotected sound wall that is less than 16 feet from the traffic lane.
    Majority of work area has a slope greater than approx. 40°.
    Remote area/no litter problem.
    Other:                                      *See back*

### SIGN CONDITION AND RECOGNITION PANEL COMPLIANCE

| EB/NB  SIGN PM | SIGN TYPE | | | | WB/SB  SIGN PM | SIGN TYPE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | None | Large New | Small New | Old Style | | None | Large New | Small New | Old Style |

EITHER SEND PHOTO **OR** DESCRIBE ANY SIGN OR RECOGNITION PANEL WORK NEEDED

    *See back*

EITHER SEND PHOTO **OR** DESCRIBE ANY SIGN OR RECOGNITION PANEL WORK NEEDED

    *See back*

### WORK FREQUENCY – Times per year

RATE FOR BOTH DIRECTIONS

  6    8    12    24    36    52    Other:_____

### WORK DAYS AND HOURS – In addition to holidays and holiday weekends, the following work schedule restrictions apply:

RATE FOR BOTH DIRECTIONS

### AUTHORIZED SIGNATURE(S)

NOTE:  All litter removal site reviews must be approved by a Maintenance Supervisor or higher classification.

| MAINTENANCE REPRESENTATIVE, NAME AND TITLE (Please print) | SIGNATURE ▶ | DATE |
|---|---|---|

**ADA Notice:** For individuals with sensory disabilities, this document is available in alternate formats. For information call (916) 654-6410 or TDD (916) 654-3880 or write Records and Forms Management, 1120 N Street, MS-89, Sacramento, CA 95814.

 STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION

## ADOPT-A-HIGHWAY GRAFFITI REMOVAL SITE REVIEW

HQ-MTCE-08 (REV. 11/2004)

| DATE REQUESTED | DATE DUE |
|---|---|
| | |

### LOCATION OF WORK

| LOCATION | | UNIT NO. | MAINTENANCE FACILITY AND ADOPT-A-HIGHWAY FIELD REPRESENTATIVE |
|---|---|---|---|

| EB/NB: ROUTE, BEGINNING COUNTY & PM – ENDING COUNTY & PM | WB/SB: ROUTE, BEGINNING COUNTY & PM – ENDING COUNTY & PM |
|---|---|
| BEGIN WORK AT | BEGIN WORK AT |
| END WORK AT | END WORK AT |

### REFERENCE INFORMATION: Current Site Classification, Turnaround Time, Permit Status / Group Name, Crew Used, Permit Expiration Date

| EB/NB: | WB/SB: |
|---|---|

### SITE ACCESS

| EB/NB: | | WB/SB: | |
|---|---|---|---|
| Yes | Walk-on entry and exit points? | Yes | Walk-on entry and exit points? |
| Yes | Shoulder areas for drop-off and pickup? | Yes | Shoulder areas for drop-off and pickup? |
| Yes | Parking areas at least 6 feet from any traffic lane and off of paved shoulders? | Yes | Parking areas at least 6 feet from any traffic lane and off of paved shoulders? |
| *Site access suggestions on back* | | *Site access suggestions on back* | |

### WORK PROCEDURES / SITE REVIEW CLASSIFICATION – For more information, refer to the "Instructions for Completing Adopt-A-Highway Site Reviews"

**If any of the following conditions exist, a structure may not be adopted:**
- Area seldom requires graffiti removal.
- Area has a graffiti abatement policy of less than 72 hours.
- There is no safe access to the structure.
- Work area has a slope greater than approximately 40 degrees.
- No sound wall is present; structure is less than 6 feet from traffic lane.
- Sound wall is present; structure is (or is located in front of) an unprotected sound wall that is less than 16 feet from the traffic lane.
- Graffiti is most often located on high portions of the structure, beyond the reach of an extension pole.

| EB/NB: | | | WB/SB: | | |
|---|---|---|---|---|---|
| **These structures may be adopted:** | | | **These structures may be adopted:** | | |
| Sound wall, hwy. side | Sound wall, com. side | Abutment | Sound wall, hwy. side | Sound wall, com. side | Abutment |
| Column | Slope paving | Pole | Column | Slope paving | Pole |
| Other(s): | | | Other(s): | | |
| **These structures may *not* be adopted:** | | | **These structures may *not* be adopted:** | | |
| Sound wall, hwy. side | Sound wall, com. side | Abutment | Sound wall, hwy. side | Sound wall, com. side | Abutment |
| Column | Slope paving | Pole | Column | Slope paving | Pole |
| X Signs, murals | Other(s): | | X Signs, murals | Other(s): | |

### SIGN CONDITION AND RECOGNITION PANEL COMPLIANCE

| EB/NB SIGN PM | SIGN TYPE | | | | WB/SB SIGN PM | SIGN TYPE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | None | Large New | Small New | Old Style | | None | Large New | Small New | Old Style |
| EITHER SEND PHOTO **OR** DESCRIBE ANY SIGN OR RECOGNITION PANEL WORK NEEDED | | | | *See back* | EITHER SEND PHOTO **OR** DESCRIBE ANY SIGN OR RECOGNITION PANEL WORK NEEDED | | | | *See back* |

### TURNAROUND TIME | ### LITTER REMOVAL

| 3 days    4 days    5 days    Other: _____ days | Include litter removal around structure(s) following graffiti removal. |
|---|---|

### WORK DAYS AND HOURS – In addition to holidays and holiday weekends, the following work schedule restrictions apply:

RATE FOR BOTH DIRECTIONS

### AUTHORIZED SIGNATURE(S)

NOTE:  All graffiti removal site reviews must be approved by a Maintenance Supervisor or higher classification.

| MAINTENANCE REPRESENTATIVE, NAME AND TITLE (Please print) | SIGNATURE ▶ | DATE |
|---|---|---|

**ADA Notice:** For individuals with sensory disabilities, this document is available in alternate formats. For information call (916) 654-6410 or TDD (916) 654-3880 or write Records and Forms Management, 1120 N Street, MS-89, Sacramento, CA 95814.

STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION

## ADOPT-A-HIGHWAY TREE AND SHRUB PLANTING SITE REVIEW

HQ-MTCE-10 (REV. 11/2004)

| | DATE REQUESTED | DATE DUE |
|---|---|---|

### LOCATION OF WORK

| LOCATION | | UNIT NO. | MAINTENANCE FACILITY AND ADOPT-A-HIGHWAY FIELD REPRESENTATIVE |
|---|---|---|---|

EB/NB: ROUTE, BEGINNING COUNTY & PM  –  ENDING COUNTY & PM       WB/SB: ROUTE, BEGINNING COUNTY & PM  –  ENDING COUNTY & PM

BEGIN WORK AT                                         BEGIN WORK AT

END WORK AT                                           END WORK AT

### REFERENCE INFORMATION: Current Site Classification, Permit Status / Group Name, Crew Used, Permit Expiration Date

EB/NB:                                                WB/SB:

### SITE ACCESS – Consider that heavy equipment may be used.

EB/NB:
  Yes  Walk-on entry and exit points?
  Yes  Shoulder areas for drop-off and pickup?
  Yes  Parking areas at least 6 feet from any
       traffic lane and off of paved shoulders?
  *Site access comments on back*

WB/SB
  Yes  Walk-on entry and exit points?
  Yes  Shoulder areas for drop-off and pickup?
  Yes  Parking areas at least 6 feet from any
       traffic lane and off of paved shoulders?
  *Site access comments on back*

### WORK PROCEDURES

EB/NB:
**WEED CONTROL METHOD – Check all permissible methods (mulch is required):**
  Mow     Weed-whip     Herbicide     Manual     Other, describe:

**METHOD OF DIGGING HOLES – Check all permissible methods:**
  Manual     Power Auger     Tractor     Back Hoe
  Other, describe:

**LITTER REMOVAL:**
  Include litter removal prior to weed control.

WB/SB:
**WEED CONTROL METHOD – Check all permissible methods (mulch is required):**
  Mow     Weed-whip     Herbicide     Manual     Other, describe:

**METHOD OF DIGGING HOLES – Check all permissible methods:**
  Manual     Power Auger     Tractor     Back Hoe
  Other, describe:

**LITTER REMOVAL:**
  Include litter removal prior to weed control.

### SITE REVIEW CLASSIFICATION  – For more information, refer to the "Instructions for Completing Adopt-A-Highway Site Reviews"

EB/NB:
  Adoptable (check all that apply):
    Adopter may use *existing* irrigation facilities.
    Site is located in a sensitive area and is subject to District
    Vegetation Control Plan restrictions.
    Caltrans-owned underground facilities exist.

  Not Adoptable (check reason):
    Site does not meet plant setback requirements.
    Majority of work area has a slope greater than approx. 40°.
    Other:
                                        *See back*

WB/SB:
  Adoptable (check all that apply):
    Adopter may use *existing* irrigation facilities.
    Site is located in a sensitive area and is subject to District
    Vegetation Control Plan restrictions.
    Caltrans-owned underground facilities exist.

  Not Adoptable (check reason):
    Site does not meet plant setback requirements.
    Majority of work area has a slope greater than approx. 40°.
    Other:
                                        *See back*

### SIGN CONDITION AND RECOGNITION PANEL COMPLIANCE

| EB/NB SIGN PM | SIGN TYPE | | | |
|---|---|---|---|---|
| | None | Large New | Small New | Old Style |

EITHER SEND PHOTO **OR** DESCRIBE ANY SIGN OR RECOGNITION PANEL WORK NEEDED
                                        *See back*

| WB/SB SIGN PM | SIGN TYPE | | | |
|---|---|---|---|---|
| | None | Large New | Small New | Old Style |

EITHER SEND PHOTO **OR** DESCRIBE ANY SIGN OR RECOGNITION PANEL WORK NEEDED
                                        *See back*

### WORK DAYS AND HOURS – In addition to holidays and holiday weekends, the following work schedule restrictions apply:

RATE FOR BOTH DIRECTIONS

### AUTHORIZED SIGNATURE(S)

NOTE:  All tree and shrub planting site reviews must be approved by a Maintenance Supervisor or higher classification **and** a Landscape Specialist.

| MAINTENANCE REPRESENTATIVE, NAME AND TITLE (Please print) | SIGNATURE | DATE |
|---|---|---|
| | ► | |

| LANDSCAPE SPECIALIST, NAME (Please print) | SIGNATURE | DATE |
|---|---|---|
| | ► | |

**ADA Notice:**  For individuals with sensory disabilities, this document is available in alternate formats. For information call (916) 654-6410 or
TDD (916) 654-3880 or write Records and Forms Management, 1120 N Street, MS-89, Sacramento, CA 95814.

STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION

# ADOPT-A-HIGHWAY VEGETATION CONTROL SITE REVIEW

HQ-MTCE-09 (REV. 11/2004)

| DATE REQUESTED | DATE DUE |
|---|---|
| | |

## LOCATION OF WORK

| LOCATION | | UNIT NO. | MAINTENANCE FACILITY AND ADOPT-A-HIGHWAY FIELD REPRESENTATIVE |
|---|---|---|---|
| | | | |

| EB/NB:  ROUTE, BEGINNING COUNTY & PM  –  ENDING COUNTY & PM | WB/SB:  ROUTE, BEGINNING COUNTY & PM  –  ENDING COUNTY & PM |
|---|---|
| | |

| BEGIN WORK AT | BEGIN WORK AT |
|---|---|
| | |

| END WORK AT | END WORK AT |
|---|---|
| | |

## REFERENCE INFORMATION: Current Site Classification, Work Frequency, Permit Status / Group Name, Crew Used, Permit Expiration Date

| EB/NB: | WB/SB: |
|---|---|
| | |

## SITE ACCESS – Consider that heavy equipment may be used.

| EB/NB: | | WB/SB: | |
|---|---|---|---|
| Yes | Walk-on entry and exit points? | Yes | Walk-on entry and exit points? |
| Yes | Shoulder areas for drop-off and pickup? | Yes | Shoulder areas for drop-off and pickup? |
| Yes | Parking areas at least 6 feet from any traffic lane and off of paved shoulders? | Yes | Parking areas at least 6 feet from any traffic lane and off of paved shoulders? |
| *Site access comments on back* | | *Site access comments on back* | |

## WORK PROCEDURES

EB/NB:

**VEGETATION CONTROL METHOD – Check all permissible methods:**

Hand Pull     Prune     Mow     Weed-whip     Mulch

Herbicide     Other, describe:

**TYPE OF VEGETATION TO BE CONTROLLED:**

Weeds     Other, describe:

WB/SB:

**VEGETATION CONTROL METHOD – Check all permissible methods:**

Hand Pull     Prune     Mow     Weed-whip     Mulch

Herbicide     Other, describe:

**TYPE OF VEGETATION TO BE CONTROLLED:**

Weeds     Other, describe:

## SITE REVIEW CLASSIFICATION  –  For more information, refer to the "Instructions for Completing Adopt-A-Highway Site Reviews"

EB/NB:

Adoptable (check all that apply):

Site is located in a sensitive area and is subject to District Vegetation Control Plan restrictions.

Not Adoptable (check reason):

Site does not meet minimum size requirement.

Work area is less than 6 feet from traffic lane.

Majority of site contains an unprotected sound wall that is less than 16 feet from the traffic lane.

Majority of work area has a slope greater than approx. 40°.

Other:

*See back*

WB/SB:

Adoptable (check all that apply):

Site is located in a sensitive area and is subject to District Vegetation Control Plan restrictions.

Not Adoptable (check reason):

Site does not meet minimum size requirement.

Work area is less than 6 feet from traffic lane.

Majority of site contains an unprotected sound wall that is less than 16 feet from the traffic lane.

Majority of work area has a slope greater than approx. 40°.

Other:

*See back*

## SIGN CONDITION AND RECOGNITION PANEL COMPLIANCE

| EB/NB SIGN PM | SIGN TYPE | | | | WB/SB SIGN PM | SIGN TYPE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | None | Large New | Small New | Old Style | | None | Large New | Small New | Old Style |

EITHER SEND PHOTO **OR** DESCRIBE ANY SIGN OR RECOGNITION PANEL WORK NEEDED

*See back*

EITHER SEND PHOTO **OR** DESCRIBE ANY SIGN OR RECOGNITION PANEL WORK NEEDED

*See back*

| WORK FREQUENCY | LITTER REMOVAL |
|---|---|
| 2 (minimum)   Other:_____ times per year | Include litter removal prior to vegetation control activity. |

## WORK DAYS AND HOURS – In addition to holidays and holiday weekends, the following work schedule restrictions apply:

RATE FOR BOTH DIRECTIONS

## AUTHORIZED SIGNATURE(S)

NOTE:  All vegetation control site reviews must be approved by a Maintenance Supervisor or higher classification **and** a Landscape Specialist.

| MAINTENANCE REPRESENTATIVE, NAME AND TITLE (Please print) | SIGNATURE ▶ | DATE |
|---|---|---|
| | | |

| LANDSCAPE SPECIALIST, NAME (Please print) | SIGNATURE ▶ | DATE |
|---|---|---|
| | | |

**ADA Notice:**  For individuals with sensory disabilities, this document is available in alternate formats. For information call (916) 654-6410 or TDD (916) 654-3880 or write Records and Forms Management, 1120 N Street, MS-89, Sacramento, CA 95814.



STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION

## ADOPT-A-HIGHWAY WILDFLOWER PLANTING SITE REVIEW

HQ-MTCE-11 (REV. 11/2004)

| ☐ "Spot" Wildflower Planting (No minimum acreage is required.) | DATE REQUESTED | DATE DUE |
|---|---|---|

### LOCATION OF WORK

| LOCATION | | UNIT NO. | MAINTENANCE FACILITY AND ADOPT-A-HIGHWAY FIELD REPRESENTATIVE |
|---|---|---|---|

EB/NB:  ROUTE, BEGINNING COUNTY & PM  –  ENDING COUNTY & PM

WB/SB:  ROUTE, BEGINNING COUNTY & PM  –  ENDING COUNTY & PM

BEGIN WORK AT

BEGIN WORK AT

END WORK AT

END WORK AT

### REFERENCE INFORMATION: Current Site Classification, Permit Status / Group Name, Crew Used, Permit Expiration Date

EB/NB:

WB/SB:

### SITE ACCESS – Consider that heavy equipment may be used.

EB/NB: ☐ Yes  Walk-on entry and exit points (spot planting only)?
☐ Yes  Shoulder areas for drop-off and pickup?
☐ Yes  Parking areas at least 6 feet from any
traffic lane and off of paved shoulders?
☐ *Site access comments on back*

WB/SB ☐ Yes  Walk-on entry and exit points (spot planting only)?
☐ Yes  Shoulder areas for drop-off and pickup?
☐ Yes  Parking areas at least 6 feet from any
traffic lane and off of paved shoulders?
☐ *Site access comments on back*

### WORK PROCEDURES

EB/NB:
**WEED CONTROL METHOD – Check all permissible methods:**
☐ Mow  ☐ Mulch  ☐ Herbicide  ☐ Rototill  ☐ Other, describe:

WB/SB:
**WEED CONTROL METHOD – Check all permissible methods:**
☐ Mow  ☐ Mulch  ☐ Herbicide  ☐ Rototill  ☐ Other, describe:

**SEEDING METHOD – Check all permissible methods:**
☐ Manual  ☐ Hydroseed  ☐ Drill-seed  ☐ Other, describe:

**SEEDING METHOD – Check all permissible methods:**
☐ Manual  ☐ Hydroseed  ☐ Drill-seed  ☐ Other, describe:

**LITTER REMOVAL:**  ☐ Include litter removal prior to weed control.

**LITTER REMOVAL:**  ☐ Include litter removal prior to weed control.

### SITE REVIEW CLASSIFICATION  –  For more information, refer to the "Instructions for Completing Adopt-A-Highway Site Reviews"

EB/NB:
☐ Adoptable (check all that apply):
  ☐ Site is located in a sensitive area and is subject to District
     Vegetation Control Plan restrictions.
  ☐ Caltrans-owned underground facilities exist.

