BRUCE A. BEHRENS, Chief Counsel
JEFFREY R. BENOWITZ, Deputy Chief Counsel
    CBN 169151
GLENN B. MUELLER, Assistant Chief Counsel
JOHN FREDERICK SMITH, Assistant Chief Counsel
STEPHANIE D. MARTIN, CBN 242658
State of California, Department of Transportation
Legal Division
4050 Taylor Street, MS-130
San Diego, CA  92110
Tele: (619) 688-2531  Fax: (619) 688-6905
Attorneys for Defendant, STATE OF CALIFORNIA
acting by and through the DEPARTMENT OF TRANSPORTATION;
DALE BONNER, WILL KEMPTON and PEDRO ORSO-DELGADO

# UNITED STATES DISTRICT COURT

## Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTEMEN, An Unincorporated Association,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA BUSINESS TRANSPORTATION AND HOUSING AGENCY'S DEPARTMENT OF TRANSPORTATION; DALE BONNER, Individually and in his Official Capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON, Individually and in his Official Capacity as Caltrans Director; PEDRO ORSO-DELGADO, Individually and in his Official Capacity as Caltrans District Director and DOES 1 through 10,<br><br>    Defendant | Case No.: 08 CV 0210 WQH RBB<br><br>CERTIFICATE OF SERVICE BY ELECTRONIC CASE FILING |

I hereby certify that on February 27, 2008, I electronically filed the following documents:

**1. Amended Notice of Motion and Motion to Dismiss Complaint Per Federal Rule of Civil Procedure 12(b)(1); (2); and (6)**; **2. Amended Memorandum of Points and Authorities in Support of Motion to Dismiss;   3. Amended Request for Judicial Notice,** with the clerk of the court using the CM/ECF system which will send notification of such filing to the following:

///

///

///

1  **Attorney General**
   State of California
2  Office of the Attorney General
   110 West A Street, Suite 1100
3  San Diego, CA 92101-5266
   (619)645-2076 (619)645-2313 (fax)
4  docketingsdawt@doj.ca.gov

5  **Lowell Robert Fuselier**
   Kaloogian & Fuselier LLP
6  2382 Faraday Avenue, Suite 130
   Carlsbad, CA 92008
7  (760)522-1802 (760)431-1116 (fax)
   cajun@pacbell.net
8  Attorney for Plaintiff, San Diego Minutemen

9

10 Dated: 2/27/08
                                   s/ Analise Levenson
11                                 E-mail: analise_levenson@dot.ca.gov

12

[line numbers 13–28 blank]

08CV0210

Certificate of Service