BRUCE A. BEHRENS, Chief Counsel
JEFFREY R. BENOWITZ, Deputy Chief Counsel
    CBN 169151
GLENN B. MUELLER, Assistant Chief Counsel
JOHN FREDERICK SMITH, Assistant Chief Counsel
STEPHANIE D. MARTIN, CBN 242658
State of California, Department of Transportation
Legal Division
4050 Taylor Street, MS-130
San Diego, CA 92110
Tele: (619) 688-2531  Fax: (619) 688-6905
Attorneys for Defendant, STATE OF CALIFORNIA
acting by and through the DEPARTMENT OF TRANSPORTATION;
DALE BONNER, WILL KEMPTON and PEDRO ORSO-DELGADO

UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTEMEN, An Unincorporated Association,<br><br>Plaintiff,<br>vs.<br>CALIFORNIA BUSINESS TRANSPORTATION AND HOUSING AGENCY'S DEPARTMENT OF TRANSPORTATION; DALE BONNER, Individually and in his Official Capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON, Individually and in his Official Capacity as Caltrans Director; PEDRO ORSO-DELGADO, Individually and in his Official Capacity as Caltrans District Director and DOES 1 through 10,<br><br>Defendant | Case No.: 08 CV 0210 WQH RBB<br><br>CERTIFICATE OF SERVICE BY ELECTRONIC CASE FILING |

I hereby certify that on March 14, 2008, I electronically filed the following document:

**DEFENDANTS' OBJECTION AND OPPOSITION TO PLAINTIFF'S APPLICATION FOR EARLY DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES**

with the clerk of the court using the CM/ECF system which will send notification of such filing to the following:

///

///

///

**Lowell Robert Fuselier**
Kaloogian & Fuselier LLP
2382 Faraday Avenue, Suite 130
Carlsbad, CA 92008
(760)522-1802 (760)431-1116 (fax)
cajun@pacbell.net
Attorney for Plaintiff, San Diego Minutemen

Dated: March 14, 2008

_____
ANALISE LEVENSON

08CV0210

Certificate of Service