**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SAN DIEGO MINUTEMEN v.
CAL. BUSINESS, TRANSPORTATION AND HOUSING AGENCY         Case No. 08cv0210 WQH(RBB)
                                                          **Time Spent:** _____

HON. RUBEN B. BROOKS         CT. DEPUTY VICKY LEE                         Rptr.

                              Attorneys
        Plaintiffs                          Defendants

David Hayek                          Jeff Benowitz
                                     Stephanie Martin


PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

On March 14, 2008, Defendants filed their Objection and Opposition to Plaintiff's Application for Early Discovery [doc. no. 21]. The Court had previously found good cause for Expedited Discovery and granted Plaintiff's Ex Parte Application for Expedited Discovery on February 4, 2008 [doc. no. 10].

After considering the Defendants' Objection, the Court reaffirms its finding of good cause for expedited discovery. Good cause exists when "the need for expedited discovery, in consideration of the administration of justice, outweighs the prejudice to the responding party." Semitool, Inc. v. Tokyo Electron America, Inc., 208 F.R.D. 273, 276 (N.D. Cal. 2002). Even Stanley v. University of Southern California, 13 F.3d 1313, 1326 (9th Cir. 1994), cited by Defendants, does not support their objection. In Stanley, the court noted that the Plaintiff requesting injunctive relief could have sought a court order for discovery to support her motion for a preliminary injunction. Id. Defendants' objection is overruled.


DATE: March 17, 2008         IT IS SO ORDERED:   _Ruben Brooks_
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Hayes                              INITIALS: VL (mg/irc) Deputy
    All Parties of Record