1  Howard Kaloogian, State Bar No. 118954
   Lowell Robert Fuselier, State Bar No. 14070
2  David T. Hayek, State Bar No. 144116
   Kaloogian & Fuselier LLP
3  2382 Faraday Avenue, Suite 130
   Carlsbad, California 92008
4  Tel. 760-522-1802
   Fax. 760-431-1116
5  **Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
## Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTE MEN | Case Number: 08CV0210 WQH [RBB] |
| Plaintiff, | PLAINTIFF'S *EX PARTE* MOTION FOR ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON 1) PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [Doc # 13] AND 2) DEFENDANT'S MOTION TO DISMISS [Doc #19] |
| vs. | |
| DALE BONNER in his Official Capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON in his Official Capacity as CalTrans Director; PEDRO ORSO-DELGADO in his Official Capacity as Caltrans District Director and DOES 1 through 50, | |
| Defendants. | |

**TO EACH PARTY AND RESPECTIVE COUNSEL OF RECORD HEREIN:**

Plaintiff, SAN DIEGO MINUTEMEN, hereby moves the Court for an Order, *ex parte* to continue the hearing on Plaintiff's Motion for Preliminary Injunction [Doc #13] and Defendants' Motion to Dismiss [Doc #19] for a period of 14 days, or as soon thereafter as the matter may be heard by this Court, with a commensurate continuance in the briefing schedule, as a result of Defendant Pedro Orso-Delgado's inability and failure to appear for deposition as Ordered by this Court (Brooks, Magistrate)[Doc #10, Doc#22] for reasons of health.

1

1     This motion is made on the grounds that this Court has already determined that good cause exists for Plaintiff taking the deposition of Mr. Orso-Delgado [Doc #22] and that Mr. Orso-Delgado's unavailability is beyond the control of Plaintiff and Plaintiff should not be prejudiced thereby by requiring Plaintiff to file papers with respect to the pending motions without the benefit of Mr. Orso-Delgado's deposition.

    This motion is based on the instant application and the accompanying Declaration of Lowell Robert Fuselier, Esq. in support of the instant application, which is incorporated herein by this reference as though fully set forth at length hereat.

## CONCLUSION

    For the reasons set forth above and in the accompanying papers, Plaintiff asks the Court to grant the relief requested herein.

DATED:    March 20, 2008

                                  /s/ L. Robert Fuselier
                              Lowell Robert Fuselier, Esq.
                              David T. Hayek, Esq.
                              Kaloogian & Fuselier, LLP

                              Attorneys for Plaintiff