1 Howard Kaloogian, State Bar No. 118954
Lowell Robert Fuselier, State Bar No. 140701
2 David T. Hayek, State Bar No. 144116
Kaloogian & Fuselier LLP
3 2382 Faraday Avenue, Suite 130
Carlsbad, California 92008
4 Tel. 760-522-1802
Fax. 760-431-1116
5 **Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
## Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTE MEN ) | Case Number: 08CV0210 WQH [RBB] |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| DALE BONNER in his Official Capacity ) as Agency Director, Business, ) Transportation and Housing Agency; ) WILL KEMPTON in his Official ) Capacity as CalTrans Director; PEDRO ) ORSO-DELGADO in his Official ) Capacity as Caltrans District Director and ) DOES 1 through 50, ) | |
| Defendants. ) | |

20 I hereby certify that on March 20, 2008 I electronically filed the following documents:

21 **1) PLAINTIFF'S *EX PARTE* MOTION FOR ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON 1) PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [Doc # 13] AND 2) DEFENDANT'S MOTION TO DISMISS [Doc #19]** and **2) DECLARATION OF LOWELL ROBERT FUSELIER, ESQ.**, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

//
//
//

1

1 | Jeffrey R. Benowitz, Esq.
  | Office of General Counsel
2 | California Department of Transportation
  | M/S 130
3 | 4050 Taylor Street
  | San Diego, California 92110
4 | (619) 688-2351
  | (619) 688-6905 (Facsimile)
5 | jeffrey_r_benowitz@dot.ca.gov
  | **Attorneys for California Department of Transportation,**
6 | **Dale Bonner, Will Kempton and Pedro Orso-Delgado**

7 | Attorney General
  | State of California
8 | Office of the Attorney General
  | 110 West A Street, Suite 1100
9 | San Diego, CA 92101-5266
  | (619)645-2076 (619)645-2313 (fax)
10 | docketingsdawt@doj.ca.gov

11 | Dated: March 20, 2008

12 |                                                /s/ David T. Hayek
   |                                          david_hayek@sbcglobal.net