Howard Kaloogian, State Bar No. 118954
Lowell Robert Fuselier, State Bar No. 140701
David T. Hayek, State Bar No. 144116
Kaloogian & Fuselier LLP
2382 Faraday Avenue, Suite 130
Carlsbad, California 92008
Tel. 760-522-1802
Fax. 760-431-1116
**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
## Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTE MEN ) | Case Number: 08CV0210 WQH [RBB] |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| DALE BONNER in his Official Capacity ) as Agency Director, Business, ) Transportation and Housing Agency; ) WILL KEMPTON in his Official ) Capacity as CalTrans Director; PEDRO ) ORSO-DELGADO in his Official ) Capacity as Caltrans District Director and ) DOES 1 through 50, ) | |
| Defendants. ) | |

I hereby certify that on April 25, 2008, I electronically filed the following documents:

**1) PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1), (2) AND (6)** and

**2) DECLARATION OF LOWELL ROBERT FUSELIER, ESQ.**, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

//

//

//

1

---

CERTIFICATE OF SERVICE           08CV0210 WQH (RBB)

1  Jeffrey R. Benowitz, Esq.
   Legal Department
2  California Department of Transportation
   M/S 130
3  4050 Taylor Street
   San Diego, California 92110
4  (619) 688-2351
   (619) 688-6905 (Facsimile)
5  jeffrey_r_benowitz@dot.ca.gov
   **Attorneys for California Department of Transportation,**
6  **Dale Bonner, Will Kempton and Pedro Orso-Delgado**

7

   Dated: April 25, 2008
8                                    /s/ David T. Hayek
                                    david_hayek@sbcglobal.net
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28