1  BRUCE A. BEHRENS, Chief Counsel
   JEFFREY R. BENOWITZ, Deputy Chief Counsel
2       CBN 169151
   GLENN B. MUELLER, Assistant Chief Counsel
3  JOHN FREDERICK SMITH, Assistant Chief Counsel
   STEPHANIE D. MARTIN, CBN 242658
4  State of California, Department of Transportation
   Legal Division
5  4050 Taylor Street, MS-130
   San Diego, CA 92110
6  Tele: (619) 688-2531  Fax: (619) 688-6905
   Attorneys for Defendant, STATE OF CALIFORNIA
7  acting by and through the DEPARTMENT OF TRANSPORTATION;
   DALE BONNER, WILL KEMPTON and PEDRO ORSO-DELGADO
8

9                  UNITED STATES DISTRICT COURT

10                  Southern District of California

11 SAN DIEGO MINUTEMEN, An Unincorporated )  Case No.: 08 CV 0210 WQH RBB
   Association,                          )
12                                        )
                                          )
13         Plaintiff,                     )
       vs.                                )
14 CALIFORNIA BUSINESS TRANSPORTATION)
   AND HOUSING AGENCY'S DEPARTMENT )  CERTIFICATE OF SERVICE BY
15 OF TRANSPORTATION; DALE BONNER,  )  ELECTRONIC CASE FILING
   Individually and in his Official Capacity as )
16 Agency Director, Business, Transportation and )
   Housing Agency; WILL KEMPTON, Individually )
17 and in his Official Capacity as Caltrans Director; )
   PEDRO ORSO-DELGADO, Individually and in )
18 his Official Capacity as Caltrans District Director )
   and DOES 1 through 10,                 )
19                                         )
           Defendant                       )
20 _____)

21

22     I hereby certify that on April 25, 2008, I electronically filed the following document:

23 **DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR A PRELIMINARY**

24 **INJUNCTION** with the clerk of the court using the CM/ECF system which will send

25 notification of such filing to the following:

26 / / /

27 / / /

28 / / /

Certificate of Service

08CV0210

| | |
|---|---|
| 1 | **Lowell Robert Fuselier** |
| 2 | Kaloogian & Fuselier LLP |
|   | 2382 Faraday Avenue, Suite 130 |
| 3 | Carlsbad, CA 92008 |
|   | (760)522-1802 (760)431-1116 (fax) |
| 4 | cajun@pacbell.net |
|   | Attorney for Plaintiff, San Diego Minutemen |

Dated:  April 25, 2008

_[signature]_
ANALISE LEVENSON

08CV0210

Certificate of Service