Howard Kaloogian, State Bar No. 118954
Lowell Robert Fuselier, State Bar No. 14070
David T. Hayek, State Bar No. 144116
Kaloogian & Fuselier LLP
2382 Faraday Avenue, Suite 130
Carlsbad, California 92008
Tel. 760-522-1802
Fax. 760-431-1116
**Attorneys for Plaintiffs**

FILED
APR 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTE MEN, <br><br> Plaintiff, <br><br> vs. <br><br> DALE BONNER in his Official Capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON in his Official Capacity as CalTrans Director; PEDRO ORSO-DELGADO in his Official Capacity as Caltrans District Director and DOES 1 through 50, <br><br> Defendants. | Case Number: 08CV0210 WQH [RBB] <br><br> **DECLARATION AND NOTICE OF LODGEMENT OF DEPOSITION TRANSCRIPTS OF DEPOSITIONS OF WILLIAM ALAN KEMPTON AND PEDRO ORSO-DELGADO** <br><br> Hearing Date: April 17, 2008 <br> Hearing Time: 1:30 p.m. <br> Courtroom: Courtroom 4 <br> Judge: William Q. Hayes |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Lowell Robert Fuselier Declare:

1. Attached for lodgement with the court are the following true and correct copies of the described documents in support of Plaintiff's Motion for Preliminary Injunction [Doc #13] and in opposition to Defendants' Motion to Dismiss [Doc #19], each scheduled for hearing on May 9, 2008, at 1:30 a.m. in Courtroom 4 of the above-entitled Court:

1

1 | Exhibit 1    Deposition transcript of the deposition of William Allen Kempton taken on
2 |              March 20, 2008 (without exhibits); and
3 | Exhibit 2    Deposition transcript of the deposition of Pedro Orso-Delgado on April 8, 2008
4 |              (with Exhibit 16 only).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 29th day of April, 2008, at Carlsbad, California.

_____
Lowell Robert Fuselier, Esq.