1  Howard Kaloogian, State Bar No. 118954
   Lowell Robert Fuselier, State Bar No. 140701
2  David T. Hayek, State Bar No. 144116
   Kaloogian & Fuselier LLP
3  2382 Faraday Avenue, Suite 130
   Carlsbad, California 92008
4  Tel. 760-522-1802
   Fax. 760-431-1116
5  **Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
### Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTE MEN | Case Number: 08CV0210 WQH [RBB] |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| DALE BONNER in his Official Capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON in his Official Capacity as CalTrans Director; PEDRO ORSO-DELGADO in his Official Capacity as Caltrans District Director and DOES 1 through 50, | |
| Defendants. | |

I hereby certify that on May 6, 2008, I electronically filed the following documents:

**1) SUPPLEMENTAL DECLARATION OF LOWELL ROBERT FUSELIER, ESQ. (with Exhibits)**, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

//
//
//
//

1

| | |
|---|---|
| 1 | Jeffrey R. Benowitz, Esq.<br>Legal Department |
| 2 | California Department of Transportation<br>M/S 130 |
| 3 | 4050 Taylor Street<br>San Diego, California 92110 |
| 4 | (619) 688-2351<br>(619) 688-6905 (Facsimile) |
| 5 | jeffrey_r_benowitz@dot.ca.gov<br>**Attorneys for California Department of Transportation,** |
| 6 | **Dale Bonner, Will Kempton and Pedro Orso-Delgado** |

Dated: May 6, 2008

                                            /s/ David T. Hayek
                                          david_hayek@sbcglobal.net