```
 1  BRUCE A. BEHRENS, Chief Counsel
    JEFFREY R. BENOWITZ, Deputy Chief Counsel
 2       CBN 169151
    GLENN B. MUELLER, Assistant Chief Counsel
 3  JOHN FREDERICK SMITH, Assistant Chief Counsel
    STEPHANIE D. MARTIN, CBN 242658
 4  State of California, Department of Transportation
    Legal Division
 5  4050 Taylor Street, MS-130
    San Diego, CA  92110
 6  Tele: (619) 688-2531  Fax: (619) 688-6905
    Attorneys for Defendant, STATE OF CALIFORNIA
 7  acting by and through the DEPARTMENT OF TRANSPORTATION;
    DALE BONNER, WILL KEMPTON and PEDRO ORSO-DELGADO
 8
```

## UNITED STATES DISTRICT COURT

### Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTEMEN, An Unincorporated Association, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA BUSINESS TRANSPORTATION AND HOUSING AGENCY'S DEPARTMENT OF TRANSPORTATION; DALE BONNER, Individually and in his Official Capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON, Individually and in his Official Capacity as Caltrans Director; PEDRO ORSO-DELGADO, Individually and in his Official Capacity as Caltrans District Director and DOES 1 through 10, <br><br> Defendant | Case No.: 08 CV 0210 WQH RBB <br><br> CERTIFICATE OF SERVICE BY ELECTRONIC CASE FILING |

I hereby certify that on July 25, 2008, I electronically filed the following document: **DEFENDANTS' ANSWER TO COMPLAINT** with the clerk of the court using the CM/ECF system which will send notification of such filing to the following:

/ / /

/ / /

/ / /

/ / /

08CV0210

Certificate of Service

1  **Lowell Robert Fuselier**
   Kaloogian & Fuselier LLP
2  2382 Faraday Avenue, Suite 130
   Carlsbad, CA 92008
3  (760)522-1802 (760)431-1116 (fax)
   cajun@pacbell.net
4  Attorney for Plaintiff, San Diego Minutemen

5

6  Dated: July 25, 2008

7                                          _____
                                            ANALISE LEVENSON
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28