1   Howard Kaloogian, State Bar No. 118954
    Lowell Robert Fuselier, State Bar No. 140701
2   David T. Hayek, State Bar No. 144116
    Kaloogian & Fuselier LLP
3   2382 Faraday Avenue, Suite 130
    Carlsbad, California 92008
4   Tel.  760-522-1802
    Fax  760-431-1116
5
    **Attorneys for Plaintiffs**
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **Southern District of California**
10

11

12  SAN DIEGO MINUTEMEN, An            )   Case Number: 08 CV 0210 WQH RBB
    Unincorporated Association,        )
13                                     )   **PLAINTIFF'S NOTICE OF**
                         Plaintiff,    )   **MOTION FOR LEAVE TO FILE A**
14       vs.                           )   **FIRST AMENDED COMPLAINT**
                                       )
15  CALIFORNIA BUSINESS,               )   **Hearing Date:    October 27, 2008**
    TRANSPORTATION AND HOUSING         )   **Hearing Time:    11:00 a.m.**
    AGENCY'S DEPARTMENT OF             )   **Court:           Courtroom 4**
16  TRANSPORTATION; DALE BONNER        )
    in his Official Capacity as Agency )
17  Director, Business, Transportation and )   **NO ORAL ARGUMENT UNLESS**
    Housing Agency; WILL KEMPTON in    )   **REQUESTED BY THE COURT**
18  his Official Capacity as CalTrans  )
    Director; PEDRO ORSO-DELGADO in    )
19  his Official Capacity as Caltrans District )
    Director and DOES 1 through 50,    )
20                                     )
                         Defendants.   )
21

22  TO THE PARTIES AND THEIR RESPECTIVE COUNSEL HEREIN:

23

24      NOTICE IS HEREBY GIVEN THAT on October 27, 2008 at 11:00 a.m., or as soon

25  thereafter as the matter may be heard by the above-entitled Court, located at 940 Front Street,

26  San Diego, California, in the courtroom of the Hon. William Q. Hayes, Plaintiff will, and

27  hereby does, move the Court for an Order granting leave to file a first amended complaint

28  herein.

                                        1

PLAINTIFF'S NTC OF MTN FOR LEAVE TO FILE AMENDED COMPLAINT
Ntc of Mtn to Amend Complaint.wpd                              8CV0210 WQH (RBB)

1   This motion is brought on the grounds that investigation by Plaintiff has revealed new

2   evidence regarding the existing claims and warrants addition of new parties and claims

3   relating to the same facts and circumstances at issue in operative complaint.  Plaintiff asserts

4   that amendment of the complaint is the most efficient means of resolving all of the claims

5   against all of the parties and leave to amend is in the interests of justice.   The instant motion

6   is necessitated as a result of Defendants' refusal to consent to filing of the First Amended

7   Complaint.

8

9   This motion is based on this notice of motion and motion, the accompanying

10  Memorandum of Points and Authorities, the Declaration of Lowell Robert Fuselier and

11  Exhibits, the proposed First Amended Complaint lodged contemporaneously herewith, the

12  pleadings and papers on file herein, and upon such other matters as may be presented to the

13  Court in writing or at the time of the hearing hereon.

14

15  DATED: September 15, 2008

16

17

18  /s/ Lowell Robert Fuselier
    Lowell Robert Fuselier
    Kaloogian & Fuselier, LLP
19  Attorneys for Plaintiff,
    SAN DIEGO MINUTEMEN

20

21

22

23

24

25

26

27

28

2