Howard Kaloogian, State Bar No. 118954
Lowell Robert Fuselier, State Bar No. 14070
David T. Hayek, State Bar No. 144116
Kaloogian & Fuselier LLP
2382 Faraday Avenue, Suite 130
Carlsbad, California 92008
Tel. 760-522-1802
Fax. 760-431-1116
**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
## Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTE MEN | Case Number: 08CV0210 WQH [RBB] |
| Plaintiff, | **DECLARATION OF LOWELL ROBERT FUSELIER** |
| vs. | |
| DALE BONNER in his Official Capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON in his Official Capacity as CalTrans Director; PEDRO ORSO-DELGADO in his Official Capacity as Caltrans District Director and DOES 1 through 50, | **Hearing Date:** October 27, 2008<br>**Hearing Time:** 11:00 a.m.<br>**Court:** Courtroom 4<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| Defendants. | |

I, Lowell Robert Fuselier, declare as follows:

1. All of the facts set forth herein are within my personal knowledge; if called as a witness, I could and would testify competently thereto.

2. I am an attorney duly licensed to practice before this Court and I am one of the attorneys who represent Plaintiff San Diego Minutemen in the above-entitled matter.

3. As my office has continued its investigation into the facts and circumstances of the original complaint, new facts have come to light which evidence that other officials of the State of California were intimately and substantively involved in the decision

1

DECL OF L. ROBERT FUSELIER, ESQ.

08CV0210 WQH (RBB)

to violate Plaintiff's civil rights with respect to the revocation of Plaintiff's encroachment permit and removal of the courtesy sign bearing Plaintiff's name. The evidence further suggests a conspiracy among certain of these officials to so act as alleged in the original complaint and to continue to act to deprive Plaintiff of further due process and first amendment rights with respect to the adoption of additional highway segments pursuant to the Adopt-A-Highway program. Such evidence includes a letter from Gil Cedillo and Joe Coto of the Latino Legislative Caucus memorializing their agreement with Defendant Kempton to deprive Plaintiff of its civil rights.

4. In addition, since the original complaint was filed new claims have arisen as a result of a continuing course of conduct designed to 1) treat Plaintiff differently than other participants in the Adopt-A-Highway program, 2) violating Defendants' own established procedures and guidelines regarding highway adoption, 3) conduct a secret investigation of Plaintiff and its members as a means of gaining "leverage" over them to further the goals of the conspiracy, and 4) other acts in furtherance of the conspiracy to deprive Plaintiff of its civil rights.

5. Further, new evidence of the *mens rea* of each of the defendants (both current and proposed new defendants) in engaging in the conduct described in the original complaint and the additional facts and circumstances described in the proposed First Amended Complaint warranting additional claims for relief. This advance knowledge and the intentional effort to deprive Plaintiff of its civil rights, along with all of the other facts pleaded in the operative complaint and proposed First Amended Complaint, are *prima facie* evidence entitling Plaintiff to assert a claim for punitive damages in this action.

//
//
//

6. This motion is not made for any improper purpose; rather, it is made in the interests of justice and to provide the most efficient means of resolving all of the claims against all appropriate parties arising from common facts and circumstances. The alternative would be to file a separate action asserting these claims against present defendants and the new defendants, resulting in duplication of effort and waste of scarce judicial resources.

7. After preparing the proposed First Amended Complaint, on September 8, 2008, I forwarded, via facsimile, a copy of the complaint with a "Stipulation for Filing of Amended Complaint to counsel for the present defendants, Jeffrey Benowitz, Esq. with a letter requesting that his clients stipulate to the filing of the First Amended Complaint. A true and correct copy of the letter and stipulation are collectively hereto attached as Exhibit "A."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 15th day of September, 2008, at Carlsbad, California.

    /s/ Lowell Robert Fuselier
Lowell Robert Fuselier, Esq.

