1  Howard Kaloogian, State Bar No. 118954
   Lowell Robert Fuselier, State Bar No. 140701
2  David T. Hayek, State Bar No. 144116
   Kaloogian & Fuselier LLP
3  2382 Faraday Avenue, Suite 130
   Carlsbad, California 92008
4  Tel. 760-522-1802
   Fax. 760-431-1116
5  **Attorneys for Plaintiffs**

6

7

8
   # UNITED STATES DISTRICT COURT
9  ## Southern District of California

10

| | | |
|---|---|---|
| 11 | SAN DIEGO MINUTE MEN ) | Case Number: 08CV0210 WQH [RBB] |
| 12 | Plaintiff, ) | **PROOF OF SERVICE** |
| 13 | vs. ) | |
| 14 | DALE BONNER in his Official Capacity ) as Agency Director, Business, ) | |
| 15 | Transportation and Housing Agency; ) WILL KEMPTON in his Official ) | |
| 16 | Capacity as CalTrans Director; PEDRO ) ORSO-DELGADO in his Official ) | |
| 17 | Capacity as Caltrans District Director and ) DOES 1 through 50, ) | |
| 18 | ) Defendants. ) | |
| 19 | _____ ) | |

20  I am employed in the County of San Diego, State of California. I am over the age of 18 and

21  not a party to the within action. My business address is 2382 Faraday Avenue, Suite 130,

22  Carlsbad, California.  On the date of execution set forth below, I served the following

23  document(s) described as:

24  **1. PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT;**
25  **2. PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT;**
26  **3. NOTICE OF LODGMENT RE MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT; AND**
27  **4. DECLARATION OF LOWELL ROBERT FUSELIER AND EXHIBITS**

28  //

1  with the Clerk of Court using the CM/ECF system which will send notification of such filing
2  to the following:

4  Jeffrey R. Benowitz, Esq.
   Legal Department
5  California Department of Transportation
   M/S 130
6  4050 Taylor Street
   San Diego, California 92110
7  (619) 688-2351
   (619) 688-6905 (Facsimile)
8  jeffrey_r_benowitz@dot.ca.gov

9  **Attorneys for Dale Bonner, Will Kempton and Pedro Orso-Delgado**

10 Dated: September 15, 2008
11                                             /s/ David T. Hayek
                                               david_hayek@sbcglobal.net