☐ Not Adoptable (check reason):
  ☐ Site does not meet minimum size requirement.
  ☐ Site does not meet plant setback requirement.
  ☐ Majority of site contains an unprotected sound wall that is
     less than 16 feet from the traffic lane.
  ☐ Majority of work area has a slope greater than approx. 40º.
  ☐ Other:                                      ☐ *See back*

WB/SB:
☐ Adoptable (check all that apply):
  ☐ Site is located in a sensitive area and is subject to District
     Vegetation Control Plan restrictions.
  ☐ Caltrans-owned underground facilities exist.

☐ Not Adoptable (check reason):
  ☐ Site does not meet minimum size requirement.
  ☐ Site does not meet plant setback requirement.
  ☐ Majority of site contains an unprotected sound wall that is
     less than 16 feet from the traffic lane.
  ☐ Majority of work area has a slope greater than approx. 40º.
  ☐ Other:                                      ☐ *See back*

### SIGN CONDITION AND RECOGNITION PANEL COMPLIANCE

| EB/NB SIGN PM | SIGN TYPE | | | | WB/SB SIGN PM | SIGN TYPE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | None | Large New | Small New | Old Style | | None | Large New | Small New | Old Style |

EITHER SEND PHOTO **OR** DESCRIBE ANY SIGN OR RECOGNITION PANEL WORK NEEDED
*See back*

EITHER SEND PHOTO **OR** DESCRIBE ANY SIGN OR RECOGNITION PANEL WORK NEEDED
*See back*

### WORK DAYS AND HOURS – In addition to holidays and holiday weekends, the following work schedule restrictions apply:

RATE FOR BOTH DIRECTIONS

### AUTHORIZED SIGNATURE(S)

NOTE:  All wildflower planting site reviews must be approved by a Maintenance Supervisor or higher classification **and** a Landscape Specialist.

| MAINTENANCE REPRESENTATIVE, NAME AND TITLE (Please print) | SIGNATURE ▶ | DATE |
|---|---|---|
| LANDSCAPE SPECIALIST, NAME (Please print) | SIGNATURE ▶ | DATE |

**ADA Notice:**  For individuals with sensory disabilities, this document is available in alternate formats. For information call (916) 654-6410 or
TDD (916) 654-3880 or write Records and Forms Management, 1120 N Street, MS-89, Sacramento, CA 95814.

# Chapter 8.  Litter Removal



## ADOPTION REQUIREMENTS

Participants agree to remove roadside litter from a segment of highway approximately two miles long for a period of five years.

### Single-Event Permits

Groups wanting to perform onetime litter removal projects may be issued a "Consent Letter" (TR0131) authorizing them to work on the right of way. District Adopt-A-Highway Coordinators should refer such persons to the appropriate Maintenance representative.

## PICKUP FREQUENCIES

The minimum pickup frequency for litter removal adoptions on two-mile highway segments is six times per year. The minimum pickup frequency for park and rides, vista points, and other miscellaneous litter removal adoption sites that fall well below the net, two-mile minimum, is twelve times per year.

**The minimum pickup frequency for litter removal adoptions on two-mile highway segments is six times per year.**

Some Adopt-A-Highway sites are located on routes that cannot be worked for three or more consecutive months due to extreme weather conditions. Districts with such sites may submit, in writing, a District policy permitting adoptions on those routes to have a minimum pickup frequency of four times per year. Specific route numbers and post mile ranges must be identified. (See the *District Policy* chapter in these *Guidelines*.)

Highway segments that require *more than* twelve pickups per year generally are not suitable for volunteers, but may be appropriate if the adopter hires an Adopt-A-Highway contractor to perform the litter removal.



### Increasing Pickup Frequency During a Permit Period

If a group's established pickup frequency is not adequate to keep an area clean, the pickup frequency should be increased. Frequency may be increased only once during a 5-year permit period and that change must occur no earlier than two years from the permit's start date.

**Frequency may be increased only once during a 5-year permit period and that change must occur no earlier than two years from the permit's start date.**

## USE OF CONTRACTORS

Adopters may hire Adopt-A-Highway service contractors to perform litter removal tasks. Litter removal contractors must maintain certain business licenses and adequate levels of insurance. For details, refer to the *Working With Contractors* handout at the end of the chapter. The handout can be printed from both the Adopt-A-Highway Internet and intranet sites.*

## EQUIPMENT AND SUPPLIES

*Volunteer* litter removal groups shall be issued safety gear (hard-hats, vests, gloves, safety glasses, and litter pickers) during the group leader's safety orientation. Adopt-A-Highway contractors shall not be issued safety equipment.

All participants shall be issued a supply of white litter bags with the Adopt-A-Highway logo. This special litter bag is available from the Caltran's warehouse. (Only State forces and Special Programs people should use the standard, orange plastic litter bag.) Adopt-A-Highway contractors may be provided with a 60-day supply of litter bags.

Caltrans-supplied items shall be replenished as needed throughout the permit period. Group leaders should be told where to obtain these items during their safety orientation. This is typically the local Maintenance station, however, Districts are encouraged to make special arrangements to provide equipment and bags to remotely located, *volunteer* participants.

---

\* http://adopt-a-highway.dot.ca.gov
  http://onramp.dot.ca.gov/hq/maint/adopt/index.htm



**Recycle Bags**

Shoulder bags for collecting recyclable items are distributed by District Adopt-A-Highway coordinators. A maximum of 10 shoulder bags may be issued to each group. The bags should be returned to Caltrans when the group leaves the program.



## RECYCLING PROGRAM ELEMENT

Participants are encouraged, but not required, to recycle and may keep the recyclable items they collect. District Adopt-A-Highway Coordinators must ask new, volunteer litter removal groups if they would like to participate in the recycling program. To participate, the group leader must agree to report the number of bags of recyclables collected each time they work to the District Adopt-A-Highway Coordinator. This information must be entered into the Adopt-A-Highway database and reported quarterly to the Statewide Adopt-A-Highway Recycling Coordinator.

**Participants are encouraged, but not required, to recycle and may keep the recyclable items they collect.**

## COORDINATION OF MAINTENANCE ACTIVITIES

Adopt-A-Highway group leaders are instructed to notify their Maintenance Representative of their plans to work at least five working days, but no more than one month, prior to the work date in order to ensure coordination with other maintenance activities.

Mowing operations performed just before a litter pickup cause problems for Adopt-A-Highway participants by shredding litter into small pieces. Therefore, as a courtesy to adopters, supervisors should notify groups working in their area of scheduled mowing dates.

District Maintenance crews should not perform litter removal in those portions of State right of way that are the adopter's responsibility. however Maintenance crews should routinely remove litter and debris from the median, roadway, shoulders, and other areas where adopters are forbidden to work. Caltrans litter removal activities should be coordinated as closely as practical with the adopter's schedule.



### Collection of Filled Litter Bags

Adopt-A-Highway participants should be instructed to leave filled litter bags at the edge of the shoulder for pickup by District Maintenance forces. Adopters should also be instructed to cluster bags together whenever possible. Districts should pick up filled bags promptly. Bags should not be allowed to remain on the roadside for more than ten days.

### Monitoring Adopters

Unacceptable amounts of litter at an adopted site may <u>not</u> be caused by an inadequate designated pickup frequency. A group may not be cleaning thoroughly and/or they may not be working as often as required by their permit. District Adopt-A-Highway Coordinators should telephone group leaders or contractors to find out the cause of the problem. If a volunteer group is unable to keep up with the work load and they have adopted both sides of a freeway, the adoption may be reduced to only one side without consequence from Caltrans. (Sponsor groups will be responsible for altering agreements with their contractors.) If the group is simply not cleaning thoroughly and the problem persists after the contact, a formal warning letter should be issued.

**Unacceptable amounts of litter at an adopted site may <u>not</u> be caused by an inadequate designated pickup frequency.**

### District Augmentation

If the Adopt-A-Highway group's established pickup frequency cannot be increased and the group is performing well, litter removal may need to be augmented by State forces.

To account for Adopt-A-Highway expenditures, District Maintenance forces should count the bags collected at each adoption site and enter the quantities into the IMMS.

### COURTESY SIGNS

Courtesy signs for available litter removal sites shall remain in place. The recognition panel area shall display the words, "Volunteer/Sponsor Call 1-866-ADOPTAHWY."



## ESTABLISHING LITTER REMOVAL SITES

Once a potential litter removal site has been identified, the Maintenance Supervisor responsible for the area (or a designee) must perform a site review to determine whether or not the location is suitable for adoption. Factors examined during a litter removal site review include site safety, site access, and required pickup frequency. General information regarding litter removal site requirements are discussed below. For more information, refer to the *Site Reviews* chapter in these *Guidelines*.

### Site Size

Litter removal sites should be approximately two miles long. Participants normally adopt both sides of conventional (two-lane) highways but may adopt one or both sides of freeways or wide expressways. Segment length may vary slightly where necessary to accommodate site conditions or adjacent projects.

### Possible Locations

Miscellaneous portions of State right of way, such as bike trails, park-and-ride lots, vista points, mitigation areas, and areas under viaducts may also be adopted for litter removal. Unless otherwise specified on the site review form, litter removal <u>must</u> be performed behind sound walls.

**Unless otherwise specified on the site review form, litter removal <u>must</u> be performed behind sound walls.**





**ADOPT-A-HIGHWAY**

# Working With Contractors

Individuals, organizations, and businesses may adopt segments of highway and have the required adoption work performed by a Caltrans-approved, professional business through contract or agreement. Adopt-A-Highway Program literature refers to businesses hired by adopters as "contractors" and groups using contractors as "sponsor groups." A contractor can be hired to perform all or only a portion of the adoption tasks. An established adoption group can choose to hire a contractor at any time during their adoption period. Adopt-A-Highway Coordinators can provide participants with a list of Adopt-A-Highway service contractors working in their districts.

To set up this type of adoption, two Adopt-A-Highway Permit Applications must be submitted. One must be signed by the adopter and a second must be signed by contractor. Both the adopter and the contractor will be issued Encroachment Permits authorizing them to perform work on the State's right-of-way. The contractor's permit will be referred to as a "double" permit. Adopters may hire more than one contractor, but due to the additional paper work required, this is not recommended.

All contractors who work on the State's right-of-way must provide proof of insurance and licensing. Requirements vary and are detailed on the following pages. Failure of the contractor to keep their insurance policies and licenses current, or to abide by the Encroachment Permit Special Provisions, shall invalidate the contractor's permit, but not the sponsor group's permit.

## Insurance Requirements

**Liability Insurance:** Contractors with employees shall maintain $1,000,000 of general liability insurance for each occurrence, plus $2,000,000 of excess liability insurance (totalling $3,000,000).

Contractors who do not utilize paid employees shall maintain $1,000,000 in general liability insurance for each occurrence. No excess liability insurance is required for contractors without employees.

All certificates of liability insurance shall name the State of California Department of Transportation as additional insured.

**Vehicular Insurance:** Contractors shall carry $1,000,000 in vehicular liability insurance.

**Workers Compensation Insurance:** Contractors that utilize paid employees shall carry $1,000,000 in workers compensation insurance.

## Business License Requirements

Contractors must maintain business license(s) as required by each county and city where work is to be performed.

# Contractors State License Board (CSLB) Requirements

CSLB requirements for adoptions vary by activity and are detailed below. Contractors licenses must be held by an **owner** of the business who's name appears on the "double" Encroachment Permit. **Adopt-A-Highway Program guidelines do not permit subcontracting.**

---

### LITTER REMOVAL

**Hand collection of litter:**  *No contractors license is required.*

---

### GRAFFITI REMOVAL

**Painting over graffiti:**
B: General Building Contractor            *or*      C-33: Painting and Decorating Contractor

---

### WILDFLOWER OR SEEDLING TREE AND SHRUB PLANTING

**Soil preparation prior to planting (tilling, digging, and/or soil amendment):**
A: General Engineering Contractor         *or*      C-27: Landscape Contractor

**Manual planting of seedling trees, shrubs, or wildflowers:**
A: General Engineering Contractor         *or*      C-27: Landscape Contractor

**Hydroseeding or drill-seeding of wildflowers:**
A: General Engineering Contractor         *or*      C-27: Landscape Contractor
*or*      C-61/D-59: Limited Specialty/Hydroseed Spraying *(hydroseeding only)*

**Truck watering:**  *No contractors license is required.*

---

### VEGETATION CONTROL

**Hand removal of weeds:**  *No contractors license is required.*

**Mowing or weed-whipping:**  *No contractors license is required.*

**Pruning of shrubs or trees less than 15 feet in height:**   *No contractors license is required.*
*(Pruning of taller trees or shrubs is not permitted under the Adopt-A-Highway Program.)*

**Mulching:**
A: General Engineering Contractor         *or*      C-27: Landscape Contractor

**Herbicide Application:**  *No contractors license is required.*
*NOTE: Any person who engages in pest control for hire is required to be licensed by the Department of Pesticide Regulation.*

---

### MISSION BELL

**Installation of mission bell components (bell, staff, theft-resistent cable, and/or concrete footing):**
B: General Building Contractor            *or*      C-61/D34: Limited Specialty/Prefabricated Equipment

## Department of Pesticide Regulation Requirements

Contractors hired by adopters to perform herbicide application on the State's right-of-way must be licensed by the California Department of Pesticide Regulation (DPR). DPR's licensing requirements vary with the type of business hired and the location of the herbicide application. DPR licenses must be held by an **owner** of the business whose name appears on the Adopt-A-Highway Encroachment Permit. **The Adopt-A-Highway Program does not permit subcontracting.**

---

### HERBICIDE APPLICATION ON HIGHWAY ROADSIDES

Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "C. Right-of-Way" pest control category.

---

### HERBICIDE APPLICATION AT PARK AND RIDES

Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "C. Right-of-Way" pest control category.
*or*
Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "B. Landscape Maintenance" pest control category.
*or*
Contractor must have a Maintenance Gardener Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL or a QAC **with** the 3. "B. Landscape Maintenance" pest control category.

---

### PEST CONTROL RECOMMENDATION

**A Pest Control Recommendation is required by law.**

An adopter's plans and schedules must indicate that herbicides will be used, but the Pest Control Recommendation (detailing the type of herbicide and its application rate) is not due until shorty before the herbicides are applied.

Prior to each application, the adopter must submit a Pest Control Recommendation to the District Adopt-A-Highway Coordinator. The Adopt-A-Coordinator will have the Pest Control Recommendation approved by a District Landscape Specialist. Once approved, a copy will be kept in the adopter's file, a copy will be sent to the Maintenance Supervisor, and the original returned to the adopter. After application, a "Pesticide Usage Report" must be submitted to the Maintenance Supervisor.

Only Department-approved herbicides can be applied within the State's right-of-way. Caltrans Districts will provide a list of approved herbicides to adopters. Caltrans' employees will not write pest control recommendations for adopters or their contractors. Adopters must have this service provided by a DPR-licensed, Agricultural Pest Control Adviser.

# Chapter 9. Graffiti Removal



## ADOPTION REQUIREMENTS

Participants agree to paint over graffiti from a wall(s) or other structure(s) for a period of five years. Signs are not adoptable. Participants shall furnish all paint and painting equipment.

Litter removal from the immediate area around the structure at time of graffiti removal may be included as part of the adoption.

## TURNAROUND TIME

Districts should determine the turnaround time for graffiti removal. If a graffiti abatement policy of <u>less than</u> 72 hours is in effect for the area, then the structure should not be adopted.

### Decreasing Turnaround Time During a Permit Period

Most graffiti removal adoptions have a turnaround time of 3 days to 1 week. If community concerns warrant a change, turnaround times should be decreased. Turnaround times may be decreased only once during a 5-year permit period and that change must occur no earlier than two years from the permit's start date.

**Most graffiti removal adoptions have a turnaround time of 3 days to 1 week.**

If the district establishes a graffiti abatement policy of <u>less than</u> 72 hours in areas where graffiti removal adoptions exist, the permits must be cancelled.

## WORK PROCEDURES

### Use of Motorized Equipment

It is recommended that only Adopt-A-Highway service contractors be permitted to use motorized equipment to perform adoption tasks. However, at the discretion of Districts, volunteers who provide proof



of appropriate licensing may use motorized equipment to paint over graffiti. Caltrans requires that volunteers who use motorized painting equipment have a B: General Contractor, or a C-33: Painting and Decorating Contractor license. Volunteers are not required to provide proof of insurance or business licenses.

## Use of Contractors

Adopters may hire Adopt-A-Highway service contractors to perform graffiti removal tasks. Graffiti removal contractors must maintain certain professional licenses issued by Contractors State Licensing Board, business licenses, and adequate levels of insurance. For details, refer to the *Working With Contractors* handout at the end of the chapter. The handout can be printed from the both the Adopt-A-Highway Internet and intranet sites.*

## EQUIPMENT AND SUPPLIES

*Volunteer* graffiti removal groups shall be issued safety gear (hardhats, vests, gloves, and safety glasses) during the group leader's safety orientation. Volunteer groups whose adoptions include litter removal shall also be issued litter pickers. Adopt-A-Highway contractors shall not be issued safety equipment.

All participants whose adoptions include litter removal shall be issued a supply of white litter bags with the Adopt-A-Highway logo.

Unless special arrangements are made with Caltrans, participants are expected to furnish their own paint and painting equipment. Caltrans personnel must tell the adopter which type and color of paint to use.

Caltrans-supplied items shall be replenished as needed throughout the permit period. Group leaders should be told where to obtain these items during their safety orientation. This is typically the local Maintenance station, however, Districts are encouraged to make special arrangements to provide equipment to remotely located, *volunteer* participants.