# EXHIBIT A

**KALOOGIAN & FUSELIER, LLP**
2382 Faraday Ave., Suite 130
Carlsbad, CA 92008
(760) 431-1116 (fax)

September 8, 2008

VIA FACSIMILE ONLY                                                              619-688-6905

Jeffrey R. Benowitz, Esq.
Office of General Counsel
California Department of Transportation
M/S 130
4050 Taylor Street
San Diego, California 92110

      RE:      **San Diego Minutemen v. Caltrans, et al.**
                    **Southern District of California Case No. 08CV0210 WQH RBB**

Dear Mr. Benowitz:

      Our office is going to amend the complaint to add parties, factual allegations, and a request for additional relief. Attached you will find a copy of the proposed Amended Complaint and a stipulation for your signature.

      Should you chose not to stipulate to the amendment of the complaint, we will apply for a motion date to have the matter considered by the Court.

      Your prompt response is requested. If we do not have your stipulation by Friday, we will move the court for relief.

      Respectfully,

                                                              KALOOGIAN & FUSELIER, LLP

                                                            Lowell Robert Fuselier
                                                            Direct Line 760-522-1802

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME  : 09/08/2008 15:03
                                              NAME  : K F LLP
                                              FAX   : 7604311116
                                              TEL   : 7605221802
                                              SER.# : J6J266339

        DATE,TIME             09/08  14:56
        FAX NO./NAME          16196886905
        DURATION              00:07:17
        PAGE(S)               25
        RESULT                OK
        MODE                  STANDARD
                              ECM
```

# KALOOGIAN & FUSELIER, LLP
2382 Faraday Ave., Suite 130
Carlsbad, CA 92008
(760) 431-1116 (fax)

September 8, 2008

**VIA FACSIMILE ONLY**                                            619-688-6905

Jeffrey R. Benowitz, Esq.
Office of General Counsel
California Department of Transportation
M/S 130
4050 Taylor Street
San Diego, California 92110

        **RE:**      **San Diego Minutemen v. Caltrans, et al.**
                 **Southern District of California Case No. 08CV0210 WQH RBB**

Dear Mr. Benowitz:

    Our office is going to amend the complaint to add parties, factual allegations, and a request for additional relief. Attached you will find a copy of the proposed Amended Complaint and a stipulation for your signature.

    Should you chose not to stipulate to the amendment of the complaint, we will apply for a motion date to have the matter considered by the Court.

    Your prompt response is requested. If we do not have your stipulation by Friday, we will move the court for relief.

Respectfully,

1  Howard Kaloogian, State Bar No. 118954
   Lowell Robert Fuselier, State Bar No. 14070
2  David T. Hayek, State Bar No. 144116
   Kaloogian & Fuselier LLP
3  2382 Faraday Avenue, Suite 130
   Carlsbad, California 92008
4  Tel. 760-522-1802
   Fax. 760-431-1116
5  **Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
### Southern District of California

| | |
|---|---|
| SAN DIEGO MINUTEMEN, An Unincorporated Association,<br><br>                Plaintiff,<br><br>vs.<br><br>CALIFORNIA BUSINESS TRANSPORTATION AND HOUSING AGENCY'S DEPARTMENT OF TRANSPORTATION; DALE BONNER, Individually and in his Official Capacity as Agency Director, Business, Transportation and Housing Agency; WILL KEMPTON, Individually and in his Official Capacity as CalTrans Director; PEDRO ORSO-DELGADO, Individually and in his Official Capacity as Caltrans District Director; Joe Coto, an individual; Gilbert Cedillo, and individual; and DOES 1 through 10,<br><br>                Defendant. | Case Number: 08CV0210 WQH [RBB]<br><br>STIPULATION FOR FILING OF AMENDED COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaitiff may file an Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the Defendants who have already appeared waive notice and service of the amended complaint and shall not be required to answer the amended complaint, and that all denials, responses and affirmative defenses contained in the answer filed by Defendants to

1 | the original complaint shall be responsive to the amended complaint.

4 | Dated: 9-8-08

_____
Lowell Robert Fuselier
KALOOGIAN & FUSELIER, LLP
Attorneys for Plaintiff,
SAN DIEGO MINUTEMEN

8 | Dated: _____

_____
Jeffrey R. Benowitz, Esq.
Office of General Counsel
California Department of Transportation
Attorney for Defendants
DALE BONNER; WILL KEMPTON;
PEDRO ORSO-DELGADO