**Unless special arrangements are made with Caltrans, participants are expected to furnish their own paint and painting equipment.**

* http://adopt-a-highway.dot.ca.gov
  http://onramp.dot.ca.gov/hq/maint/adopt/index.htm



## COORDINATION OF MAINTENANCE ACTIVITIES

The Maintenance Supervisor (or a designee) must inform the adopter when graffiti is present.

District Maintenance crews should not perform graffiti removal on the portions of structure's that are the adopter's responsibility. However, District Maintenance crews should continue to routinely remove graffiti from areas that are inaccessible to adopters. Caltrans graffiti removal activities should be coordinated a closely as practical with the adopter's.

### District Augmentation

Districts may provide paint and/or painting equipment to *volunteer* graffiti removal groups.

## COURTESY SIGNS

Freestanding signs should be used wherever possible, however courtesy signs for graffiti removal adoptions may be placed on the wall, flush-mounted. Anti-graffiti coverings or hardened inks should be considered for protecting the courtesy signs and recognition panels of graffiti removal adopters.

**Anti-graffiti coverings or hardened inks should be considered for protecting the courtesy signs and recognition panels of graffiti removal adopters.**

Courtesy signs must be removed from graffiti removal sites that are not adopted unless the District plans to <u>actively</u> <u>market</u> the site, i.e. advertise and/or solicit adopters through means other than the Adopt-A-Highway sign itself.

## ESTABLISHING GRAFFITI REMOVAL SITES

Once a potential graffiti removal structure has been identified, the Maintenance Supervisor responsible for the area (or a designee) must perform a site review to determine whether or not the structure is suitable for adoption. Factors examined during a site review include site safety, site access, frequency of graffiti, location of graffiti on the structure, and required turnaround time. General information regarding graffiti removal site requirements are discussed below. For more information, refer to the *Site Reviews* chapter in these *Guidelines*.



## Number of Structures

Statewide guidelines do not set a minimum number of structures or square footage for graffiti removal adoptions. However, District Adopt-A-Highway Coordinators should make sure that the work expected to be performed by graffiti removal adopters is comparable to the work performed by other adopters in the same area. If the average need for removal is expected to be less than two times per month, a single structure should not be adopted. Instead, it should be combined with one or more other structures in order to ensure a more substantial work load.

**Instead, it should be combined with one or more other structures in order to ensure a more substantial work load.**

## Possible Locations

The community side, the highway side, or both sides of structures may be adopted. Graffiti removal adopters are not permitted to use ladders. Therefore, structures where graffiti is most often located beyond the reach of an extension pole should not be adopted.

Structures located on highway roadsides or other State right of way locations may be considered for adoption.

Note: Murals are normally not adoptable, however, a "mural adoption" pilot is currently being conducted in District 7. If successful, mural adoptions will be implemented statewide. Special conditions for mural adoptions are explained beginning on page 9-X.

For further information, refer to the *Site Reviews* chapter in these *Guidelines*.





### ADOPT-A-HIGHWAY

# Working With Contractors

Individuals, organizations, and businesses may adopt segments of highway and have the required adoption work performed by a Caltrans-approved, professional business through contract or agreement. Adopt-A-Highway Program literature refers to businesses hired by adopters as "contractors" and groups using contractors as "sponsor groups." A contractor can be hired to perform all or only a portion of the adoption tasks. An established adoption group can choose to hire a contractor at any time during their adoption period. Adopt-A-Highway Coordinators can provide participants with a list of Adopt-A-Highway service contractors working in their districts.

To set up this type of adoption, two Adopt-A-Highway Permit Applications must be submitted. One must be signed by the adopter and a second must be signed by contractor. Both the adopter and the contractor will be issued Encroachment Permits authorizing them to perform work on the State's right-of-way. The contractor's permit will be referred to as a "double" permit. Adopters may hire more than one contractor, but due to the additional paper work required, this is not recommended.

All contractors who work on the State's right-of-way must provide proof of insurance and licensing. Requirements vary and are detailed on the following pages. Failure of the contractor to keep their insurance policies and licenses current, or to abide by the Encroachment Permit Special Provisions, shall invalidate the contractor's permit, but not the sponsor group's permit.

## Insurance Requirements

**Liability Insurance:** Contractors with employees shall maintain $1,000,000 of general liability insurance for each occurrence, plus $2,000,000 of excess liability insurance (totalling $3,000,000).

Contractors who do not utilize paid employees shall maintain $1,000,000 in general liability insurance for each occurrence. No excess liability insurance is required for contractors without employees.

All certificates of liability insurance shall name the State of California Department of Transportation as additional insured.

**Vehicular Insurance:** Contractors shall carry $1,000,000 in vehicular liability insurance.

**Workers Compensation Insurance:** Contractors that utilize paid employees shall carry $1,000,000 in workers compensation insurance.

## Business License Requirements

Contractors must maintain business license(s) as required by each county and city where work is to be performed.

## Contractors State License Board (CSLB) Requirements

CSLB requirements for adoptions vary by activity and are detailed below. Contractors licenses must be held by an **owner** of the business who's name appears on the "double" Encroachment Permit. **Adopt-A-Highway Program guidelines do not permit subcontracting.**

---

### LITTER REMOVAL

**Hand collection of litter:** *No contractors license is required.*

---

### GRAFFITI REMOVAL

**Painting over graffiti:**
B: General Building Contractor *or* C-33: Painting and Decorating Contractor

---

### WILDFLOWER OR SEEDLING TREE AND SHRUB PLANTING

**Soil preparation prior to planting (tilling, digging, and/or soil amendment):**
A: General Engineering Contractor *or* C-27: Landscape Contractor

**Manual planting of seedling trees, shrubs, or wildflowers:**
A: General Engineering Contractor *or* C-27: Landscape Contractor

**Hydroseeding or drill-seeding of wildflowers:**
A: General Engineering Contractor *or* C-27: Landscape Contractor
*or* C-61/D-59: Limited Specialty/Hydroseed Spraying *(hydroseeding only)*

**Truck watering:** *No contractors license is required.*

---

### VEGETATION CONTROL

**Hand removal of weeds:** *No contractors license is required.*

**Mowing or weed-whipping:** *No contractors license is required.*

**Pruning of shrubs or trees less than 15 feet in height:** *No contractors license is required.*
*(Pruning of taller trees or shrubs is not permitted under the Adopt-A-Highway Program.)*

**Mulching:**
A: General Engineering Contractor *or* C-27: Landscape Contractor

**Herbicide Application:** *No contractors license is required.*
*NOTE: Any person who engages in pest control for hire is required to be licensed by the Department of Pesticide Regulation.*

---

### MISSION BELL

**Installation of mission bell components (bell, staff, theft-resistent cable, and/or concrete footing):**
B: General Building Contractor *or* C-61/D34: Limited Specialty/Prefabricated Equipment

---

## Department of Pesticide Regulation Requirements

Contractors hired by adopters to perform herbicide application on the State's right-of-way must be licensed by the California Department of Pesticide Regulation (DPR). DPR's licensing requirements vary with the type of business hired and the location of the herbicide application. DPR licenses must be held by an **owner** of the business whose name appears on the Adopt-A-Highway Encroachment Permit. **The Adopt-A-Highway Program does not permit subcontracting.**

### HERBICIDE APPLICATION ON HIGHWAY ROADSIDES

Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "C. Right-of-Way" pest control category.

### HERBICIDE APPLICATION AT PARK AND RIDES

Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "C. Right-of-Way" pest control category.
*or*
Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "B. Landscape Maintenance" pest control category.
*or*
Contractor must have a Maintenance Gardener Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL or a QAC **with** the 3. "B. Landscape Maintenance" pest control category.

### PEST CONTROL RECOMMENDATION

**A Pest Control Recommendation is required by law.**

An adopter's plans and schedules must indicate that herbicides will be used, but the Pest Control Recommendation (detailing the type of herbicide and its application rate) is not due until shorty before the herbicides are applied.

Prior to each application, the adopter must submit a Pest Control Recommendation to the District Adopt-A-Highway Coordinator. The Adopt-A-Coordinator will have the Pest Control Recommendation approved by a District Landscape Specialist. Once approved, a copy will be kept in the adopter's file, a copy will be sent to the Maintenance Supervisor, and the original returned to the adopter. After application, a "Pesticide Usage Report" must be submitted to the Maintenance Supervisor.

Only Department-approved herbicides can be applied within the State's right-of-way. Caltrans Districts will provide a list of approved herbicides to adopters. Caltrans' employees will not write pest control recommendations for adopters or their contractors. Adopters must have this service provided by a DPR-licensed, Agricultural Pest Control Adviser.

## ADOPT-A-MURAL PILOT PROGRAM



Adopt-A-Mural is a component of the Graffiti Removal element of the Caltrans Adopt-A-Highway (AAH) Program. The Adopt-A-Mural effort is in a demonstration phase which will expire on December 31, 2009.

The following interim guidelines may be adjusted to accommodate new and unforeseen issues.

### Adopt-A-Mural Requirements

Graffiti removal shall conform to Caltrans current policies and guidelines, which require prompt removal of offensive messages and timely removal of all other graffiti. Graffiti removal consists of removing graffiti and reapplying a Caltrans-approved protective coating. Due to safety requirements, mural adopters are usually required to hire a professional contractor to perform work on their behalf. However, a few locations may be suitable for work by volunteers. Volunteer mural adoptions will be considered on a case-by-case basis. Adopt-A-Mural permits will be issued for a period of two years.

### Eligible Murals

To insure the safety of participants, the eligibility of a mural for adoption is solely determined by Caltrans. The Adopt-A-Mural program is applicable only to existing murals throughout the state in good condition that were installed prior to October 1, 2003 *and* to Los Angeles-area murals budgeted for restoration. Murals and other transportation art installed under the Transportation Art Program after October 1, 2003, are to be maintained by the Permit-



tee. A list of Los Angeles-area murals scheduled for restoration is available from the District 7 Transportation Art Coordinator. See contact information on page 7.

## Courtesy Signs

Participants will be recognized by the placement of an AAH courtesy sign with a graffiti control icon. Freestanding signs will be used wherever possible, however, courtesy signs may be placed on the wall, flush-mounted.

AAH signs will be placed at murals that are available for adoption. These signs will display the 1-866-ADOPTAHWY toll-free phone number, along with the words, "Adopt-A-Mural." When the mural is adopted, this information will be replaced with the adopter's recognition panel.

Adopt-A-Mural participants must abide by the sign restrictions and controls established for the Adopt-A-Highway Program.

## Adopt-A-Mural Responsibilities

### Adopt-A-Mural Participants

Graffiti removal consists of removing graffiti and reapplying a Caltrans-approved protective coating. Depending on the location of the mural, a lane or shoulder closure may be necessary to distance workers from traffic lanes. Mural adopters shall be responsible for all labor, equipment, and material costs associated with graffiti removal, including lane or shoulder closures. Adopters must abide by the conditions listed in their encroachment permit.

**Air and Water Quality Protection:** It is the responsibility of the person performing the graffiti removal to comply with all local agency requirements for air and water quality. TA Coordinators will assist participants in identifying these requirements.

## Transportation Art Coordinators

District Transportation Art (TA) Coordinators will identify murals eligible for adoption and will specify the method and materials to



be used for graffiti removal. Once a mural is adopted, TA Coordinators will work closely with adopters and AAH field representatives to ensure that all work is performed in accordance with transportation art guidelines found in the *Project Development Procedures Manual*, Chapter 29, Section 6, Transportation Art.

## Adopt-A-Highway Coordinators

District AAH Coordinators will provide Adopt-A-Mural information to potential adopters, assist with locating qualified contractors, and process AAH Permit Applications. AAH Coordinators will approve recognition panel content and arrange for courtesy sign installation. AAH Coordinators are responsible for obtaining required license and insurance documentation from Adopt-A-Mural contractors.

## Caltrans Maintenance Supervisors

Caltrans Maintenance Supervisors, or their designee, will provide a safety orientation to the leader of the crew who will be performing graffiti removal. Supervisors will notify the permittee when the mural has been vandalized and graffiti must be removed.



# Chapter 10. Vegetation Control



## ADOPTION REQUIREMENTS

Participants agree to control weed and/or vegeta-
tion growth on approximately five acres (net) for
a period of five years. Participants shall furnish
all equipment, labor, and materials. Applicants are
required to submit a vegetation control plan, a work
plan, and a work schedule along with their Adopt-
A-Highway Encroachment Permit Application. *Guidelines for Pre-
paring Vegetation Control Plans and Work Schedule*, shown on page
10-7, have been developed to help prospective adopters prepare these
documents.

Vegetation control requirements vary widely and therefore are based
entirely on each adoption's vegetation control plan. Litter removal
prior to vegetation control activity may be included as part of the
adoption.

**Vegetation control requirements vary widely and therefore are based entirely on each adoption's vegetation control plan.**

## WORK FREQUENCY

Vegetation control shall be accomplished a minimum of two times a
year or more often if necessary to keep the area in a clean condition.
A five-year work schedule must be submitted along with each en-
croachment permit application. Changes to work schedules once a
permit has been issued must be approved by the District Adopt-A-
Highway Coordinator.

## WORK PROCEDURES

### Vegetation Control Method

Vegetation control can be accomplished by hand pulling, hoeing,
pruning, mowing, weed-whipping, applying herbicides, and/or ap-
plying mulch. However, trees and shrubs greater than 15 feet in height
may not be pruned by Adopt-A-Highway participants. District Main-



tenance Supervisors should specify any preferred method(s) on the *Vegetation Control Site Review* form.

All preferences must be disclosed to potential adopters before they prepare their plans and schedules.

**Use of Herbicides**:  Only Caltrans-approved herbicides may be used on the State right of way. If the adoption site is within a "no spray zone," then herbicides are not permitted. The Adopt-A-Highway Program requires that all contractors and volunteers applying herbicides be currently licensed by the California Department of Pesticide Regulation (DPR). Volunteer groups using herbicides must be given the *Caltrans Licensing Requirements for Volunteers Using Herbicides* handout. Groups using contractors must be given the *Working With Contractors* handout. Both of these documents contain detail information regarding herbicide applicator license requirements and Pest Control Recommendation requirements.

**Use of Mulch:** Mulch composition, particle size, and method of preparation must comply with the *Caltrans Standard Specifications (July 1999), Section 20-2.08,* and the *Caltrans Standard Special Provisions, Section 20-350.* Participants who plan to use mulch as a means of vegetation control must be given the *Guidelines for Using Mulch* handout prior to preparing their plans and schedules.

## Use of Motorized Equipment

It is recommended that only Adopt-A-Highway service contractors be permitted to use motorized equipment to perform adoption tasks. However, at the discretion of Districts, volunteers who routinely perform landscape maintenance tasks in a professional capacity, may be permitted to use motorized equipment.

**It is recommended that only Adopt-A-Highway service contractors be permitted to use motorized equipment to perform adoption tasks.**

## Use of Contractors

Adopters may hire Adopt-A-Highway service contractors to perform any or all of the tasks associated with a vegetation control adoption. Vegetation control contractors must maintain business licenses and adequate levels of insurance. Depending on the method of vegetation control used, they may also need to maintain certain professional licenses issued by Contractors State Licensing Board. For details, refer to the *Working With Contractors* handout at the end of the chapter.



## EQUIPMENT AND SUPPLIES

*Volunteer* vegetation control groups shall be issued safety gear (hard-hats, vests, gloves, and safety glasses) during the group leader's safety orientation. Volunteer groups whose adoptions include litter removal shall also be issued litter pickers. Adopt-A-Highway contractors shall not be issued safety equipment.

All participants whose adoptions include litter removal shall be issued a supply of white litter bags with the Adopt-A-Highway logo.

Unless special arrangements are made with Caltrans, participants are expected to furnish all other materials and equipment.

Caltrans-supplied items shall be replenished as needed throughout the permit period. Group leaders should be told where to obtain these items during their safety orientation. This is typically the local Maintenance station, however, Districts are encouraged to make special arrangements to provide equipment to remotely located, *volunteer* participants.

**Unless special arrangements are made with Caltrans, participants are expected to furnish all other materials and equipment.**

## COORDINATION OF MAINTENANCE ACTIVITIES

Adopt-A-Highway group leaders are instructed to notify their Maintenance Representative of their plans to work at least five working days, but no more than one month, prior to the work date in order to ensure coordination with other maintenance activities.

District Maintenance crews should not perform vegetation control within areas that are the adopter's responsibility. However, District Maintenance crews should continue to routinely control vegetation in the median, shoulders, and other areas where adopters are forbidden to work. Caltrans vegetation control activities should be coordinated as closely as practical with the adopter's schedule.

### District Augmentation

Districts may assist *volunteer* participants with disposal of cleared debris, provision of materials and equipment, or by allowing participants to store materials and equipment on the State right of way. Such arrangements must be included in the participant's work plans and schedule.



If the group's established work frequency is not adequate to keep the area in a neat and clean condition, vegetation control may need to be augmented by State forces. In cases like this, the vegetation control frequency should be increased at time of permit renewal.

## COURTESY SIGNS

Courtesy signs must be removed from vegetation control sites that are not adopted unless the District plans to <u>actively</u> <u>market</u> the site, i.e. advertise and/or solicit adopters through means other than the Adopt-A-Highway sign itself.

## ESTABLISHING VEGETATION CONTROL SITES

Once a potential, vegetation control site has been identified, the Maintenance Supervisor responsible for the area (or a designee) must perform a site review to determine whether or not the location is suitable for adoption. Factors examined during a vegetation control site review include site safety, site access, method of vegetation control, and required work frequency. General information regarding vegetation control site requirements are discussed below. For more information, refer to the handouts located at the end of this chapter and to the *Site Reviews* chapter in these *Guidelines*.

### Site Size

Vegetation control sites must be approximately five acres (net) or two miles of highway roadside. Site size may vary slightly where necessary to accommodate site conditions or adjacent projects.

Note: Completed tree and shrub planting adoptions that have been converted to vegetation control adoptions do not have to be enlarged. However, once the original planting group gives up the site, any subsequent vegetation control adoptions at that location must meet the current vegetation control site size requirements.

**Completed tree and shrub planting adoptions that have been converted to vegetation control adoptions do not have to be enlarged.**



## Possible Locations

In addition to highway roadsides, bike trails, park-and-ride lots, and vista points may also be adopted for vegetation control.  Vegetation control may be performed in landscaped or non-landscaped areas and behind sound walls.

However, if a location falls below the minimum five-acre requirement, Districts must combine two or more locations and/or two or more adoption tasks together in order to create a more substantial work load. District Adopt-A-Highway Coordinators should make sure that the work expected to be performed by the adopters is comparable to the work performed by other adopters in the same area.

## APPROVING PLANS AND WORK SCHEDULE

*It is strongly recommended that adopters consult with a Caltrans Landscape Architect or Landscape Specialist before preparing their plans and schedule.* If available, Caltrans may provide base plans of the proposed adoption area for reference purposes.

A District Landscape Architect or Landscape Specialist <u>and</u> the Maintenance Supervisor who will be responsible for the adoption, must review and approve the plans and schedule before the Adopt-A-Highway Permit Application can be forwarded to the Permits Branch for Processing. District Adopt-A-Highway Coordinators should make sure that involved Caltrans Maintenance and Landscape personnel have a copy of the handout, *Guidelines for Preparing Vegetation Control Plans and Work Schedule.*

If herbicides are to be used, the District Adopt-A-Highway Coordinator will be responsible for ensuring that the adopter who will be *applying* the herbicide is appropriately licensed <u>before</u> their application is forwarded to the Permits Branch. Volunteer groups using herbicides must be given the *Caltrans Licensing Requirements for Volunteers Using Herbicides* handout. Groups using contractors must be given the *Working With Contractors* handout. Both of these documents contain detail information regarding herbicide applicator license requirements and Pest Control Recommendation requirements.

**It is strongly recommended that adopters consult with a Caltrans Landscape Architect or Landscape Specialist before preparing their plans and schedule.**



## VEGETATION CONTROL HANDOUTS

The handouts located on the following pages can be printed from the both the Adopt-A-Highway Internet and intranet sites.*

- Guidelines for Preparing Vegetation Control Plans and Work Schedule

- Caltrans Licensing Requirements for Volunteers Using Herbicides

- Guidelines for Using Mulch

- Working With Contractors

* http://adopt-a-highway.dot.ca.gov
  http://onramp.dot.ca.gov/hq/maint/adopt/index.htm





**ADOPT·A·HIGHWAY**

## Guidelines for Preparing Vegetation Control Plans and Work Schedule

Applicants must develop and submit the following plans and work schedule to the District Adopt-A-Highway Coordinator along with their Adopt-A-Highway Encroachment Permit Application. Applications will not be processed until these documents are received and approved. All costs incurred for adoption activities, including materials, equipment rental, and labor charges are the sole responsibility of the adopter. *It is strongly recommended that adopters consult with a Caltrans Landscape Architect or Landscape Specialist before preparing the following documents.* If available, Caltrans may provide base plans of the proposed adoption area for reference purposes.

### 1. Vegetation Control Plan

Prospective adopters must provide a plan (or map) that illustrates the location of the vegetation control site within the highway right of way. If the proposed location requires further clarification, a written description should be included. The plan(s) must comply with the following guidelines:

**Proposed Location**

- Vegetation control sites must cover approximately five acres (net) or two miles of highway.

- Vegetation control may <u>not</u> be performed within six feet of a traffic lane.

- Vegetation control may <u>not</u> be performed on slopes steeper than approximately 40°.

- Trees or shrubs equal to, or greater than, 15 feet in height may not be pruned by adopters.

- Vegetation control activities must be performed adjacent to fences, drainage facilities, and other structures.

### 2. Work Plan

Your work plan must describe the vegetation control operations to be performed. Any assistance to be provided by Caltrans (i.e., disposal of debris) must be included in the work plan.

- Describe of the type of vegetation to be controlled.

- Describe control method(s) to be used. Methods should take into account the type and density of weeds, soil conditions, and slopes. Typically, vegetation control activities include one or more of the following tasks: hand-pulling, hoeing, pruning, mowing, weed-whipping, mulching, and/or herbicide application.

- Indicate whether or not litter removal prior to vegetation control is required.

- If applicable, describe how any resulting vegetation debris and/or litter will be removed from the site.

**Use of Mulch:** Mulch must be applied to provide a four- to six-inch layer. Mulch should not be placed in drainage facilities or within one-foot of the trunks of existing trees and shrubs. If you plan to use mulch, please obtain a copy of the *Guidelines for Using Mulch* handout from your District Adopt-A-Highway Coordinator before proceeding.

**Use of Herbicides:** If your work plan includes the use of herbicides, please request a copy of the *Working With Contractors* or the *Caltrans Licensing Requirements for Adopt-A-Highway Volunteers Using Herbicides* handout from your District Adopt-A-Highway Coordinator before proceeding. Only Caltrans-approved herbicides may be used on the State right of way.

**Use of Motorized Equipment:** It is recommended that only contractors be allowed to use motorized equipment to perform adoption tasks. However, at the discretion of Districts, volunteers that routinely perform landscape maintenance tasks in a professional capacity, may be permitted to use motorized equipment on State right of way.

**Use of Contractors:** If your group intends to hire a contractor to perform any portion of your adoption work, please obtain a copy of the *Working With Contractors* handout from your District Adopt-A-Highway Coordinator before proceeding.

### 3. Work Schedule for Vegetation Control Activities

A five-year, work schedule must be submitted along with the vegetation control plan and work plan. Statewide guidelines require that you provide vegetation control a minimum of two times a year. However, you may be required to work more often if necessary to keep the area in a neat and clean condition. Plan to control weeds before they reach six inches in height or before they produce seeds. In order to avoid accidently starting a fire, do not plan to use power equipment for weed control during periods when weeds and brush are dry.

Note: Changes to work schedules once a permit has been issued must be approved by the District Adopt-A-Highway Coordinator.

### 4. Requirements for Renewing Vegetation Control Adoptions

Near the end of the permit period, your adoption site will be reviewed by a District Maintenance field representative and either a District Landscape Architect or a District Landscape Specialist. If changes in adoption requirements are recommended (i.e. increased work frequency), the District Adopt-A-Highway Coordinator will communicate these to you.

Groups who wish to submit an application for another five-year permit period must provide a new or amended planting plan and/or work plan to reflect any changes. If there are no changes, copies of existing plans may be submitted along with the application.

Whether or not there have been any changes in the adoption requirements, all groups who reapply must provide a revised work schedule for the new permit period.



**ADOPT-A-HIGHWAY**

# Caltrans Licensing Requirements for Adopt-A-Highway Volunteers Using Herbicides

Due to safety and liability concerns, Caltrans requires Adopt-A-Highway <u>volunteers</u> who apply herbicides on the right of way to be licensed, even though the California Department of Pesticide Regulations (DPR) does not. Requirements vary with the location of the herbicide application and are listed below.

### HERBICIDE APPLICATION ON HIGHWAY ROADSIDES

The volunteer applying the herbicide must have a Qualified Applicator License (QAL) **with** the "C. Right-of-Way" pest control category.

*or*

The volunteer applying the herbicide must have a Qualified Applicator Certificate (QAC) **with** the "C. Right-of-Way" pest control category.

### HERBICIDE APPLICATION AT PARK AND RIDES

The volunteer applying the herbicide must have a Qualified Applicator License (QAL) **with** the "C. Right-of-Way" pest control category.

*or*

The volunteer applying the herbicide must have a Qualified Applicator Certificate (QAC) **with** the "C. Right-of-Way" pest control category.

*or*

The volunteer applying the herbicide must have a Qualified Applicator License (QAL) **with** the "B. Landscape Maintenance" pest control category.

*or*

The volunteer applying the herbicide must have a Qualified Applicator Certificate (QAC) **with** the "B. Landscape Maintenance" pest control category.

### PEST CONTROL RECOMMENDATION

**A Pest Control Recommendation is required by law.**

An adopter's plans and schedules must indicate that herbicides will be used, but the Pest Control Recommendation (detailing the type of herbicide and its application rate) is not due until shorty before the herbicides are applied.

Prior to <u>each</u> application, the adopter must submit a Pest Control Recommendation to the District Adopt-A-Highway Coordinator. The Adopt-A-Coordinator will have the Pest Control Recommendation approved by a District Landscape Specialist. Once approved, a copy will be kept in the adopter's file, a copy will be sent to the Maintenance Supervisor, and the original returned to the adopter. After application, a "Pesticide Usage Report" must be submitted to the Maintenance Supervisor.

Only Department-approved herbicides can be applied within the State's right-of-way. Caltrans Districts will provide a list of approved herbicides to adopters. Caltrans' employees will not write pest control recommendations for adopters or their contractors. Adopters must have this service provided by a DPR-licensed, Agricultural Pest Control Adviser.



### ADOPT-A-HIGHWAY

## Guidelines for Using Mulch

Mulch composition, particle size, and method of preparation must comply with the *Caltrans Standard Specifications (July 1999), Section 20-2.08,* and the *Caltrans Standard Special Provisions, Section 20-350,* as summarized below.

Mulch materials produced from pine trees grown in Alameda, Monterey, Santa Clara, Santa Cruz, San Luis Obispo or San Mateo Counties shall not be used. Wherever possible mulch shall be made from green materials. Mulch may consist of any combination of the following products:

- **Green materials** are shrubs, tree trimmings, or clean, processed/previously used wood products (i.e., unpainted pallets) that have been chipped, shredded, or ground. Mulch produced from green trimmings *may* contain leaves or small twigs.

    – Chipping, shredding, grinding, or other method may be used to reduce the particle size green materials. Particle size must conform to either the wood chip or the shredded bark specifications listed below under "Dry Materials."

    – Green material shall be processed and have reached an internal temperature of 56˚C for a minimum of 15 consecutive days. During the processing period, the green material shall have been turned a minimum of 5 times and shall have been cured for 90 days thereafter.

    – Deleterious materials such as rocks, glass, plastics, metals, clods, weeds, weed seeds, coarse objects, sticks larger than the specified particle size, salts, paint, petroleum products, pesticides or other chemical residues that would be harmful to plant or animal life shall not exceed 0.1 percent of the mulch volume.

- **Dry materials** are wood chips, tree bark, or shredded bark.

    – **Wood chips** shall be manufactured from clean wood. Wood chips produced from tree trimmings *shall not* contain leaves or small twigs. The particle size shall be between 12 mm and 80 mm in length, not less than 9 mm in width, and not less than 2 mm in thickness. At least 85 percent, by volume, of wood chips shall conform to the sizes specified.

    – **Shredded bark** shall be a mixture of shredded bark and wood. The particle size shall be between 3 mm and 40 mm in thickness and between 25 mm to 210 mm in length. It shall be free of salt and deleterious materials such as clods, coarse objects and rocks. At least 75 percent, by volume, of shredded bark shall conform to the sizes specified.

    – **Tree bark** shall have a particle size between 12 mm and 40 mm and shall be free of salt and foreign materials, such as clods, coarse objects, sticks, rocks, weeds or weed seeds.

**Placement of Mulch:**

- Mulch must be applied to provide a four- to six-inch layer.

- Mulch should not be placed in drainage facilities or within one foot of the trunks of existing trees and shrubs.



**ADOPT·A·HIGHWAY**

# Working With Contractors

Individuals, organizations, and businesses may adopt segments of highway and have the required adoption work performed by a Caltrans-approved, professional business through contract or agreement. Adopt-A-Highway Program literature refers to businesses hired by adopters as "contractors" and groups using contractors as "sponsor groups." A contractor can be hired to perform all or only a portion of the adoption tasks. An established adoption group can choose to hire a contractor at any time during their adoption period. Adopt-A-Highway Coordinators can provide participants with a list of Adopt-A-Highway service contractors working in their districts.

To set up this type of adoption, two Adopt-A-Highway Permit Applications must be submitted. One must be signed by the adopter and a second must be signed by contractor. Both the adopter and the contractor will be issued Encroachment Permits authorizing them to perform work on the State's right-of-way. The contractor's permit will be referred to as a "double" permit. Adopters may hire more than one contractor, but due to the additional paper work required, this is not recommended.

All contractors who work on the State's right-of-way must provide proof of insurance and licensing. Requirements vary and are detailed on the following pages. Failure of the contractor to keep their insurance policies and licenses current, or to abide by the Encroachment Permit Special Provisions, shall invalidate the contractor's permit, but not the sponsor group's permit.

## Insurance Requirements

**Liability Insurance:** Contractors with employees shall maintain $1,000,000 of general liability insurance for each occurrence, plus $2,000,000 of excess liability insurance (totalling $3,000,000).

Contractors who do not utilize paid employees shall maintain $1,000,000 in general liability insurance for each occurrence. No excess liability insurance is required for contractors without employees.

All certificates of liability insurance shall name the State of California Department of Transportation as additional insured.

**Vehicular Insurance:** Contractors shall carry $1,000,000 in vehicular liability insurance.

**Workers Compensation Insurance:** Contractors that utilize paid employees shall carry $1,000,000 in workers compensation insurance.

## Business License Requirements

Contractors must maintain business license(s) as required by each county and city where work is to be performed.

# Contractors State License Board (CSLB) Requirements

CSLB requirements for adoptions vary by activity and are detailed below. Contractors licenses must be held by an **owner** of the business who's name appears on the "double" Encroachment Permit. **Adopt-A-Highway Program guidelines do not permit subcontracting.**

---

### LITTER REMOVAL

**Hand collection of litter:**  *No contractors license is required.*

---

### GRAFFITI REMOVAL

**Painting over graffiti:**
B: General Building Contractor          *or*          C-33: Painting and Decorating Contractor

---

### WILDFLOWER OR SEEDLING TREE AND SHRUB PLANTING

**Soil preparation prior to planting (tilling, digging, and/or soil amendment):**
A: General Engineering Contractor          *or*          C-27: Landscape Contractor

**Manual planting of seedling trees, shrubs, or wildflowers:**
A: General Engineering Contractor          *or*          C-27: Landscape Contractor

**Hydroseeding or drill-seeding of wildflowers:**
A: General Engineering Contractor          *or*          C-27: Landscape Contractor
*or*          C-61/D-59: Limited Specialty/Hydroseed Spraying *(hydroseeding only)*

**Truck watering:**  *No contractors license is required.*

---

### VEGETATION CONTROL

**Hand removal of weeds:**  *No contractors license is required.*

**Mowing or weed-whipping:**  *No contractors license is required.*

**Pruning of shrubs or trees less than 15 feet in height:**   *No contractors license is required.*
*(Pruning of taller trees or shrubs is not permitted under the Adopt-A-Highway Program.)*

**Mulching:**
A: General Engineering Contractor          *or*          C-27: Landscape Contractor

**Herbicide Application:**  *No contractors license is required.*
*NOTE: Any person who engages in pest control for hire is required to be licensed by the Department of Pesticide Regulation.*

---

### MISSION BELL

**Installation of mission bell components (bell, staff, theft-resistent cable, and/or concrete footing):**
B: General Building Contractor          *or*          C-61/D34: Limited Specialty/Prefabricated Equipment

## Department of Pesticide Regulation Requirements

Contractors hired by adopters to perform herbicide application on the State's right-of-way must be licensed by the California Department of Pesticide Regulation (DPR). DPR's licensing requirements vary with the type of business hired and the location of the herbicide application. DPR licenses must be held by an **owner** of the business whose name appears on the Adopt-A-Highway Encroachment Permit. **The Adopt-A-Highway Program does not permit subcontracting.**

### HERBICIDE APPLICATION ON HIGHWAY ROADSIDES

Contractor must have a Pest Control Business License *and* have at least one person in a supervisory position that holds a QAL *with* the "C. Right-of-Way" pest control category.

### HERBICIDE APPLICATION AT PARK AND RIDES

Contractor must have a Pest Control Business License *and* have at least one person in a supervisory position that holds a QAL *with* the "C. Right-of-Way" pest control category.
*or*
Contractor must have a Pest Control Business License *and* have at least one person in a supervisory position that holds a QAL *with* the "B. Landscape Maintenance" pest control category.
*or*
Contractor must have a Maintenance Gardener Pest Control Business License *and* have at least one person in a supervisory position that holds a QAL or a QAC *with* the 3. "B. Landscape Maintenance" pest control category.

### PEST CONTROL RECOMMENDATION

**A Pest Control Recommendation is required by law.**

An adopter's plans and schedules must indicate that herbicides will be used, but the Pest Control Recommendation (detailing the type of herbicide and its application rate) is not due until shorty before the herbicides are applied.

Prior to <u>each</u> application, the adopter must submit a Pest Control Recommendation to the District Adopt-A-Highway Coordinator. The Adopt-A-Coordinator will have the Pest Control Recommendation approved by a District Landscape Specialist. Once approved, a copy will be kept in the adopter's file, a copy will be sent to the Maintenance Supervisor, and the original returned to the adopter. After application, a "Pesticide Usage Report" must be submitted to the Maintenance Supervisor.

Only Department-approved herbicides can be applied within the State's right-of-way. Caltrans Districts will provide a list of approved herbicides to adopters. Caltrans' employees will not write pest control recommendations for adopters or their contractors. Adopters must have this service provided by a DPR-licensed, Agricultural Pest Control Adviser.

# Chapter 11. Tree and Shrub Planting



Successful planting projects are largely influenced by climatic conditions and site characteristics, therefore, guidelines for tree and shrub planting adoptions are somewhat flexible. District Adopt-A-Highway Coordinators may choose to use the following policy in its entirety or submit, in writing, policy variations that are more suited to their District. (See the *District Policy* chapter of these *Guidelines.*

## ADOPTION REQUIREMENTS

Participants agree to plant and maintain approximately three acres (net) of trees and/or shrubs for a period of five years. Participants shall furnish all equipment, labor, and materials. Applicants must submit a planting plan, a work plan, and a work schedule along with their Adopt-A-Highway Permit Application. *Guidelines for Preparing Tree and Shrub Planting Plans and Work Schedule*, beginning on page 11-10, have been developed to help perspective adopters prepare these documents.

**Applicants must submit a planting plan, a work plan, and a work schedule along with their Adopt-A-Highway Permit Application.**

Tree planting and maintenance requirements are:

- Soil preparation prior to planting.

- Initial planting. A minimum of 20 trees and/or shrubs per acre must be planted.

- Application of mulch.

- Watering as necessary until plants are established.

- Year-round weed control.

- Replacement of dead and diseased plants.

- Periodic reapplication of mulch.

- Periodic fertilization (if recommended for the species).



- Litter removal prior to weed control activity may be included as part of the adoption.

## WORK FREQUENCY

Tree and shrub planting activities shall be performed per the adopter's plans and schedules. A five-year work schedule must be submitted along with each encroachment permit application. Changes to work schedules once a permit has been issued must be approved by the District Adopt-A-Highway Coordinator.

**Tree and shrub planting activities shall be performed per the adopter's plans and schedules.**

## COMPLETED TREE AND SHRUB PLANTING ADOPTIONS

Once all plants are established (they can survive without supplemental watering provided by the adopter), the adoption will be considered complete and the tree and shrub planting permit must not be renewed. Groups with completed tree and shrub planting adoptions should be given the option to "convert" to a vegetation control adoption at that same location. Vegetation control must be provided for the entire three-acre site, not just within the dripline.

## WORK PROCEDURES

### Weed Control Methods

In addition to required mulching, weed control may be accomplished manually, by applying herbicides, by mowing, and/or by weed-whipping. District Maintenance Supervisors should specify any preferred method(s) on the *Tree and Shrub Planting Site Review* form. All preferences must be disclosed to potential adopters before they prepare their plans and schedules.

**Use of Herbicides**: Only Caltrans-approved herbicides may be used on the State right of way. If the adoption site is within a "no spray zone," then herbicides are not permitted. The Adopt-A-Highway Program requires that all contractors and volunteers applying herbicides be currently licensed by the California Department of Pesticide Regulation (DPR). For details, refer to the handouts at the end of the chapter.



**Use of Mulch:** Mulch composition, particle size, and method of preparation must comply with the *Caltrans Standard Specifications (July 1999), Section 20-2.08,* and the *Caltrans Standard Special Provisions, Section 20-350.* Since use of mulch for vegetation control is required, all prospective adopters must be given the *Guidelines for Using Mulch* handout prior to preparing their plans and schedules.

## Planting Methods

Since the size and type of the new trees and shrubs to be planted varies with each adoption, recommended planting methods will vary as well. District Maintenance Supervisors and/or Landscape Specialist should specify any preferred species and/or method(s) on the *Tree and Shrub Planting Site Review* form. All preferences must be disclosed to potential adopters before they prepare their plans and schedules.

## Existing Caltrans Irrigation Facilities

The existence of any Caltrans-owned irrigation and electrical installations must be noted on the back of the site review form. Because Underground Service Alert (USA) does not identify Caltrans-owned facilities, the existence of any such facilities must be disclosed to adopters before they prepare their plans and schedules.

## Use of Motorized Equipment

It is recommended that only Adopt-A-Highway service contractors be permitted to use motorized equipment to perform adoption tasks. However, at the discretion of Districts, volunteers who routinely perform landscape maintenance tasks in a professional capacity, <u>may</u> be permitted to use motorized equipment.

**It is recommended that only Adopt-A-Highway service contractors be permitted to use motorized equipment to perform adoption tasks.**

## Use of Contractors

Adopters may hire Adopt-A-Highway service contractors to perform any or all of the tasks associated with a tree and shrub planting adoption. Tree and shrub planting contractors must maintain certain professional licenses issued by Contractors State Licensing Board, business licenses, and adequate levels of insurance. For details, refer to the handouts at the end of the chapter.



## EQUIPMENT AND SUPPLIES

*Volunteer* tree and shrub planting groups shall be issued safety gear (hard-hats, vests, gloves, and safety glasses) during the group leader's safety orientation. Volunteer groups whose adoptions include litter removal shall also be issued litter pickers. Adopt-A-Highway contractors shall not be issued safety equipment.

All participants whose adoptions include litter removal shall be issued a supply of white litter bags with the Adopt-A-Highway logo.

Unless special arrangements are made with Caltrans, participants are expected to furnish their own planting materials and equipment.

Caltrans-supplied items shall be replenished as needed throughout the permit period. Group leaders should be told where to obtain these items during their safety orientation. This is typically the local Maintenance station, however, Districts are encouraged to make special arrangements to provide equipment to remotely located, *volunteer* participants.

**Unless special arrangements are made with Caltrans, participants are expected to furnish their own planting materials and equipment.**

## COORDINATION OF MAINTENANCE ACTIVITIES

Adopt-A-Highway group leaders are instructed to notify their Maintenance representative of their plans to work at least five working days, but no more than one month, prior to the work date in order to ensure coordination with other maintenance activities.

District Maintenance crews should not perform weed control within areas that are the adopter's responsibility. However, crews should continue to routinely control weeds in the median, shoulders, and other areas where adopters are forbidden (or are not required) to work. Caltrans weed control activities should be coordinated as closely as practical with the adopter's schedule.

### District Augmentation

The District may assist *volunteer* participants by mowing, digging holes, supplying mulch, disposal of debris, or by allowing participants to store material and equipment on the State right of way.



At the District's discretion, access to State water sources may be provided. Any assistance to be provided by Caltrans must be documented in the participant's work plans and schedule.

### Annual Inspection of Sites

Tree and shrub planting adoption sites should be inspected <u>every</u> Summer in order to identify dead and diseased plants to be replaced the following Fall.

### COURTESY SIGNS

Courtesy signs must be removed from tree and shrub planting sites that are not adopted unless the District plans to <u>actively</u> <u>market</u> the site, i.e. advertise and/or solicit adopters through means other than the Adopt-A-Highway sign itself.

If the tree and shrub planting adoption is converted to vegetation control adoption, the tree planting icon on the courtesy sign must be replaced with a vegetation control icon.

### ESTABLISHING TREE AND SHRUB PLANTING SITES

Once a potential tree and shrub planting site has been identified, the Maintenance Supervisor responsible for the area (or a designee) must perform a site review to determine whether or not the location is suitable for adoption. Factors examined during a tree and shrub planting site review include site safety, site access, planting suitability, method of planting, and method of weed control. General information regarding tree and shrub planting site requirements are discussed below. For more information, refer to the handouts located at the end of this chapter and to the *Site Reviews* chapter in these *Guidelines*.

### Site Size

Tree and shrub planting sites must be approximately three acres (net). Site size may vary slightly where necessary to accommodate site conditions or adjacent projects. However, if a site falls well below the minimum three-acre requirement, Districts must combine two or more locations and/or two or more adoption tasks together in order

**Tree and shrub planting adoption sites should be inspected <u>every</u> Summer in order to identify dead and diseased plants to be replaced the following Fall.**



to create a more substantial work load. District Adopt-A-Highway Coordinators should make sure that the work expected to be performed by the adopters is comparable to the work performed by other adopters in the same area.

## Possible Locations

In addition to highway roadsides, park-and-ride lots may be adopted for tree and shrub planting.

Generally, plantings should be limited to non-erosive areas. Sites that allow for large, contiguous plantings are preferred over narrow, fragmented plantings. Trees and shrubs must be planted at least 15 feet from traffic lanes on conventional highways and at least 30 feet from traffic lanes on freeways. If mature plants will interfere with the function of safety features or conflict with adjacent facilities, then the site should not be adopted.

## Arid Climates, Irrigation

Areas where mature trees cannot survive without supplemental watering should not be adopted unless there is on-site irrigation. At the District's discretion, access to State water sources may be provided. **Installation (or modification) of irrigation systems by adopters is not permitted.**

**Areas where mature trees cannot survive without supplemental watering should not be adopted unless there is on-site irrigation.**

Districts may encounter organizations willing to install (or to pay for the installation of) irrigation facilities. Districts may consider issuing a "Letter of Consent" or a **non**-Adopt-A-Highway encroachment permit in order to take advantage of such offers. Once the irrigation is installed, the organization will be able to perform tree and shrub planting tasks under the Adopt-A-Highway Program.

## APPROVING PLANS AND WORK SCHEDULE

Because rules governing the planting of trees and shrubs on State right of way are complex, *it is strongly recommended that adopters*

---

\* Plantings shall be consistent with Departmental policies and standards set forth in the Caltrans *Highway Design Manual, Chapter 900, Landscape Architecture*. A copy is available at *http://www.dot.ca.gov/hq/oppd/hdm/pdf/chp0900.pdf.*



*consult with a Caltrans Landscape Architect or Landscape Specialist before preparing their plans and schedule.\** If available, Caltrans may provide base plans of the proposed adoption area for reference purposes.

A District Landscape Architect or Landscape Specialist <u>and</u> the Maintenance Supervisor who will be responsible for the adoption, must review and approve the plans and schedule before the Adopt-A-Highway Permit Application can be forwarded to the Permits Branch for Processing. District Adopt-A-Highway Coordinators should make sure that involved Caltrans Maintenance and Landscape personnel have a copy of the handout, *Guidelines for Preparing Vegetation Control Plans and Work Schedule.*

If herbicides are to be used, the District Adopt-A-Highway Coordinator will be responsible for ensuring that the adopter who will be *applying* the herbicide is appropriately licensed <u>before</u> their application is forwarded to the Permits Branch. Volunteer groups using herbicides must be given the *Caltrans Licensing Requirements for Volunteers Using Herbicides* handout. Groups using contractors must be given the *Working With Contractors* handout. Both of these documents contain detail information regarding herbicide applicator license requirements and Pest Control Recommendation requirements.

## RESOURCES FOR TREE AND SHRUB PLANTING

### National Tree Trust

District Adopt-A-Highway Coordinators should inform volunteer groups that grants are available from the National Tree Trust (NTT). The NTT is a nonprofit organization created under the "America the Beautiful Act of 1990." It is a cooperative effort of the U.S. Forest Service, the Federal Highway Administration, the American Association of State Highway and Transportation Officials, and other groups.

**Community Tree Planting Program:** Community Tree Planting grants consist of one-year-old, regionally appropriate tree seedlings, two-gallon plastic containers, and money to pay for soil. Community Tree Planting Program requirements are:

**District Adopt-A-Highway Coordinators should inform volunteer groups that grants are available from the National Tree Trust (NTT).**



- All NTT seedlings must be planted on public lands (parks, schools, cemeteries, etc.) or along roadsides.

- All projects must utilize volunteers.

- Grant recipients must maintain seedlings for at least two years after planting and complete an Annual Report Form each year.

- Minimum order of 300 seedlings must be requested in quantities of 100 per species.

- Seedlings are bare root or plugs, between 6 to 36 inches in height depending of the species.

**Partnership Enhancement Program:** The Partnership Enhancement Program assists nonprofit organizations with tree-related projects. Grants of up to $25,000 are available. Partnership Enhancement Program requirements are:

**The Partnership Enhancement Program assists nonprofit organizations with tree-related projects.**

- Organization must be certified as a 501(c)(3) nonprofit.

- Organization must be volunteer based.

- Organization must have been in existence for at least two years.

- Organization must demonstrate that tree planting and maintenance, and public education about the importance of trees, are major components of the organization.

Adopt-A-Highway volunteers interested in applying for grants should be directed to contact NTT or visit the NTT web site.

The National Tree Trust, Americas Treeways Program
1120 G Street, N.W., Suite 770, Washington D.C. 20005
800-846-8733
http://www.nationaltreetrust.org



## California Master Trust

The California Master Trust (CMT) was established in 1985 by the California Funeral Directors Association to help families fund funeral arrangements in advance. The CMT offers its investors the opportunity to participate in a Memorial Tree Planting Program which plants trees in memory of a deceased person. CMT has been partners with the Caltrans Adopt-A-Highway Program on numerous occasions to provide materials for tree plantings. In exchange for their contribution, Caltrans provides CMT with certificates for their contributors. Districts wishing to partner with the CMT should contact the Statewide Adopt-A-Highway Coordinator.



## TREE AND SHRUB PLANTING HANDOUTS

The handouts located on the following pages can be printed from the both the Adopt-A-Highway Internet and intranet sites.*

- Guidelines for Preparing Tree and Shrub Planting Plans and Work Schedule

- Caltrans Licensing Requirements for Volunteers Using Herbicides

- Guidelines for Using Mulch

- Working With Contractors

* http://adopt-a-highway.dot.ca.gov
  http://onramp.dot.ca.gov/hq/maint/adopt/index.htm





**ADOPT·A·HIGHWAY**

## Guidelines for Preparing Tree and Shrub Planting Plans and Work Schedule

Applicants must develop and submit the following plans and work schedule to the District Adopt-A-Highway Coordinator along with their Adopt-A-Highway Encroachment Permit Application. Applications will not be processed until these documents are received and approved. All costs incurred for adoption activities, including materials, equipment rental, and labor charges are the sole responsibility of the adopter. *It is strongly recommended that adopters consult with a Caltrans Landscape Architect or Landscape Specialist before preparing the following documents.* If available, Caltrans may provide base plans of the proposed adoption area for reference purposes.

### 1. Planting Plan(s)

Prospective adopters must provide a plan (or map) that illustrates the location of the site within the highway right of way. If the proposed location requires further clarification, a written description should be included. The plan must show where the trees or shrubs are to be planted. The plan must list the quantity and species of the trees or shrubs. The plan must comply with the following guidelines:

**Proposed Location**

- Tree and shrub planting adoptions must cover approximately three acres (net).

- Trees and shrubs must be planted at least 15 feet from traffic lanes on conventional highways and at least 30 feet from traffic lanes on freeways.

- Plants should be located so that pruning will not be required; they should be planted at least 10 feet from the nearest fence, wall, ditch, or drainage way.

- The height and width of the proposed species at maturity must be taken into consideration when choosing the planting location within the adoption site.

  - Plants must not interfere with the function of safety features such as shoulders, barriers, guardrail, and signs.

  - Plants must not interfere with the ability of the driver to see a continuous length of highway.

  - Plants must avoid conflict with overhead wires, underground facilities, irrigation systems, drainage facilities, lighting, adjacent highway plantings, and existing billboards on adjacent property.

**Proposed Plant Quantity and Species**

- A minimum of twenty trees and/or shrubs per acre must be planted.

- All plants must be drought-tolerant. Plants must also be tolerant of local environmental conditions such as temperature, soil, water quality, air quality, and wind. California native plants

should be incorporated into the design. Caltrans can recommend species that have been successfully grown on highway roadsides in your area.

- If planted in a non-irrigated area, plants should be capable of surviving without irrigation two years after planting.
- Describe the size of the plants to be installed. One-gallon size plants, liner size plants, or acorns are encouraged in most locations.

## 2. Irrigation Plan (Optional)

If Caltrans irrigation facilities are to be used, they must be included on the planting plan or on a separate drawing. Installation (or modification) of irrigation systems by adopters is not permitted.

## 3. Work Plan

Your work plan must describe how the following planting and maintenance operations will be accomplished. Any assistance to be provided by Caltrans (i.e., mowing or disposal of debris) must be included in the work plan.

### Site Preparation

- **Weed and Litter Removal:**  Prior to planting, you must remove weeds <u>and</u> litter from the area to be planted.
  - Describe of the type of weeds present.
  - Describe weed removal method(s). Take into account the type and density of weeds, soil conditions, and slopes. Typically, weed removal includes one or more of the following tasks: hand-pulling, hoeing, mowing, weed-whipping, or applying herbicides.
  - Describe how any resulting debris will be removed from the site.
- **Digging:** Describe how you plan to dig the planting holes and how large the holes will be. Holes may be excavated by hand, power auger, tractor, or backhoe. Describe safety measures to be taken around unattended holes.

  A list of any Caltrans-owned underground facilities, such as irrigation and electrical installations, will be supplied by Caltrans. It is the adopter's responsibility to contact the Underground Service Alert (USA) at 1-800-227-2600 for identification of underground lines that are not owned by Caltrans. USA must be called at least <u>two</u> <u>full</u> working days prior to breaking ground. If underground lines are found, you must call the Adopt-A-Highway representative listed on your Encroachment Permit before proceeding.

- **Preparation of Planting Holes:**
  - **Soil Amendment:** List what kind, and the quantity of, any soil amendments you plan to use (i.e. compost, gypsum, etc.)
  - **Fertilizer:** If recommended for the species being planted, list what kind, and the quantity of, fertilizer you plan to use.
  - **Protectors:** Describe any wire-cage foliage protectors or root protectors to be used in the holes.

**Planting**

- **Watering Basins and Staking:** Describe watering basins and, if applicable, include details for plant staking. Placement of highly visible stakes is strongly recommended.

- **Mulch:** It is <u>required</u> that you surround the plants with a layer of mulch that is four- to six-inches deep. The area within a three-foot radius (six-foot diameter) of each plant must be covered, except for within a one-foot radius of the trunks of trees and shrubs.

  Identify the kind of mulch you will use, how it will be brought to the site, and how it will be spread. Please obtain a copy of the *Guidelines for Using Mulch* handout from your District Adopt-A-Highway Coordinator for acceptable mulch composition.

**Ongoing Maintenance**

- **Watering:** Supplemental watering of plants is required. If there are no on-site irrigation facilities, then you must describe how you plan to water the plants. Truck-watering can be used, or, adjacent property owners may be willing to allow you to run hoses to your site.

- **Mulch:** Describe your plan for reapplying mulch to maintain a four- to six-inch depth.

- **Replacing Plants:** Describe your plan for replacing dead and diseased plants.

- **Fertilizer:** Describe your plan for reapplying fertilizer (if recommended for the species).

- **Weed Control:** Describe the method(s) you will use to control weed growth at your site. Weeds must be controlled within a three-foot radius (six-foot diameter) of the plants or out to the plant's dripline, whichever is further. In addition to the required application of mulch, weed control typically includes one or more of the following tasks: hand-pulling, hoeing, mowing, weed-whipping, and/or applying herbicides.

- **Litter Removal:** Indicate whether or not litter removal prior to weed control is required.

- If applicable, describe how any resulting vegetation debris and/or litter will be removed from the site.

**Use of Herbicides:** If your work plan includes the use of herbicides, please request a copy of the *Working With Contractors* or the *Caltrans Licensing Requirements for Adopt-A-Highway Volunteers Using Herbicides* from your District Adopt-A-Highway Coordinator before proceeding. Only Caltrans-approved herbicides may be used on the State right of way.

**Use of Motorized Equipment:** It is recommended that only Adopt-A-Highway service contractors be permitted to use motorized equipment to perform adoption tasks. However, at the discretion of Districts, volunteers who routinely perform landscape maintenance tasks in a professional capacity, <u>may</u> be permitted to use motorized equipment.

**Use of Contractors:** If your group intends to hire an Adopt-A-Highway service contractor to perform any portion of your adoption work, please obtain a copy of the *Working With Contractors* handout from your District Adopt-A-Highway Coordinator before proceeding.

## 4. Work Schedule for Tree and Shrub Planting and Maintenance Activities

A proposed, five-year work schedule must be submitted along with the plans. The schedule must give dates for all of the activities mentioned in your work plan. Usually, the best time to plant is after the first rain, in the Fall or Winter, so that the plants can become established during the rainy season. Local weather conditions will determine the best planting dates and watering frequencies.

Statewide guidelines require that you provide weed control a minimum of two times a year. However, you may be required to work more often if necessary to keep the area in a neat and clean condition. Plan to control weeds before they reach six inches in height or before they produce seeds. In order to avoid accidently starting a fire, do not plan to use power equipment for weed control during periods when weeds and brush are dry.

**Sample items to include in your work schedule:**

<u>Year 1</u>
- Weed control and litter removal prior to planting
- Digging and preparation of planting holes
- Initial planting, mulching, and staking
- Year-round irrigation
- Year-round weed control

<u>Following Years</u>
- Replacement of dead and diseased plants
- Reapplication of mulch
- Reapplication of fertilizer (if appropriate)
- Year-round irrigation
- Year-round weed control

Note: Changes to work schedules once a permit has been issued must be approved by the District Adopt-A-Highway Coordinator.

### 5. Requirements for Renewing Tree and Shrub Planting Adoptions

Near the end of the permit period, your adoption site will be reviewed by a District Maintenance field representative <u>and</u> either a District Landscape Architect or a District Landscape Specialist. If changes in adoption requirements are recommended (i.e. replacement of dead plants with a different species), the District Adopt-A-Highway Coordinator will communicate these to you.

Groups who wish to submit an application for another five-year permit period must provide a new or amended planting plan and/or work plan to reflect any changes. If there are no changes, copies of existing plans may be submitted along with the application.

Whether or not there have been any changes in the adoption requirements, all groups who reapply must provide a revised work schedule for the new permit period.

Once all plants can survive without supplemental watering provided by the adopter, the adoption will be considered complete. Groups with completed tree and shrub planting adoptions may be offered the opportunity to convert to a vegetation control adoption when the current permit period expires. Vegetation control adopters must remove weeds from the entire, three-acre site, not just around the plants. Adopt-A-Highway courtesy signs will be removed from sites that are not converted to vegetation control adoptions.



ADOPT-A-HIGHWAY

# Caltrans Licensing Requirements for Adopt-A-Highway Volunteers Using Herbicides

Due to safety and liability concerns, Caltrans requires Adopt-A-Highway <u>volunteers</u> who apply herbicides on the right of way to be licensed, even though the California Department of Pesticide Regulations (DPR) does not. Requirements vary with the location of the herbicide application and are listed below.

### HERBICIDE APPLICATION ON HIGHWAY ROADSIDES

The volunteer applying the herbicide must have a Qualified Applicator License (QAL) **with** the "C. Right-of-Way" pest control category.

*or*

The volunteer applying the herbicide must have a Qualified Applicator Certificate (QAC) **with** the "C. Right-of-Way" pest control category.

### HERBICIDE APPLICATION AT PARK AND RIDES

The volunteer applying the herbicide must have a Qualified Applicator License (QAL) **with** the "C. Right-of-Way" pest control category.

*or*

The volunteer applying the herbicide must have a Qualified Applicator Certificate (QAC) **with** the "C. Right-of-Way" pest control category.

*or*

The volunteer applying the herbicide must have a Qualified Applicator License (QAL) **with** the "B. Landscape Maintenance" pest control category.

*or*

The volunteer applying the herbicide must have a Qualified Applicator Certificate (QAC) **with** the "B. Landscape Maintenance" pest control category.

### PEST CONTROL RECOMMENDATION

**A Pest Control Recommendation is required by law.**

An adopter's plans and schedules must indicate that herbicides will be used, but the Pest Control Recommendation (detailing the type of herbicide and its application rate) is not due until shorty before the herbicides are applied.

Prior to <u>each</u> application, the adopter must submit a Pest Control Recommendation to the District Adopt-A-Highway Coordinator. The Adopt-A-Coordinator will have the Pest Control Recommendation approved by a District Landscape Specialist. Once approved, a copy will be kept in the adopter's file, a copy will be sent to the Maintenance Supervisor, and the original returned to the adopter. After application, a "Pesticide Usage Report" must be submitted to the Maintenance Supervisor.

Only Department-approved herbicides can be applied within the State's right-of-way. Caltrans Districts will provide a list of approved herbicides to adopters. Caltrans' employees will not write pest control recommendations for adopters or their contractors. Adopters must have this service provided by a DPR-licensed, Agricultural Pest Control Adviser.



ADOPT-A-HIGHWAY

## Guidelines for Using Mulch

Mulch composition, particle size, and method of preparation must comply with the *Caltrans Standard Specifications (July 1999), Section 20-2.08,* and the *Caltrans Standard Special Provisions, Section 20-350,* as summarized below.

Mulch materials produced from pine trees grown in Alameda, Monterey, Santa Clara, Santa Cruz, San Luis Obispo or San Mateo Counties shall not be used. Wherever possible mulch shall be made from green materials. Mulch may consist of any combination of the following products:

- **Green materials** are shrubs, tree trimmings, or clean, processed/previously used wood products (i.e., unpainted pallets) that have been chipped, shredded, or ground. Mulch produced from green trimmings *may* contain leaves or small twigs.

  – Chipping, shredding, grinding, or other method may be used to reduce the particle size green materials. Particle size must conform to either the wood chip or the shredded bark specifications listed below under "Dry Materials."

  – Green material shall be processed and have reached an internal temperature of 56°C for a minimum of 15 consecutive days. During the processing period, the green material shall have been turned a minimum of 5 times and shall have been cured for 90 days thereafter.

  – Deleterious materials such as rocks, glass, plastics, metals, clods, weeds, weed seeds, coarse objects, sticks larger than the specified particle size, salts, paint, petroleum products, pesticides or other chemical residues that would be harmful to plant or animal life shall not exceed 0.1 percent of the mulch volume.

- **Dry materials** are wood chips, tree bark, or shredded bark.

  – **Wood chips** shall be manufactured from clean wood. Wood chips produced from tree trimmings *shall not* contain leaves or small twigs. The particle size shall be between 12 mm and 80 mm in length, not less than 9 mm in width, and not less than 2 mm in thickness. At least 85 percent, by volume, of wood chips shall conform to the sizes specified.

  – **Shredded bark** shall be a mixture of shredded bark and wood. The particle size shall be between 3 mm and 40 mm in thickness and between 25 mm to 210 mm in length. It shall be free of salt and deleterious materials such as clods, coarse objects and rocks. At least 75 percent, by volume, of shredded bark shall conform to the sizes specified.

  – **Tree bark** shall have a particle size between 12 mm and 40 mm and shall be free of salt and foreign materials, such as clods, coarse objects, sticks, rocks, weeds or weed seeds.

**Placement of Mulch:**

- Mulch must be applied to provide a four- to six-inch layer.

- Mulch should not be placed in drainage facilities or within one foot of the trunks of existing trees and shrubs.



### Adopt-A-Highway

# Working With Contractors

Individuals, organizations, and businesses may adopt segments of highway and have the required adoption work performed by a Caltrans-approved, professional business through contract or agreement. Adopt-A-Highway Program literature refers to businesses hired by adopters as "contractors" and groups using contractors as "sponsor groups." A contractor can be hired to perform all or only a portion of the adoption tasks. An established adoption group can choose to hire a contractor at any time during their adoption period. Adopt-A-Highway Coordinators can provide participants with a list of Adopt-A-Highway service contractors working in their districts.

To set up this type of adoption, two Adopt-A-Highway Permit Applications must be submitted. One must be signed by the adopter and a second must be signed by contractor. Both the adopter and the contractor will be issued Encroachment Permits authorizing them to perform work on the State's right-of-way. The contractor's permit will be referred to as a "double" permit. Adopters may hire more than one contractor, but due to the additional paper work required, this is not recommended.

All contractors who work on the State's right-of-way must provide proof of insurance and licensing. Requirements vary and are detailed on the following pages. Failure of the contractor to keep their insurance policies and licenses current, or to abide by the Encroachment Permit Special Provisions, shall invalidate the contractor's permit, but not the sponsor group's permit.

## Insurance Requirements

**Liability Insurance:** Contractors with employees shall maintain $1,000,000 of general liability insurance for each occurrence, plus $2,000,000 of excess liability insurance (totalling $3,000,000).

Contractors who do not utilize paid employees shall maintain $1,000,000 in general liability insurance for each occurrence. No excess liability insurance is required for contractors without employees.

All certificates of liability insurance shall name the State of California Department of Transportation as additional insured.

**Vehicular Insurance:** Contractors shall carry $1,000,000 in vehicular liability insurance.

**Workers Compensation Insurance:** Contractors that utilize paid employees shall carry $1,000,000 in workers compensation insurance.

## Business License Requirements

Contractors must maintain business license(s) as required by each county and city where work is to be performed.

# Contractors State License Board (CSLB) Requirements

CSLB requirements for adoptions vary by activity and are detailed below. Contractors licenses must be held by an **owner** of the business who's name appears on the "double" Encroachment Permit. **Adopt-A-Highway Program guidelines do not permit subcontracting.**

---

### LITTER REMOVAL

**Hand collection of litter:**  *No contractors license is required.*

---

### GRAFFITI REMOVAL

**Painting over graffiti:**
B: General Building Contractor          *or*          C-33: Painting and Decorating Contractor

---

### WILDFLOWER OR SEEDLING TREE AND SHRUB PLANTING

**Soil preparation prior to planting (tilling, digging, and/or soil amendment):**
A: General Engineering Contractor          *or*          C-27: Landscape Contractor

**Manual planting of seedling trees, shrubs, or wildflowers:**
A: General Engineering Contractor          *or*          C-27: Landscape Contractor

**Hydroseeding or drill-seeding of wildflowers:**
A: General Engineering Contractor          *or*          C-27: Landscape Contractor
*or*          C-61/D-59: Limited Specialty/Hydroseed Spraying *(hydroseeding only)*

**Truck watering:**  *No contractors license is required.*

---

### VEGETATION CONTROL

**Hand removal of weeds:**  *No contractors license is required.*

**Mowing or weed-whipping:**  *No contractors license is required.*

**Pruning of shrubs or trees less than 15 feet in height:**  *No contractors license is required.*
*(Pruning of taller trees or shrubs is not permitted under the Adopt-A-Highway Program.)*

**Mulching:**
A: General Engineering Contractor          *or*          C-27: Landscape Contractor

**Herbicide Application:**  *No contractors license is required.*
*NOTE: Any person who engages in pest control for hire is required to be licensed by the Department of Pesticide Regulation.*

---

### MISSION BELL

**Installation of mission bell components (bell, staff, theft-resistent cable, and/or concrete footing):**
B: General Building Contractor          *or*          C-61/D34: Limited Specialty/Prefabricated Equipment

---

## Department of Pesticide Regulation Requirements

Contractors hired by adopters to perform herbicide application on the State's right-of-way must be licensed by the California Department of Pesticide Regulation (DPR). DPR's licensing requirements vary with the type of business hired and the location of the herbicide application. DPR licenses must be held by an **owner** of the business whose name appears on the Adopt-A-Highway Encroachment Permit. **The Adopt-A-Highway Program does not permit subcontracting.**

### HERBICIDE APPLICATION ON HIGHWAY ROADSIDES

Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "C. Right-of-Way" pest control category.

### HERBICIDE APPLICATION AT PARK AND RIDES

Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "C. Right-of-Way" pest control category.
*or*
Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "B. Landscape Maintenance" pest control category.
*or*
Contractor must have a Maintenance Gardener Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL or a QAC **with** the 3. "B. Landscape Maintenance" pest control category.

### PEST CONTROL RECOMMENDATION

**A Pest Control Recommendation is required by law.**

An adopter's plans and schedules must indicate that herbicides will be used, but the Pest Control Recommendation (detailing the type of herbicide and its application rate) is not due until shorty before the herbicides are applied.

Prior to each application, the adopter must submit a Pest Control Recommendation to the District Adopt-A-Highway Coordinator. The Adopt-A-Coordinator will have the Pest Control Recommendation approved by a District Landscape Specialist. Once approved, a copy will be kept in the adopter's file, a copy will be sent to the Maintenance Supervisor, and the original returned to the adopter. After application, a "Pesticide Usage Report" must be submitted to the Maintenance Supervisor.

Only Department-approved herbicides can be applied within the State's right-of-way. Caltrans Districts will provide a list of approved herbicides to adopters. Caltrans' employees will not write pest control recommendations for adopters or their contractors. Adopters must have this service provided by a DPR-licensed, Agricultural Pest Control Adviser.

# Chapter 12.  Wildflower Planting



Wildflower plantings may include wildflowers, meadow mixtures, grasses, annuals, perennials, bulbs, or any combination of these. Planting of California native species is encouraged. Wildflower plantings should be designed to reduce, not add to, maintenance efforts. The goal is to establish a self-sustaining stand of wildflowers.

**Wildflower plantings may include wildflowers, meadow mixtures, grasses, annuals, perennials, bulbs, or any combination of these.**

Successful planting projects are largely influenced by climatic conditions and site characteristics, therefore, guidelines for wildflower planting adoptions are somewhat flexible. District Adopt-A-Highway Coordinators may choose to use the following policy in its entirety or submit, in writing, policy variations that are more suited to their District. (See the *District Policy* chapter in these *Guidelines*)

## ADOPTION REQUIREMENTS

There are two wildflower program options available to participants. The first, called "Wildflower Planting," requires participants to plant and maintain wildflowers on approximately three acres (net) for a period of five years. The second, called "Spot Wildflower Planting," has no minimum acreage requirement and participants do not need to provide year-round weed control. However, Spot Wildflower Planting adoptions do not receive a courtesy sign.

In both cases, participants furnish all equipment, labor, and materials. In both cases, applicants must submit a planting plan, a work plan, and a work schedule along with their Adopt-A-Highway Permit Application. *Guidelines for Preparing Wildflower Planting Plans and Work Schedule*, shown on page 12-8, have been developed to help prospective adopters prepare these documents.



Wildflower planting and maintenance requirements are:

- Soil preparation prior to planting.

- Initial seeding. Seed application/planting rates will vary depending on the types of wildflowers chosen.

- Year-round weed control (not required for "spot" plantings).

- Soil preparation and reseeding each fall.*

- Litter removal prior to weed control activity may be included as part of the adoption.

## WORK FREQUENCY

Wildflower planting activities shall be performed per the adopter's plans and schedules. A five-year work schedule must be submitted along with each encroachment permit application. Changes to work schedules once a permit has been issued must be approved by the District Adopt-A-Highway Coordinator.

## WORK PROCEDURES

### Weed Control Method

Weed control shall be performed a minimum of two times a year or more often if necessary to keep the area in a neat condition. Weed control can be accomplished manually, by mowing, weed-whipping, applying herbicides, and/or by applying mulch. Districts should specify any preferred method(s) on the *Wildflower Planting Site Review* form. All preferences must be disclosed to potential adopters before they prepare their plans and schedules.

**Weed control shall be performed a minimum of two times a year or more often if necessary to keep the area in a neat condition.**

**Use of Herbicides**: Only Caltrans-approved herbicides may be used on the State right of way. If the adoption site is within a "no spray zone," then herbicides are not permitted. The Adopt-A-Highway

---

*At the discretion of the Maintenance Supervisor for the adopted area <u>and</u> a District Landscape Architect or a District Landscape Specialist, fall reseeding may be waived. Waivers will only be granted for one planting season at a time.



Program requires that all contractors and volunteers applying herbicides be currently licensed by the California Department of Pesticide Regulation (DPR). Volunteer groups using herbicides must be given the *Caltrans Licensing Requirements for Volunteers Using Herbicides* handout. Groups using contractors must be given the *Working With Contractors* handout. Both of these documents contain detail information regarding herbicide applicator license requirements and Pest Control Recommendation requirements.

**Use of Mulch:** Mulch composition, particle size, and method of preparation must comply with the *Caltrans Standard Specifications (July 1999), Section 20-2.08,* and the *Caltrans Standard Special Provisions, Section 20-350.* Participants who plan to use mulch as a means of vegetation control must be given the *Guidelines for Using Mulch* handout prior to preparing their plans and schedules.

## Planting Methods

Wildflowers may be sown by manual means or mechanical means (hydroseeding, drill-seeding, etc.). District Maintenance Supervisors and/or Landscape Specialist should specify any preferred species and/or method(s) on the *Wildflower Planting Site Review* form. All preferences must be disclosed to potential adopters before they prepare their plans and schedules.

## Existing Caltrans Irrigation Facilities

The existence of any Caltrans-owned irrigation and electrical installations must be noted on the back of the site review form. Because Underground Service Alert (USA) does not identify Caltrans-owned facilities, the existence of any such facilities must be disclosed to adopters before they prepare their plans and schedules.

**The existence of any Caltrans-owned irrigation and electrical installations must be noted on the back of the site review form.**

## Use of Motorized Equipment

It is recommended that only Adopt-A-Highway service contractors be permitted to use motorized equipment to perform adoption tasks. However, at the discretion of Districts, volunteers who routinely perform landscape maintenance tasks in a professional capacity, <u>may</u> be permitted to use motorized equipment.



## Use of Contractors

Adopters may hire Adopt-A-Highway service contractors to perform any or all of the tasks associated with a wildflower planting adoption. Wildflower planting contractors must maintain certain professional licenses issued by Contractors State Licensing Board, business licenses, and adequate levels of insurance. For details, refer to the *Working With Contractors* handout at the end of the chapter.

## EQUIPMENT AND SUPPLIES

*Volunteer* wildflower planting groups shall be issued safety gear (hardhats, vests, gloves, and safety glasses) during the group leader's safety orientation. Volunteer groups whose adoptions include litter removal shall also be issued litter pickers. Adopt-A-Highway contractors shall not be issued safety equipment.

All participants whose adoptions include litter removal shall be issued a supply of white litter bags with the Adopt-A-Highway logo.

Unless special arrangements are made with Caltrans, participants are expected to furnish their planting materials and equipment.

Caltrans-supplied items shall be replenished as needed throughout the permit period. Group leaders should be told where to obtain these items during their safety orientation. This is typically the local Maintenance station, however, Districts are encouraged to make special arrangements to provide equipment to remotely located, *volunteer* participants.

## COORDINATION OF MAINTENANCE ACTIVITIES

Adopt-A-Highway group leaders are instructed to notify their Maintenance Representative of their plans to work at least five working days, but no more than one month, prior to the work date in order to ensure coordination with other maintenance activities.

District Maintenance crews should not perform weed control within areas that are the adopter's responsibility. However, District Maintenance crews should continue to routinely control weeds in the median, shoulders, and other areas where adopters are forbidden to work. Caltrans weed control activities should be coordinated as closely as practical with the adopter's schedule.

**Wildflower planting contractors must maintain certain professional licenses issued by Contractors State Licensing Board, business licenses, and adequate levels of insurance.**

### District Augmentation

The District may assist *volunteer* participants by coordinating mowing, disposal of debris, provision of materials and equipment, or by allowing participants to store material and equipment on the State right of way. Such arrangements must be included in the participant's work plans and schedule.

If the group's established weed control frequency is not adequate to keep the area in and neat and clean condition, weed control may need to be augmented by State forces. In cases like this, the site's weed control frequency should be increased at time of permit renewal.

### Annual Inspection of Site

Wildflower planting adoption sites should be inspected each Spring while in bloom in order to determine whether or not the area should be reseeded during the Fall.

### COURTESY SIGNS

Adopt-A-Highway signs for wildflower planting adoptions will display both the vegetation control and the wildflower icons. *Wildflower icons may be left in place or removed after the flowering season.*

Courtesy signs must be removed from wildflower sites that are not adopted unless the District plans to <u>actively</u> <u>market</u> the site, i.e. advertise and/or solicit adopters through means other than the Adopt-A-Highway sign itself.

### ESTABLISHING WILDFLOWER PLANTING SITES

Once a potential wildflower planting site has been identified, the Maintenance Supervisor responsible for the area (or a designee) must perform a site review to determine whether or not the location is suitable for adoption. Factors examined during a wildflower planting site review include site safety, site access, planting suitability, method of planting, and method of weed control. General information regarding wildflower planting site requirements are discussed below. For more information, refer to the handouts located at the end of this chapter and to the *Site Reviews* chapter in these *Guidelines*.







## Site Size

Wildflower sites must be approximately three acres (net). Site size may vary slightly where necessary to accommodate site conditions or adjacent projects. However, if a site falls well below the minimum three-acre requirement, Districts must combine two or more locations and/or two or more adoption tasks together in order to create a more substantial work load. District Adopt-A-Highway Coordinators should make sure that the work expected to be performed by the adopters is comparable to the work performed by other adopters in the same area.

## Possible Locations

In addition to highway roadsides, bike trails, park-and-ride lots, or vista points may be adopted for wildflower planting.

Generally, wildflower plantings should be limited to non-erosive areas. Seeding of steeply sloped areas should be avoided unless hydroseeding equipment will be used. Sites that allow for large, contiguous plantings are preferred over narrow, fragmented plantings.

**Seeding of steeply sloped areas should be avoided unless hydroseeding equipment will be used.**

Adopt-A-Highway activities performed in "sensitive areas" are subject to restrictions set forth in each District's Vegetation Control Plan. Sensitive areas can be reviewed in IMMS by selecting "Vegcon reports" under the "Asset" tab and choosing "Vegcon-Sensitive Area Report."

Areas containing native plants or shrubs should not be considered.* Planting areas must be a minimum of eight feet from the roadway edge, fences, drainage facilities and/or other structures. Caltrans' irrigation systems may <u>not</u> be used to provide supplemental watering to plantings.

* For further explanation, please contact the Caltrans Headquarters Office of Landscape Architecture and/or refer to the Executive Order on Invasive Species (Executive Order 13112).



## APPROVING PLANS AND WORK SCHEDULE

Because rules governing the planting of wildflowers on State right of way are complex, *it is strongly recommended that adopters consult with a Caltrans Landscape Architect or Landscape Specialist before preparing their plans and schedule.* * If available, Caltrans may provide base plans of the proposed adoption area for reference purposes.

A District Landscape Architect or Landscape Specialist <u>and</u> the Maintenance Supervisor who will be responsible for the adoption, must review and approve the plans and schedule before the Adopt-A-Highway Permit Application can be forwarded to the Permits Branch for Processing. In addition, a Caltrans District Botanist or Biologist verify that proposed species does not pose a threat to special-status, protected plants in the area. Also, if the intended planting is adjacent to an area regulated by the U.S. Forest Service or Bureau of Land Management, the landscape person approving the plans must ensure that the chosen species is approved by those agencies.

**In addition, a Caltrans District Botanist or Biologist verify that proposed species does not pose a threat to special-status, protected plants in the area.**

District Adopt-A-Highway Coordinators should make sure that involved Caltrans Maintenance and Landscape personnel have a copy of the handout, *Guidelines for Preparing Wildflower Planting Plans and Work Schedule.*

If herbicides are to be used, the District Adopt-A-Highway Coordinator will be responsible for ensuring that the adopter who will be *applying* the herbicide is appropriately licensed <u>before</u> their application is forwarded to the Permits Branch. Volunteer groups using herbicides must be given the *Caltrans Licensing Requirements for Volunteers Using Herbicides* handout. Groups using contractors must be given the *Working With Contractors* handout. Both of these documents contain detail information regarding herbicide applicator license requirements and Pest Control Recommendation requirements.

---

\* Plantings shall be consistent with Departmental policies and standards set forth in the Caltrans *Highway Design Manual, Chapter 900, Landscape Architecture.* A copy is available at *http://www.dot.ca.gov/hq/oppd/hdm/pdf/chp0900.pdf.*



## WILDFLOWER PLANTING HANDOUTS

The handouts located on the following pages can be printed from the both the Adopt-A-Highway Internet and intranet sites.*

• Guidelines for Preparing Wildflower Planting Plans and Schedule

• Caltrans Licensing Requirements for Volunteers Using Herbicides

• Guidelines for Using Mulch

• Working with Contractors

* http://adopt-a-highway.dot.ca.gov
  http://onramp.dot.ca.gov/hq/maint/adopt/index.htm





**ADOPT·A·HIGHWAY**

# Guidelines for Preparing Wildflower Planting Plans and Work Schedule

Applicants must develop and submit the following plans and work schedule to the District Adopt-A-Highway Coordinator along with their Adopt-A-Highway Encroachment Permit Application. Applications will not be processed until these documents are received and approved. All costs incurred for adoption activities, including materials, equipment rental, and labor charges are the sole responsibility of the adopter. *It is strongly recommended that adopters consult with a Caltrans Landscape Architect or Landscape Specialist before preparing the following documents.* If available, Caltrans may provide base plans of the proposed adoption area for reference purposes.

## 1. Planting Plan(s)

Prospective adopters must provide a plan (or map) that illustrates the location of the site within the highway right of way. If the proposed location requires further clarification, a written description should be included. The plan must show where the seeds or bulbs are to be planted. The plan must list the quantity and species of the seeds or bulbs. The plan(s) must comply with the following guidelines:

**Proposed Location**

- In order to qualify for an Adopt-A-Highway sign, wildflower planting adoptions must cover approximately of three acres (net). There is no minimum acreage requirement for "spot" wildflower planting groups who will not be receiving an Adopt-A-Highway sign.

- Planting areas must be at least eight feet from the roadway edge, fences, drainage facilities or other structures.

**Proposed Plant Quantity and Species**

- Wildflower plantings may include wildflowers, meadow mixtures, grasses, annuals, perennials, bulbs, or any combination of these. Planting of California native species is encouraged.

- The type and height of the proposed species must be appropriate to the specific region and adoption site. Most wildflower suppliers will provide custom mixtures for specific geographical areas. Caltrans Districts may provide a recommended species list upon request.

- Seed application/planting rates will vary depending on the types of wildflowers chosen.

## 2. Work Plan

Your work plan must describe how the following planting and maintenance operations will be accomplished. Any assistance to be provided by Caltrans (i.e., mowing or disposal of debris) must be included in the work plan.

**Site Preparation**

- **Weed and Litter Removal:** Weeds and weed seeds will interfere with germination of your planted seeds and obstruct the display of blooms. Prior to planting you must remove weeds and litter from the area to be planted.

  - Describe of the type of weeds present.

  - Describe control method(s) to be used. Methods should take into account the type and density of weeds, soil conditions, and slopes. Typically, weed removal activities include one or more of the following tasks: hand-pulling, hoeing, mowing, weed-whipping, and/or applying herbicides.

  - Describe how any resulting vegetation debris and/or litter will be removed from the site.

- **Digging or Tilling**: Describe how you plan prepare the ground for planting.

  A list of any Caltrans-owned underground facilities, such as irrigation and electrical installations, will be supplied by Caltrans. It is the adopter's responsibility to contact the Underground Service Alert (USA) at 1-800-227-2600 for identification of underground lines that are not owned by Caltrans. USA must be called at least two full working days prior to breaking ground. If underground lines are found, you must call the Adopt-A-Highway representative listed on your Encroachment Permit before proceeding.

  - **Soil Amendment:** List what kind, and the quantity of, any soil amendments you plan to use (i.e. compost, gypsum, etc.)

  - **Fertilizer:** If recommended for the species being planted, list what kind, and the quantity of, fertilizer you plan to use.

**Planting**

- Indicate whether the wildflowers will be sown by manual means or mechanical means (hydroseeding, drill-seeding, etc.) and at what depth. Seed/bulb suppliers and/or packaging may provide procedures appropriate for your chosen species.

**Ongoing Maintenance**

- **Weed Control:** Controlling weeds at your adoption site will be your primary ongoing responsibility. Describe the method(s) you will use to control weed growth at your site. Typically, weed control includes one or more of the following tasks: hand-pulling, hoeing, mowing, weed-whipping, mulching, and/or applying herbicides.

  Note: "Spot" wildflower planting groups (who do not receive a recognition sign) are not required to provide weed control.

- **Litter Removal:** Indicate whether or not litter removal prior to weed control is required.

- If applicable, describe how any resulting vegetation debris and/or litter will be removed from the site.

- **Supplemental Watering (Optional):** Seed germination and plant growth will depend primarily on natural rainfall. However, the need for supplemental watering may be dependent on the chosen selection of wildflowers or extreme climatic conditions. If supplemental watering is necessary, describe the water source, the means by which water will be delivered to the plants, and the watering frequency. Please note that Adopt-A-Highway groups

are not permitted to use Caltrans' irrigation systems. The proposed schedule of supplemental irrigation shall meet Caltrans' current water conservation policies or requirements.

**Use of Mulch:** Mulch must be applied to provide a four- to six-inch layer. Mulch should not be placed in drainage facilities or within one-foot of the trunks of existing trees and shrubs. If you plan to use mulch, please obtain a copy of the *Guidelines for Using Mulch* handout from your District Adopt-A-Highway Coordinator before proceeding.

**Use of Herbicides:** If your work plan includes the use of herbicides, please request a copy of the *Working With Contractors* or the *Caltrans Licensing Requirements for Adopt-A-Highway Volunteers Using Herbicides* from your District Adopt-A-Highway Coordinator before proceeding.

**Use of Motorized Equipment:** It is recommended that only contractors be allowed to use motorized equipment to perform adoption tasks. However, at the discretion of Districts, volunteers that routinely perform landscape maintenance tasks in a professional capacity, <u>may</u> be permitted to use motorized equipment on State right of way.

**Use of Contractors:** If your group intends to hire a contractor to perform any portion of your adoption work, please obtain a copy of the *Working With Contractors* handout from your District Adopt-A-Highway Coordinator before proceeding.

### 3. Work Schedule for Wildflower Planting and Maintenance Activities

A proposed, five-year work schedule for planting and maintenance work must be submitted along with the planting plan and work plan. The schedule must give dates for all of the activities mentioned in your work plan. Planting and maintenance activities must be appropriate for the area's climatic conditions.

Generally, wildflower plantings are more successful if sown in the early fall, after the first rains of the season. However, if you are planting in the desert or in areas with snowfall, the best time for planting may be different.

Statewide guidelines require that you provide weed control a minimum of two times a year. You may be required to work more often if necessary to keep the area in a neat and clean condition. Plan to control weeds before they reach six inches in height or before they produce seeds. In order to avoid accidently starting a fire, do not plan to use power equipment for weed control during periods when weeds and brush are dry.

**Sample items to include in your work schedule.**

<u>Year 1</u>
• Soil preparation prior to seeding
• Initial seeding
• Supplemental watering (optional)
• Year-round weed control

<u>Following Years</u>
• Soil preparation prior to reseeding
• Reseeding*
• Supplemental watering (optional)
• Year-round weed control

*At the discretion of the Maintenance Supervisor for the adopted area <u>and</u> a District Landscape Architect or a District Landscape Specialist, fall reseeding may be waived. Waivers will only be granted for one planting season at a time.

Note: Changes to work schedules once a permit has been issued must be approved by the District Adopt-A-Highway Coordinator.

### 4. Requirements for Groups Renewing a Wildflower Adoption

All adopted wildflower sites will be reviewed by a District Maintenance field representative <u>and</u> either a District Landscape Architect or a District Landscape Specialist near the end of the permit period. If changes in adoption requirements are recommended as a result of the review, the District Adopt-A-Highway Coordinator will communicate these to the adopter at time of permit renewal.

Groups who wish to submit an application for another five-year permit period must provide a new or amended planting plan and/or work plan to reflect any changes. If there are no changes, copies of existing plans may be submitted along with the application.

Whether or not there have been any changes in the adoption requirements, all groups who reapply must provide a revised work schedule for the new permit period.



**ADOPT·A·HIGHWAY**

# Caltrans Licensing Requirements for
# Adopt-A-Highway Volunteers Using Herbicides

Due to safety and liability concerns, Caltrans requires Adopt-A-Highway <u>volunteers</u> who apply herbicides on the right of way to be licensed, even though the California Department of Pesticide Regulations (DPR) does not. Requirements vary with the location of the herbicide application and are listed below.

---

### HERBICIDE APPLICATION ON HIGHWAY ROADSIDES

The volunteer applying the herbicide must have a Qualified Applicator License (QAL) *with* the "C. Right-of-Way" pest control category.

*or*

The volunteer applying the herbicide must have a Qualified Applicator Certificate (QAC) *with* the "C. Right-of-Way" pest control category.

---

### HERBICIDE APPLICATION AT PARK AND RIDES

The volunteer applying the herbicide must have a Qualified Applicator License (QAL) *with* the "C. Right-of-Way" pest control category.

*or*

The volunteer applying the herbicide must have a Qualified Applicator Certificate (QAC) *with* the "C. Right-of-Way" pest control category.

*or*

The volunteer applying the herbicide must have a Qualified Applicator License (QAL) *with* the "B. Landscape Maintenance" pest control category.

*or*

The volunteer applying the herbicide must have a Qualified Applicator Certificate (QAC) *with* the "B. Landscape Maintenance" pest control category.

---

### PEST CONTROL RECOMMENDATION

**A Pest Control Recommendation is required by law.**

An adopter's plans and schedules must indicate that herbicides will be used, but the Pest Control Recommendation (detailing the type of herbicide and its application rate) is not due until shorty before the herbicides are applied.

Prior to <u>each</u> application, the adopter must submit a Pest Control Recommendation to the District Adopt-A-Highway Coordinator. The Adopt-A-Coordinator will have the Pest Control Recommendation approved by a District Landscape Specialist. Once approved, a copy will be kept in the adopter's file, a copy will be sent to the Maintenance Supervisor, and the original returned to the adopter. After application, a "Pesticide Usage Report" must be submitted to the Maintenance Supervisor.

Only Department-approved herbicides can be applied within the State's right-of-way. Caltrans Districts will provide a list of approved herbicides to adopters. Caltrans' employees will not write pest control recommendations for adopters or their contractors. Adopters must have this service provided by a DPR-licensed, Agricultural Pest Control Adviser.



ADOPT·A·HIGHWAY

## Guidelines for Using Mulch

Mulch composition, particle size, and method of preparation must comply with the *Caltrans Standard Specifications (July 1999), Section 20-2.08,* and the *Caltrans Standard Special Provisions, Section 20-350,* as summarized below.

Mulch materials produced from pine trees grown in Alameda, Monterey, Santa Clara, Santa Cruz, San Luis Obispo or San Mateo Counties shall not be used. Wherever possible mulch shall be made from green materials. Mulch may consist of any combination of the following products:

*   **Green materials** are shrubs, tree trimmings, or clean, processed/previously used wood products (i.e., unpainted pallets) that have been chipped, shredded, or ground.  Mulch produced from green trimmings *may* contain leaves or small twigs.

    –   Chipping, shredding, grinding, or other method may be used to reduce the particle size green materials. Particle size must conform to either the wood chip or the shredded bark specifications listed below under "Dry Materials."

    –   Green material shall be processed and have reached an internal temperature of 56˚C for a minimum of 15 consecutive days. During the processing period, the green material shall have been turned a minimum of 5 times and shall have been cured for 90 days thereafter.

    –   Deleterious materials such as rocks, glass, plastics, metals, clods, weeds, weed seeds, coarse objects, sticks larger than the specified particle size, salts, paint, petroleum products, pesticides or other chemical residues that would be harmful to plant or animal life shall not exceed 0.1 percent of the mulch volume.

*   **Dry materials** are wood chips, tree bark, or shredded bark.

    –   **Wood chips** shall be manufactured from clean wood. Wood chips produced from tree trimmings *shall not* contain leaves or small twigs. The particle size shall be between 12 mm and 80 mm in length, not less than 9 mm in width, and not less than 2 mm in thickness. At least 85 percent, by volume, of wood chips shall conform to the sizes specified.

    –   **Shredded bark** shall be a mixture of shredded bark and wood. The particle size shall be between 3 mm and 40 mm in thickness and between 25 mm to 210 mm in length. It shall be free of salt and deleterious materials such as clods, coarse objects and rocks. At least 75 percent, by volume, of shredded bark shall conform to the sizes specified.

    –   **Tree bark** shall have a particle size between 12 mm and 40 mm and shall be free of salt and foreign materials, such as clods, coarse objects, sticks, rocks, weeds or weed seeds.

**Placement of Mulch:**

*   Mulch must be applied to provide a four- to six-inch layer.

*   Mulch should not be placed in drainage facilities or within one foot of the trunks of existing trees and shrubs.



ADOPT-A-HIGHWAY

# Working With Contractors

Individuals, organizations, and businesses may adopt segments of highway and have the required adoption work performed by a Caltrans-approved, professional business through contract or agreement. Adopt-A-Highway Program literature refers to businesses hired by adopters as "contractors" and groups using contractors as "sponsor groups." A contractor can be hired to perform all or only a portion of the adoption tasks. An established adoption group can choose to hire a contractor at any time during their adoption period. Adopt-A-Highway Coordinators can provide participants with a list of Adopt-A-Highway service contractors working in their districts.

To set up this type of adoption, two Adopt-A-Highway Permit Applications must be submitted. One must be signed by the adopter and a second must be signed by contractor. Both the adopter and the contractor will be issued Encroachment Permits authorizing them to perform work on the State's right-of-way. The contractor's permit will be referred to as a "double" permit. Adopters may hire more than one contractor, but due to the additional paper work required, this is not recommended.

All contractors who work on the State's right-of-way must provide proof of insurance and licensing. Requirements vary and are detailed on the following pages. Failure of the contractor to keep their insurance policies and licenses current, or to abide by the Encroachment Permit Special Provisions, shall invalidate the contractor's permit, but not the sponsor group's permit.

## Insurance Requirements

**Liability Insurance:** Contractors with employees shall maintain $1,000,000 of general liability insurance for each occurrence, plus $2,000,000 of excess liability insurance (totalling $3,000,000).

Contractors who do not utilize paid employees shall maintain $1,000,000 in general liability insurance for each occurrence. No excess liability insurance is required for contractors without employees.

All certificates of liability insurance shall name the State of California Department of Transportation as additional insured.

**Vehicular Insurance:** Contractors shall carry $1,000,000 in vehicular liability insurance.

**Workers Compensation Insurance:** Contractors that utilize paid employees shall carry $1,000,000 in workers compensation insurance.

## Business License Requirements

Contractors must maintain business license(s) as required by each county and city where work is to be performed.

## Contractors State License Board (CSLB) Requirements

CSLB requirements for adoptions vary by activity and are detailed below. Contractors licenses must be held by an **owner** of the business who's name appears on the "double" Encroachment Permit. **Adopt-A-Highway Program guidelines do not permit subcontracting.**

---

### LITTER REMOVAL

**Hand collection of litter:**  *No contractors license is required.*

---

### GRAFFITI REMOVAL

**Painting over graffiti:**
B: General Building Contractor          *or*          C-33: Painting and Decorating Contractor

---

### WILDFLOWER OR SEEDLING TREE AND SHRUB PLANTING

**Soil preparation prior to planting (tilling, digging, and/or soil amendment):**
A: General Engineering Contractor          *or*          C-27: Landscape Contractor

**Manual planting of seedling trees, shrubs, or wildflowers:**
A: General Engineering Contractor          *or*          C-27: Landscape Contractor

**Hydroseeding or drill-seeding of wildflowers:**
A: General Engineering Contractor          *or*          C-27: Landscape Contractor
*or*          C-61/D-59: Limited Specialty/Hydroseed Spraying *(hydroseeding only)*

**Truck watering:**  *No contractors license is required.*

---

### VEGETATION CONTROL

**Hand removal of weeds:**  *No contractors license is required.*

**Mowing or weed-whipping:**  *No contractors license is required.*

**Pruning of shrubs or trees less than 15 feet in height:**   *No contractors license is required.*
*(Pruning of taller trees or shrubs is not permitted under the Adopt-A-Highway Program.)*

**Mulching:**
A: General Engineering Contractor          *or*          C-27: Landscape Contractor

**Herbicide Application:**  *No contractors license is required.*
*NOTE: Any person who engages in pest control for hire is required to be licensed by the Department of Pesticide Regulation.*

---

### MISSION BELL

**Installation of mission bell components (bell, staff, theft-resistent cable, and/or concrete footing):**
B: General Building Contractor          *or*          C-61/D34: Limited Specialty/Prefabricated Equipment

# Department of Pesticide Regulation Requirements

Contractors hired by adopters to perform herbicide application on the State's right-of-way must be licensed by the California Department of Pesticide Regulation (DPR). DPR's licensing requirements vary with the type of business hired and the location of the herbicide application. DPR licenses must be held by an **owner** of the business whose name appears on the Adopt-A-Highway Encroachment Permit. **The Adopt-A-Highway Program does not permit subcontracting.**

### HERBICIDE APPLICATION ON HIGHWAY ROADSIDES

Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "C. Right-of-Way" pest control category.

### HERBICIDE APPLICATION AT PARK AND RIDES

Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "C. Right-of-Way" pest control category.
_or_
Contractor must have a Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL **with** the "B. Landscape Maintenance" pest control category.
_or_
Contractor must have a Maintenance Gardener Pest Control Business License **and** have at least one person in a supervisory position that holds a QAL or a QAC **with** the 3. "B. Landscape Maintenance" pest control category.

### PEST CONTROL RECOMMENDATION

**A Pest Control Recommendation is required by law.**

An adopter's plans and schedules must indicate that herbicides will be used, but the Pest Control Recommendation (detailing the type of herbicide and its application rate) is not due until shorty before the herbicides are applied.

Prior to _each_ application, the adopter must submit a Pest Control Recommendation to the District Adopt-A-Highway Coordinator. The Adopt-A-Coordinator will have the Pest Control Recommendation approved by a District Landscape Specialist. Once approved, a copy will be kept in the adopter's file, a copy will be sent to the Maintenance Supervisor, and the original returned to the adopter. After application, a "Pesticide Usage Report" must be submitted to the Maintenance Supervisor.

Only Department-approved herbicides can be applied within the State's right-of-way. Caltrans Districts will provide a list of approved herbicides to adopters. Caltrans' employees will not write pest control recommendations for adopters or their contractors. Adopters must have this service provided by a DPR-licensed, Agricultural Pest Control Adviser.

# Chapter 13. Mission Bell Adoption

The goal of mission bell adoptions is to re-establish public aware-ness of the El Camino Real. Permission to place bells was granted to the Department in 1959.

**CHAPTER 69**

*Assembly Concurrent Resolution No. 52—Relative to the placement of mission bells along El Camino Real.*

[Filed with Secretary of State, February 20, 1959]

WHEREAS, El Camino Real is the highway which most typifies the tradition and the rich history of early California; and



WHEREAS, During many years the route of El Camino Real was marked by the placement of mission bells, which served as a point of interest for Californians and for thousands of visitors to this State and which have become a nationwide symbol of California; and

WHEREAS, many of the mission bells have become lost or destroyed and it has been discovered that a limited number have been preserved by private persons or civic organiza-tions; now, therefore, be it

*Resolved by the Assembly of the State of California, the Senate thereof concurring,* That the Division of Highways, Department of Public Works is here by requested and authorized to receive an erect such bells as may be make available to the department from any source at locations which it deems most appropriate to mark the original route of El Camino Real and to result in the least possible hazard to traffic upon the highways; and be it further

*Resolved,* That the Chief Clerk is directed to transmit a copy of this resolution to the Director of Public Works.



## BACKGROUND

The California Federation of Women's Clubs and the Automobile Club of Southern California were two of the primary organizations responsible for installation of the original mission bells between 1906 and 1909. The original bells were placed at locations that were believed to be on the original alignment of the El Camino Real. Over time portions of the mission trail became state property, were upgraded to highway or freeway status, and in some locations the route was altered from the original El Camino Real alignment.

Participation in this Adopt-A-Highway program element was first available to The California Federation of Women's Clubs (CFWC), its member chapters, and co-sponsors they so identified. The CFWC were required to submit an adoption plan and time line to the Manager, Maintenance Program, for the repair and maintenance of the original 116 locations by February 28, 1998. This plan included the mission bell marker locations desired by the CFWC and an installation schedule for each location.

Any existing mission bell marker locations that were not adopted by February 28, 1999 were to be made available to any interested parties on a first-come, first-served basis.

## ADOPTION REQUIREMENTS

Guidelines for mission bell adoptions are currently being revised and it is anticipated that requirements for mission bell locations and for adopter's responsibilities will be substantially changed.

Therefore, beginning April 1, 2006, no new permits for mission bell adoptions will be issued. This includes permit "renewals." When the new guidelines are complete, mission bells will once again be offered for adoption.

When an existing permit comes due for renewal, a letter must be sent to the adopter explaining the reason why they are not being offered the option to renew their permit. The adopter must be given the option to be placed first on the waiting list for the site.



# Chapter 15.  District Policy



District Adopt-A-Highway Coordinators may develop program policy variations which are more suited to their districts. District policies may be more restrictive than those stated in these *Guidelines*, but they should not be less restrictive.

District policy variations are subject to approval by the statewide Adopt-A-Highway Program Coordinator and the Chief, Office of Roadside Maintenance. Statewide guidelines and corresponding district variations are listed side-by-side on the following pages. Only districts with policy variations are shown.

**Only districts with policy variations are shown.**

**Contents:**

Signs at Available Sites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  15-2

Use of Minors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  15-2

Multiple Adoption by a Single Group  . . . . . . . . . . . . . . . . . .  15-3

Blanket Waiting List Entries . . . . . . . . . . . . . . . . . . . . . . . . .  15-3

Litter Removal Pickup Frequencies . . . . . . . . . . . . . . . . . . . .  15-4



| REFERENCE PAGE, SECTION HEADING, STATE WIDE POLICY | DISTRICT POLICY VARIATION |
|---|---|
| **Adopt-A-Highway Signs, 2-5**<br><br>**Signs at Available Sites**<br><br>**Litter Removal Sites:** Courtesy signs for litter removal adoptions should remain in place once installed....<br><br>**Non-Litter Sites:** The entire courtesy sign assembly must be removed from vacant non-litter sites. Variations to this sign-removal policy must be submitted, in writing, to the Statewide Adopt-A-Highway Coordinator for approval and inclusion in the *District Policy* chapter of these *Guidelines*. | **District 8**<br><br>Courtesy signs for litter removal <u>and</u> graffiti removal adoptions shall remain in place once installed... |
| **Encroachment Permits, 3-1**<br><br>**Use of Minors**<br><br>Minors, aged 16 and 17, may participate provided that there is one adult supervisor present at the site for every five minors working. Adult supervisors must be at least 21 years old and must walk along with the group. Participants, aged 18 and older, do not require additional adult supervision. Districts choosing to restrict participation to adults, aged 18 and older, are listed in the *District Policy* chapter of these *Guidelines*. | **District 3**<br><br>No minors on roadsides.<br>16+ permitted at Park and Rides<br><br>**District 7**<br><br>No minors on roadsides.<br>16+ permitted at Park and Rides<br><br>**District 8**<br><br>No minors on roadsides.<br>16+ permitted at Park and Rides<br><br>**District 9**<br><br>Minors under the age of 18 are not permitted to participate in adoptions that are located on access-controlled (freeway) portions of Highways 58 and 14.<br><br>**District 12**<br><br>No minors at any location. |



| REFERENCE PAGE, SECTION HEADING, STATE WIDE POLICY | DISTRICT POLICY VARIATION |
| --- | --- |
| **Encroachment Permits, 3-2**<br><br>## Multiple Adoptions by a Single Group<br><br>Multiple adoptions by the same group are permitted. However, Districts may not issue more than ten encroachment permits per group, regardless of whether or not there are available sites. Districts with extensive waiting lists may further restrict the number of adoptions per group. Districts choosing the statewide guideline are listed in the *District Policy* chapter of these *Guidelines.* | **District 5**<br><br>Only one adoption per group is permitted on any single highway in the District.<br><br>**District 7**<br><br>Only three adoption per group are permitted in the District. Any combination of highways can be used, including three adoptions on a single highway.<br><br>**District 8**<br><br>Groups adopting in remote areas on I-15, from PM 76-186.23, and I-40, from R4 - R154.64, are permitted to have more than 10 locations. Groups will be asked to give up section(s) if a waiting list develops. |
| **Encroachment Permits, 3-4**<br><br>## Blanket Waiting List Entries<br><br>District AAH Coordinators have the <u>option</u> of allowing applicants to wait for "any site" on a single highway... Districts who do not accept blanket waiting list entries must inform the Statewide Adopt-A-Highway Coordinator of their policy. These Districts are listed in the *District Policy* chapter of these *Guidelines.* | **District 3**<br><br>Not accepted.<br><br>**District 4**<br><br>Not accepted.<br><br>**District 5**<br><br>Not accepted.<br><br>**District 8**<br><br>Not accepted. |



| REFERENCE PAGE, SECTION HEADING, STATE WIDE POLICY | DISTRICT POLICY VARIATION |
|---|---|

**Litter Removal Adoptions, 8-1**

## Litter Removal Pickups Frequencies

The minimum pickup frequency for litter removal adoptions on two-mile highway segments is six times per year...

.Some Adopt-A-Highway sites are located on routes that cannot be worked for underline three or more consecutive months due to extreme weather conditions. Districts with such sites may submit, in writing, a District policy permitting adoptions on those routes to have a minimum pickup frequency of four times per year. Specific route numbers and post mile ranges must be identified. (See the *District Policy* chapter in these *Guidelines*.)

### District 2

All litter removal sites in District 2 have a minimum pickup frequency of four times per year underline except for the areas listed below. These have a minimum pickup frequency of 6 times per year.

| CO | HWY | PM RANGE |
|---|---|---|
| TEH | 5 | ALL |
| SHA | 5 | ALL |

### District 5

Litter removal sites in the following areas have a minimum pickup frequency of four times per year.

| CO | HWY | PM RANGE |
|---|---|---|
| SB | 33 | 00.00 - 8.18 |
| SB | 166 | 27.50 - 74.72 |
| SLO | 58 | 33.00 - 57.15 |
| SLO | 229 | 5.59 - 9.16 |
| MON | 01 | 22.00 - 24.00 |
| MON | 25 | 00.00 - 11.75 |
| MON | 198 | 00.00 - 25.79 |

### District 6

Litter removal sites in the following areas have a minimum pickup frequency of four times per year.

| CO | HWY | PM RANGE |
|---|---|---|
| FRE | 168 | 49.6 - 65.9 |
| FRE | 180 | 116.8 - END |

*Continued on next page.*



*Adopt-A-Highway Program Guidelines and Coordinators Handbook*

| REFERENCE PAGE, SECTION HEADING, STATE WIDE POLICY | DISTRICT POLICY VARIATION |
| --- | --- |

Litter Removal Adoptions, 8-1

***Litter Removal Pickup Frequencies, Continued***

**District 9**

Litter removal sites in the following areas will have a minimum pickup frequency of four times per year.

| CO | HWY | PM RANGE |
| --- | --- | --- |
| MO | 108 | 0.0 – 15.14 |
| MO | 120 | 0.0 – 58.99 |
| MO | 158 | 0.0 – 15.83 |
| MO | 167 | 0.0 – 21.33 |
| MO | 182 | 0.0 – 12.65 |
| MO | 203 | 0.0 – 8.67 |
| MO | 266 | 0.0 – 11.72 |
| MO | 270 | 0.0 – 13.30 |
| MO | 395 | 0.0 – 120.49 |